B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**HLA, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**58-2360395** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**830 Hidden Lake Road**<br>**Dahlonega, GA**<br>ZIP Code **30533** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lumpkin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1950 North Park Place**<br>**Suite 400**<br>**Atlanta, GA**<br>ZIP Code **30339** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **HLA, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)  (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)   Page 3

| Voluntary Petition | Name of Debtor(s): HLA, Inc. |
|---|---|

*(This page must be completed and filed in every case)*

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ M. Denise Dotson**
Signature of Attorney for Debtor(s)

**M. Denise Dotson 227230**
Printed Name of Attorney for Debtor(s)

**M. Denise Dotson, LLC**
Firm Name

**170 Mitchell Street**
**Atlanta, GA 30303**
Address

**Email: ddotsonlaw@me.com**
**(404) 526-8869  Fax: (404) 526-8855**
Telephone Number

**May 14, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kenneth Spooner**
Signature of Authorized Individual

**Kenneth Spooner**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

**May 14, 2009**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **HLA, Inc.**                                                             Case No.
　　　　　　　　　　　　　　　Debtor(s)                                           Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Express**<br>**PO Box 360002**<br>**Fort Lauderdale, FL 33336-0002** | **American Express**<br>**PO Box 360002**<br>**Fort Lauderdale, FL 33336-0002** | **Credit Card** | **Disputed** | 31,310.88 |
| **Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886** | **Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886** | **Credit Card** | **Disputed** | 25,803.75 |
| **BB&T**<br>**c/o John Thomson, Jr.**<br>**271 17th Street, Suite 2400**<br>**Atlanta, GA 30363** | **BB&T**<br>**c/o John Thomson, Jr.**<br>**271 17th Street, Suite 2400**<br>**Atlanta, GA 30363** | **Business Guaranty** | **Disputed** | 6,541,000.00 |
| **BB&T - Visa**<br>**PO Box 698**<br>**Wilson, NC 27894** | **BB&T - Visa**<br>**PO Box 698**<br>**Wilson, NC 27894** | **Credit Card** | **Disputed** | 44,926.24 |
| **Berger & Montague**<br>**1622 Locust Street**<br>**Philadelphia, PA 19103** | **Berger & Montague**<br>**1622 Locust Street**<br>**Philadelphia, PA 19103** | **Counsel for Litigants in District Court Litigation - Settlement Amount is being listed under law firm** | **Disputed** | 331,202.00 |
| **Citi Mastercard**<br>**PO Box 688920**<br>**Des Moines, IA 50368** | **Citi Mastercard**<br>**PO Box 688920**<br>**Des Moines, IA 50368** | **Credit Card** | **Disputed** | 18,563.43 |
| **Georgia Department of Labor**<br>**40 Capitol Square**<br>**Atlanta, GA 30334** | **Georgia Department of Labor**<br>**40 Capitol Square**<br>**Atlanta, GA 30334** | **Taxes** |  | 104,000.00 |
| **Georgia Department of Revenue**<br>**40 Capitol Square SW**<br>**Atlanta, GA 30334** | **Georgia Department of Revenue**<br>**40 Capitol Square SW**<br>**Atlanta, GA 30334** | **Taxes** |  | 182,000.00 |
| **Hidden Lake Academy, Inc.**<br>**Leonard Buccellato**<br>**1950 North Park Place, Ste 400**<br>**Atlanta, GA 30339** | **Hidden Lake Academy, Inc.**<br>**Leonard Buccellato**<br>**1950 North Park Place, Ste 400**<br>**Atlanta, GA 30339** | **Rent and management fees** |  | 2,637,495.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **HLA, Inc.**                                                                                   Case No. _____

