IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HLA, INC., | ) | CASE NO. 09-22026-reb |
| | ) | |
| Debtor. | ) | |

**SUPPLEMENT TO PAYROLL MOTION**

COMES NOW HLA, Inc. ("Debtor"), by and through the undersigned counsel, and hereby files this "Supplement to Payroll Motion" ("Supplement"). In support of the Supplement, Debtor shows the Court as follows:

On May 14, 2009, Debtor file a motion requesting authorization to pay prepetition wages, salaries, taxes and related expenses ("Motion"). Debtor hereby supplements the Motion to provide additional information concerning the payroll which Debtor seeks to pay. The payroll is due on May 15, 2009. The total payroll is as follows: (i) gross payroll $51,421.82 which includes $40,902.89 payable to salaried employees and $10,518.93 payable to hourly employees; (ii) taxes payable in the amount of $9,489.79; (iii) miscellaneous deduction in the amount of $3,415.71; and (iv) net payroll totaling $37,837.56.

WHEREFORE, Debtor requests entry of an order authorizing the payment of the wages, salaries, taxes, and miscellaneous expenses as set forth herein.

Submitted this 14th day of May, 2009.

M. DENISE DOTSON, LLC
*/s/ M. Denise Dotson*
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, Georgia 30309
Proposed Counsel for the
Debtor and Debtor in Possession

(404) 526-8869 Telephone
(404) 526-8855 Facsimile
ddotsonlaw@me.com

## Certificate of Service

I, M. Denise Dotson, hereby certify that I caused to be served a true and correct copy of the foregoing document via first class United States mail in a property addressed envelope with sufficient postage affixed thereon to ensure delivery upon the parties listed below:

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Spring Street
Atlanta, GA 30303

This 14th day of May, 2009.

    M. DENISE DOTSON, LLC

    */s/ M. Denise Dotson*
    M. Denise Dotson
    Georgia Bar No. 227230
    170 Mitchell Street
    Atlanta, Georgia 30309
    (404) 526-8869 Telephone
    (404) 526-8855 Facsimile

    Proposed Counsel for the
        Debtor and Debtor in Possession