# HEARING TO BE HELD IN ATLANTA

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **HLA, INC.,** | ) | **CASE NO. 09-22026-reb** |
| | ) | |
| **Debtor.** | ) | |

**SUPPLEMENTAL NOTICE OF HEARING ON MOTION REQUESTING**
**ENTRY OF ORDER AUTHORIZING PAYMENT OF**
**PREPETITION WAGES, SALARIES, AND TAXES AND**
**REQUEST FOR EXPEDITED HEARING**

PLEASE TAKE NOTICE that on May 14, 2009, HLA, Inc. ("Debtor") filed its Motion Requesting Entry of Order Authorizing Payment of Prepetition Wages, Salaries, and Taxes and Request for Expedited Hearing (the "Motion") as supplemented.

In the Motion, Debtor requested entry of an order authorizing payment of wages earned prepetition totaling in gross approximately $51,421.82 which includes (i) $40,902.89 payable to salaried employees, (ii) $10,518.93 payable to hourly employees (iii) applicable taxes totaling $9,489.79, and miscellaneous deductions totaling approximately $3415.71.  The net payroll due on May 15, 2009 totals approximately $37,837.56. No one employee will receive more than $10,000.00.  The net pay ranges from approximately $680.00 to $2,300.00.

PLEASE TAKE NOTICE the Motion is available for review in the Clerk's Office, United States Bankruptcy Court, during normal business hours or online at **http://ecf.ganb.uscourts.gov** (registered users) or at **http://pacer.psc.uscourts.gov** (unregistered users).

**PLEASE TAKE NOTICE that the Court shall hold a hearing on the Motion will be held on the 15th day of May, 2009 at 10:00 o'clock a.m. in Courtroom 1202, 75 Spring Street, Atlanta, Georgia 30303**.

Your rights may be affected by the court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You

may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.

If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is 121 Spring Street South East, Gainesville, Georgia 30501. You must also mail a copy of your response to the undersigned at the address stated below.

This 14th day of May, 2009.

                                        M. DENISE DOTSON, LLC

                                        */s/ M. Denise Dotson*
                                        M. Denise Dotson
                                        Georgia Bar No. 227230
                                        170 Mitchell Street
                                        Atlanta, Georgia 30309
                                        (404) 526-8869 Telephone
                                        (404) 526-8855 Facsimile

                                        Proposed Counsel for the
                                        Debtor and Debtor in Possession

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing notice on the parties listed below via the method indicated below:

| | |
|---|---|
| **Morris Law Firm**<br>Thornton W. Morris<br>Fax  770.956.1002 | **American Express**<br>Fax 623-444-3000<br>Bankruptcy Legal Dept. |
| **Quirk & Quirk, LLC**<br>Martin G. Quirk<br>Fax 404.252.6516<br>Attn: Larry Landry | **Bank of America**<br>Bankruptcy Department at Bank of America<br>Fax 336-805-1340 |
| **BB&T Visa**<br>Curt Massey, Bankruptcy Department<br>Fax 910-272-2760 | **North Georgia Propane, Inc.**<br>Laura J. Ray, Registered Agent<br>Fax 706-867-0290 |
| **Citi Mastercard**<br>Business Banking Operations<br>Re: Bankruptcy<br>Fax 210-677-7300 | **U. S. Security Associates, Inc.**<br>CHARLES R SCHNEIDER, CEO<br>Fax 770-625-1509 |
| **Purchase Power**<br>D. KEITH CALHOUN, Registered Agent<br>Fax 866-741-3919 | **Blue Cross Blue Shield of Ga (BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.)**<br>Monye M Connolly, Pres./CEO<br>Fax 877-868-7950 |
| **Wachovia VISA -3990**<br>Legal Department<br>Fax 540-563-6438 | **Graybar F.S. 21441 (GRAYBAR FINANCIAL SERVICES LLC (DELAWARE))**<br>C T CORPORATION SYSTEM, Registered Agent<br>Fax 800-543-0274 |
| **Sewell Printing Service, Inc**<br>JAMES A NYGAARD, Registered Agent<br>Fax 404-233-3051 | **Discover**<br>Discover Card Legal Department, Bankruptcy Division<br>Fax 302-323-7637 |
| **Advanced Disposal**<br>Charles C. Appleby, CEO<br>Fax 904-636-0699 | **Servicemaster Clean**<br>MARION E. GERVIN, CEO & Registered Agent<br>Fax 770-982-2457 |
| **Home Depot Credit Services**<br>Bankruptcy Department<br>Fax 816-505-6985 | **Centerpoint Direct, LLC**<br>CHRISTOPHER CHAO, Registered Agent<br>Fax 678-868-2224 |
| **Georgia Dept. of Revenue**<br>Oscar Baldwin Fears III<br>Fax 404-657-3239 | **IRS**<br>David Delduco<br>Fax 404-338-7928 |

| | |
|---|---|
| **Lumpkin County Tax Assessor**<br>DONALD L HEAD CHIEF APPR<br>Fax 706-864-9806 | **US Trustee, Staff Attorney**<br>Jim Morowitz<br>Fax 404-331-5564<br>(telephonic notice on 5/14/09) |
| **Womble, Carlyle**<br>John Thomson<br>Fax 404-870-4841 | **IRS**<br>John West Sheffield III<br>email: john.w.sheffield@irscounsel.treas.gov |
| **Graybar F.S.  21818 (GRAYBAR FINANCIAL SERVICES LLC (DELAWARE))**<br>C T CORPORATION SYSTEM, Registered Agent<br>Fax 800-543-0274 | **Eagle Mastercard**<br>Mastercard Worldwide, legal department<br>U.S.Postal Mail<br>   POBOX 569200, Dallas, TX 75356 |

This 14th day of May, 2009.

M. DENISE DOTSON, LLC

*/s/ M. Denise Dotson*
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, Georgia 30309
(404) 526-8869 Telephone
(404) 526-8855 Facsimile

Proposed Counsel for the
Debtor and Debtor in Possession