**IT IS ORDERED as set forth below:**

Date: May 20, 2009

_____

**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HLA, INC., | ) | CASE NO. 09-22026-reb |
| | ) | |
| Debtor. | ) | |

### ORDER AUTHORIZING PAYMENT OF PREPETITION
### WAGES, SALARIES, AND RELATED TAXES

The above-captioned case came before the Court on May 15, 2009, for consideration of the "Motion Requesting Entry of Order Authorizing Payment of Prepetition Wages, Salaries, and Taxes and Request for Expedited Hearing" (the "Motion") filed by HLA, Inc. ("Debtor") on May 14, 2009. In the Motion, Debtor requested entry of an order, in accordance with 11 U.S.C. §§ 105 and 507(a)(4) authorizing the payment of prepetition wages and salaries. As set forth in the Motion, the aggregate prepetition payroll due and owing to the Debtor's approximately forty (40) employees totaled approximately $52,000.00, exclusive of applicable taxes.

As set forth in the certificate of service, notice of the hearing was given via facsimile, or electronic transmission to creditors and parties-in-interest. Given the circumstances notice of the hearing was sufficient and no further notice is required.

At the hearing, (i) M. Denise Dotson appeared on behalf of the Debtor, (ii) John Thomson appeared on behalf of the Branch Banking & Trust, (iii) Jeffrey Cooper appeared on behalf of a number of judgment creditors, and (iv) James Morawetz appeared on behalf of the Office of the United States Trustee.

No objections to the Motion were raised in open Court. Based upon a review of the Motion and based upon the representations of counsel and no objections having been raised, it appears that good and sufficient cause exists to grant the Motion. Accordingly, it is hereby ORDERED as follows:

1. The Debtor is authorized to pay its employees the accrued payroll due and owing as of the bankruptcy filing. As of the bankruptcy filing the gross payroll due on May 15, 2009, totals $52,000.00 and the net payroll for the pay period is approximately $32,000.00.

2. Debtor is authorized to make all normal and customary withholdings and deductions from wages and other compensation paid and to make all withholding payments or contributions required under applicable law with respect to the accrued prepetition wages and salaries set forth herein.

3. Debtor is authorized to remit payments for miscellaneous employee deductions totaling approximately $3,500.00.

4. Debtor's banks are authorized and directed to honor all payroll checks issues for the prepetition payroll approved herein, to the extent that funds are available to honor such checks.

5. Debtor is authorized to issue new checks to replace any checks relating to the payroll authorized herein in the event that any such payroll checks are dishonored, provided that in no event may the aggregate amount of checks honored, including, any replacement checks, exceed the amount of the payroll authorized herein.

6. No payments may be made to any insiders of the Debtor, including but not limited to Kenneth Spooner, or to any creditors on behalf of any insider.

7. No payments may be made to Dr. Leonard A. Buccellato or to any creditors on behalf of Dr. Leonard A. Buccellato.

8. Debtor is directed to serve a copy of this Order upon the appropriate parties-in-interest within three (3) business days after entry.

**END OF DOCUMENT**

Order prepared and presented by:
M. DENISE DOTSON, LLC
Proposed Counsel for the Debtor
*/s/ M. Denise Dotson*
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, GA 30303
(404) 526-8869 Telephone
(404) 526-8855 Facsimile
ddotsonlaw@me.com


Distribution List:
M. Denise Dotson, 170 Mitchell Street, Atlanta, GA 30303

3