                                   Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Internal Revenue Service Centralized Insolvency Operati PO Box 21126 Philadelphia, PA 19114** | **Internal Revenue Service Centralized Insolvency Operati PO Box 21126 Philadelphia, PA 19114** | | | 705,000.00 |
| **Leonard A. Buccellato 1950 North Park Place Suite 400 Atlanta, GA 30339** | **Leonard A. Buccellato 1950 North Park Place Suite 400 Atlanta, GA 30339** | **Loans** | | 1,350,472.00 |
| **Locust** | **Locust** | **Tuition Refund** | **Disputed** | 107,184.00 |
| **Miller Tuition Refund** | **Miller Tuition Refund** | **Tuition Refund** | **Disputed** | 91,233.00 |
| **Millman** | **Millman** | **Tuition Refund** | **Disputed** | 85,940.00 |
| **Morris Law Firm c/o Thornton W. Morris 1950 North Park Place Ste. 400 Atlanta, GA 30339** | **Morris Law Firm c/o Thornton W. Morris 1950 North Park Place Ste. 400 Atlanta, GA 30339** | **Legal Fees** | **Disputed** | 285,000.00 |
| **North Georgia Propane c/o WH Wofford 2490-D Hilton Drive Gainesville, GA 30503** | **North Georgia Propane c/o WH Wofford 2490-D Hilton Drive Gainesville, GA 30503** | **Trade Debt** | **Disputed** | 21,141.00 |
| **Quirk & Quirk 6000 Lake Forrest Drive Suite 325 Atlanta, GA 30328** | **Quirk & Quirk 6000 Lake Forrest Drive Suite 325 Atlanta, GA 30328** | **Legal Fees** | **Disputed** | 103,763.00 |
| **US Security** | **US Security** | **Trade Debt** | **Disputed** | 25,600.00 |
| **US Security Associates, Inc. Charles Schneider, CEO 200 Mansell Ct. E, Suite 500 Atlanta, GA 30326** | **US Security Associates, Inc. Charles Schneider, CEO 200 Mansell Ct. E, Suite 500 Atlanta, GA 30326** | **Trade Debt** | **Disputed** | 17,537.40 |
| **Williams** | **Williams** | **Tuition Refund** | **Disputed** | 46,450.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **HLA, Inc.**                                                                                          Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 14, 2009**                              Signature   **/s/ Kenneth Spooner**
                                                                                         **Kenneth Spooner**
                                                                                         **Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
ADAM Inc.



Advanced Disposal
Charles C. Appleby, CEO
7915 Baymeadows Way, Ste 300
Jacksonville, FL 32256



American Express
PO Box 360002
Fort Lauderdale, FL 33336-0002



American Express
PO Box 360002
Fort Lauderdale, FL 33336-0002



Amicalola Electric
1234 Dawsonville Highway
Dahlonega, GA 30533



Atlonim Business System
Larry Cleek, CEO
1013 Airport Street
Gainesville, GA 30501



Avaya Financial Services



Bank of America
PO Box 15710
Wilmington, DE 19886



Bank of America
PO Box 15726
Wilmington, DE 19886-5726
```

```
BB&T
c/o John Thomson, Jr.
271 17th Street, Suite 2400
Atlanta, GA 30363



BB&T - Visa
PO Box 698
Wilson, NC 27894



BDU




Benergy Outsourcing Strategies




Berger & Montague
1622 Locust Street
Philadelphia, PA 19103



Blue Cross Blue Shield of Ga




Bob Barker Company, Inc.




Capitol One Visa
PO Box 71083
Charlotte, NC 28272



Centerpoint Direct
Christopher Chao, Reg. Agent
1846 Briarwood Rd., NE
Atlanta, GA 30329



Chase Mastercard
PO Box 15153
Wilmington, DE 19886
```

CIT Technology Fin Svcs
Ron Arrington, CEO
180 Cherokee St., NE
Marietta, GA 30060

Citi Mastercard
PO Box 688920
Des Moines, IA 50368

College Board

Complete Testing Solutions, LL

Cornerstone Graduate Supply

CPP Inc.

Dahlonega Quick Lube

Danny's Automotive, Inc.

David B. Floyd, CPA

DeLage Landen Financial Svcs

```
Dell
CT Corporation Sys, Reg. Agent
1201 Peachtree St., NE
Atlanta, GA 30361



Digital Records Management




Discover
PO Box 71084
Charlotte, NC 28272



DISH Network




Doc Martin Construction Co.
c/o Chris Dockery
14 Carriage Court
Dahlonega, GA 30533



Doff Meyer
c/o Berger & Montague
1622 Locust Street
Philadelphia, PA 19103



Dr. & Ms. Edward Roberson
c/o Berger & Montague
1622 Locust Street
Philadelphia, PA 19103



Eagle Master Card
PO Box 569200
Dallas, TX 75356



Fulton Paper
```

```
GE Capital



Georgia Department of Labor
40 Capitol Square
Atlanta, GA 30334



Georgia Department of Revenue
40 Capitol Square SW
Atlanta, GA 30334



GMAC
PO Box 9001951
Louisville, KY 40290



GMAC
PO Box 9001951
Louisville, KY 40290



Graybar
CT Corporation Sys., Reg. Agen
1201 Peachtree St., NE
Atlanta, GA 30361



Harrison Oil Company



Hidden Lake Academy
830 Hidden Lake Rd
Dahlonega, GA 30533



Hidden Lake Academy, Inc.
Leonard Buccellato
1950 North Park Place, Ste 400
Atlanta, GA 30339
```

```
Internal Revenue Service
401 W. Peachtree St., NW
Atlanta, GA 30308



Internal Revenue Service
Centralized Insolvency Operati
PO Box 21126
Philadelphia, PA 19114



Jarrard Water Svcs
c/o Roger Jarrard
12 Jarrard Drive
Dahlonega, GA 30533



Jill & Ron Ryan
c/o Berger & Montague
1622 Locust Street
Philadelphia, PA 19103



Leonard A. Buccellato
1950 North Park Place
Suite 400
Atlanta, GA 30339



Leonard Buccellato
1950 North Park Place
Suite 400
Atlanta, GA 30339



Lint Security



Locust



Medco
```

Miller Tuition Refund


Millman


MISBO


Monster


Morris Law Firm
c/o Thornton W. Morris
1950 North Park Place Ste. 400
Atlanta, GA 30339


NCS Pearson, Inc.


North Georgia Credit Svcs
c/o Lori Bennett
3482 Keith Bridge Rd. #321
Cumming, GA 30041


North Georgia Propane
c/o WH Wofford
2490-D Hilton Drive
Gainesville, GA 30503


Orkin


Payco

Pearson


Pro-Chem, Inc.


PSAT/NMSQT


Purchase Power
D. Keith Calhoun, Reg. Agent
695 Pylant Street
Atlanta, GA 30306


Quirk & Quirk
6000 Lake Forrest Drive
Suite 325
Atlanta, GA 30328


R-Ranch in the Mountains


Robin Brecker
c/o Berger & Montague
1622 Locust Street
Philadelphia, PA 19103


Second Nature


Service Master Clead
Marion Gervin, CEO
2020 Westside Court, Ste. G
Snellville, GA 30078

```
Sewell Printing Svcs., Inc
James A. Nygaard, Reg. Agent
2697 Apple Valley Rd.
Atlanta, GA 30319-3150


Shirt Shanty


Souther Food Services


Star Services


The College Board


Theresa Pines
c/o Berger & Montague
1622 Locust Street
Philadelphia, PA 19103


Thyssenkrupp Elevator Corp.


UPS


US Security


US Security Associates, Inc.
Charles Schneider, CEO
200 Mansell Ct. E, Suite 500
Atlanta, GA 30326
```

Verizon

Wachovia Visa
PO Box 851001
Dallas, TX 75285

Wachovia Visa
PO Box 105204
Atlanta, GA 30348

Walter Coles
c/o berger & Montague
1622 Locust Street
Philadelphia, PA 19103

Williams

Windstream