IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| HLA, INC., ) | CASE NO. 09-22026 |
| ) | |
| Debtor. ) | |

## MOTION REQUESTING ENTRY OF ORDER AUTHORIZING OPERATIONS IN ACCORDANCE WITH POST-PETITION BUDGET

COMES NOW HLA, Inc. ("Debtor") and hereby files this "Motion Requesting Entry of Order Authorizing Operations in Accordance with Post-Petition Budget" (the "Motion"). In support of the Motion, Debtor shows the Court as follows:

### Jurisdiction

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicate for the relief requested herein is 11 U.S.C. §§ 105(a).

### Background

2. On May 14, 2009 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (as amended, modified, or supplemented the "Bankruptcy Code").

3. Debtor is a non-profit Georgia corporation. Kenneth Spooner is the Debtor's Chief Executive Officer, Chief Financial Officer, Secretary, and sole board member. Debtor's primary place of business is located at 830 Hidden Lake Road,

Dahlonega, Georgia ("Premises"). The Premises consist of approximately 200 acres of land and numerous buildings.

4. Pursuant to a lease agreement dated January 1, 1998, as subsequently amended on January 20, 1999, and as evidenced by that certain Memorandum of Lease dated January 20, 1999 recorded in Deed Book X-21, Page 118 with the Lumpkin County Superior Court Clerk, the Premises are leased from Hidden Lake Academy, Inc. ("Academy"). The Academy, a related entity, also filed for Chapter 11 bankruptcy protection on the Petition Date. At the time of the bankruptcy filing, a foreclosure was scheduled for the first Tuesday in June against the Premises.

5. HLA is a therapeutic boarding school that offers educational and counseling services in a therapeutic environment to adolescents experiencing serious struggles with emotional and behavioral issues including, without limitation, oppositional-defiant behavior, depression, addiction disorders, and attention deficit disorders. HLA seeks to help a child develop physically, academically, socially, spiritually, and emotionally. HLA's program runs for approximately eighteen (18) months and HLA offers rolling enrollment; provided, however, the length of the program may vary based upon each individual child. Debtor operates throughout the year and enrollment fluctuates. HLA began operations in 1994 and experienced steady and rapid growth during the next twelve (12) years.

6. HLA is licensed as a child care institution with the Georgia Department of Human Services and is accredited by the Southern Association of Colleges and Schools, Southern Association of Independent Schools, and Georgia Accrediting Commission. HLA is also a member of Georgia Independent School Association.

7. HLA began experiencing difficulties in 2006. In March of 2006, the business manager resigned. After the resignation, it was determined that certain taxes and vendors were not paid. The replacement business manager was terminated after approximately two (2) months. Despite these issues, HLA enrolled thirty-two (32) students from the end of July 2006 through September 15, 2006.

8. On September 11, 2006, a class action complaint was filed in the United States District Court for the Northern District of Georgia, Gainesville Division ("District Court"), case no. 06-CV-0146, captioned *Jill Ryan and Ryan, and Doff Meyer and Robin Brecker, individually and on behalf of others similarly situated ("Plaintiffs") vs. Hidden Lake Academy, Inc., HLA, Inc., Hidden Lake Foundation, Inc[1]., and Dr. Leonard Buccellato* ("District Court Litigation"). In their complaint ("Complaint"), the Plaintiffs asserted the following four causes of action: (i) breach of contract against HLA; (ii) breach of the implied covenant of good faith and fair dealing; (iii) violations of Georgia's fair business practices act against HLA, the Academy, Hidden Lake Foundation, Inc. and Dr. Leonard Buccellato (collectively, HLA, the Academy, Hidden Lake Foundation, Inc. and Dr. Leonard Buccellato are referred to herein as the "Defendants"); and (iv) unjust enrichment against the Defendants. A summary of the pleadings and resolution of the District Court Litigation is set forth below:

    a. answer to Complaint and counter-claim filed by HLA on November 8, 2006;

    b. answers to Complaint filed by the Academy, Hidden Lake Foundation, Inc., and Dr. Leonard Buccellato on November 10, 2006;

---

[1] Hidden Lake Foundation, Inc. is a nonprofit corporation that raises funds for the school.

3

    c. motion filed by the Plaintiffs seeking permission to proceed anonymously filed on November 16, 2006 and response in opposition thereto filed by the Defendants on December 6, 2006;

    d. motion for judgment on the pleadings with supporting briefs filed by the Defendants on November 21, 2006, response in opposition thereto filed by Plaintiffs on December 18, 2006, and reply brief filed by Defendants on January 16, 2007;

    e. motion to dismiss HLA's counterclaim filed by Plaintiffs on November 28, 2006, response in opposition thereto filed by HLA on December 22, 2006; and

    f. motion to certify class filed by Plaintiffs on December 11, 2006, response in opposition thereto filed by Defendants on December 29, 2006, and reply brief filed by Plaintiffs on January 19, 2007;

    9.     With respect to the motions set forth above, the District Court entered the following orders:

    a. order denying Plaintiff's motion to proceed anonymously entered on February 9, 2007;

    b. order granting Plaintiff's motion to dismiss HLA's counterclaim entered on March 26, 2007;

4

    c. order granting in part and denying in part Defendant's motion for judgment on the pleadings entered on April 2, 2007 wherein, the District Court dismissed the following claims (i) Meyer and Brecker's claims brought under Georgia's fair business practices act, (ii) Ryans' claim against Hidden Lake Foundation, Inc., and Dr. Leonard Buccellato brought under Georgia's fair business practices act; (iii) Plaintiffs' unjust enrichment claim against HLA; and (iv) plaintiffs' request for injunctive relief; and

    d. order denying, without prejudice, Plaintiff's motion to certify class entered on August 15, 2007.

10. A settlement agreement resolving the District Court Litigation was reached by the parties. On October 24, 2008, the District Court entered an order and final judgment which approved the settlement agreement and closed the case. The Clerk of the District Court issued a writ of execution on February 18, 2009.

11. As a result of the District Court Litigation, HLA and the other defendants incurred substantial legal expense which was not covered by insurance. Enrollment declined during the District Court Litigation and the negative publicity associated therewith. Lastly, the overall economic decline has impacted the Debtor.

12. Unfortunately, during the litigation, HLA's financial resources were depleted. HLA was unable to pay certain obligations including, without limitation, rent, taxes, and the settlement. HLA determined that reorganizing under chapter 11 of the Bankruptcy Code provided the most efficient method to reorganize its financial affairs.

13. HLA reestablished its relationship with the referral base and enrollment has stabilized. Thus, HLA has the foundation to reorganize.

### Relief Requested

14. By this Motion, the Debtors request that this Court enter an Order, authorizing payments of ongoing expenses in accordance with the budget ("Budget") attached hereto and incorporated herein by reference as Exhibit "A."

### Basis for Relief

15. Debtor requests entry of an order authorizing the payment of ongoing operational expenses as set forth in the Budget. No payments to insiders are included in the Budget nor are any payments to entities on behalf of insiders. Debtor reserves the right to revise the Budget. Approval of the Budget and the ability to make payments on an ongoing basis in the ordinary course of business is essential to Debtor's ability to reorganize.

### Applicable Authority

16. Debtor is not aware of any entities that hold a valid, perfected security interest in cash collateral. To the extent that any entity asserts an interest in cash collateral, Section 363(c)(2) provides that a debtor in possession may not use cash collateral unless an entity that has an interest in such cash collateral consents or the court approves the use of such cash collateral. Section 363(o) provides that at a hearing on the use of cash collateral, the entity asserting an interest in the cash collateral has the burden of proof on the issue of the validity, priority, or extent of such interest, and the debtor in possession has the burden of proof on the issue of adequate protection. Rule 4001(b)(2)

provides that the Court may not hold a final hearing on a motion to use cash collateral until earlier than 15 days after service of the motion, but may authorize the use of cash collateral prior to a final hearing as necessary to avoid immediate and irreparable harm to the estate pending a final hearing.

17. The Debtor has an immediate need to continue the operation of its business. Without the use of cash collateral and the ability to operate, the Debtor will not be able to pay wages, salaries, and operating expenses necessary to the continuity of the Debtor's operations and its reorganization.

18. The entry of an Order granting the Debtor's Motion to use cash will minimize disruption of the Debtor school, increase the likelihood of a successful reorganization, and is in the best interests of the Debtor's estate and its creditors. Therefore, it is in the interest of no one for any interruption to occur in the operation of such business.

### Notice

19. Notice of this Motion will be given to: (i) the Office of the United States Trustee, and (ii) the parties listed on each of the Debtors' twenty (20) largest unsecured creditors list. The Debtor submits that, under the circumstances, no other or further notice is required.

### Request for Expedited Hearing

20. Debtor requests that this Court shorten any applicable notice period and schedule a hearing on this Motion on the earliest available calendar on or before May 22, 2009, at the latest. It is essential that Debtor be permitted to remit payments in the

ordinary course of business to vendors including, without limitation, suppliers of food and other services for the students.

WHEREFORE, Debtor respectfully requests that this Court enter an order granting the Motion and such other relief as may be just and proper.

Respectfully submitted this 20th day of May, 2009.

M. DENISE DOTSON, LLC

*/s/ M. Denise Dotson*
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, Georgia 30309
(404) 526-8869 Telephone
(404) 526-8855 Facsimile

Proposed Counsel for the
Debtor and Debtor in Possession

# EXHIBIT "A" FOLLOWS

# HLA Budget June 2009 to May 2010

| | May 2009 | June 2009 | July 2009 | Aug 2009 | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | April 2010 | May 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Students | 5 | 0 | 4 | 4 | 7 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | |
| Graduating Students | 20 | | | 5 | | | | 6 | | | | | 10 | |
| Total Students | 45 | 40 | 44 | 43 | 50 | 55 | 60 | 59 | 64 | 69 | 74 | 79 | 74 | |
| Days per Month | 31 | 30 | 31 | 31 | 30 | 31 | 30 | 31 | 31 | 28 | 31 | 30 | 31 | |
| Tuition per Student @ $200./day average | 6,665 | 6,000 | 6,200 | 6,200 | 6,000 | 6,200 | 6,000 | 6,200 | 6,200 | 5,600 | 6,200 | 6,000 | 6,200 | |
| **Income** | | | | | | | | | | | | | | |
| Tuition | 299,925 | 240,000 | 272,800 | 266,600 | 300,000 | 341,000 | 360,000 | 365,800 | 396,800 | 386,400 | 458,800 | 474,000 | 458,800 | 4,321,000 |
| **Academics** | | | | | | | | | | | | | | |
| ACT | 275 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 |
| SAT | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 |
| Academics - Other | 125 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Total Academics | 550 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 3,900 |
| Computer fees | 2,000 | 0 | 1,600 | 1,600 | 2,800 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 22,000 |
| Credit Card Fee | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 8,400 |
| Haircut | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 2,100 |
| Horseback Riding Program | 3,600 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 33,600 |
| Late Fees | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Psychological Testing (25% new students) | 3,500 | 0 | 2,800 | 2,800 | 4,900 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 38,500 |
| Rental Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Shipping / Postage / Fed-Ex | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 3,480 |
| **Travel** | | | | | | | | | | | | | | 0 |
| Break Transportation | 1,200 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| Inside Dahlonega | 1,000 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Outside Dahlonega | 2,100 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Travel - Other | 200 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Total Travel | 4,500 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Uniforms | 8,250 | 0 | 6,600 | 6,600 | 11,550 | 8,250 | 8,250 | 8,250 | 8,250 | 8,250 | 8,250 | 8,250 | 8,250 | 90,750 |
| Restricted Contributions | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Unrestricted Contributions | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 28,800 |
| Wilderness program | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | | 2,600 | 28,600 |
| Total Income | 329,990 | 251,990 | 295,790 | 289,590 | 331,240 | 366,740 | 385,740 | 391,540 | 422,540 | 412,140 | 484,540 | 497,140 | 484,540 | 4,613,530 |
| **Payroll** | | | | | | | | | | | | | | |
| P/R - Academics | | | | | | | | | | | | | | |
| P/R - Admissions | | | | | | | | | | | | | | |
| P/R - Counselors | | | | | | | | | | | | | | |
| P/R - Dispensary | | | | | | | | | | | | | | |
| P/R - Maintenance | | | | | | | | | | | | | | |
| P/R - Operations | | | | | | | | | | | | | | |
| P/R - Recreation | | | | | | | | | | | | | | |
| Total Payroll | 75,524 | 55,241 | 55,241 | 55,241 | 55,241 | 55,241 | 55,241 | 55,241 | 55,241 | 55,241 | 55,241 | 55,241 | 55,241 | 662,892 |
| **Payroll Taxes** | | | | | | | | | | | | | | |
| Payroll Taxes - Unemployment | | | | | | | | | | | | | | |
| Payroll taxes federal | | | | | | | | | | | | | | |
| Total Payroll Taxes @ 20.95% | 21,788 | 15,503 | 15,503 | 15,503 | 15,503 | 15,503 | 15,503 | 15,503 | 15,503 | 15,503 | 15,503 | 15,503 | 15,503 | 186,036 |
| **Benefits** | | | | | | | | | | | | | | |
| Health Insurance | | | | | | | | | | | | | | |
| Life & disability insurance | | | | | | | | | | | | | | |
| Total Benefits @ 4.4% | 6,688 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 39,072 |
| Total Payroll Expenses | 104,000 | 74,000 | 74,000 | 74,000 | 74,000 | 74,000 | 74,000 | 74,000 | 74,000 | 74,000 | 74,000 | 74,000 | 74,000 | 888,000 |
| **Academic Expense** | | | | | | | | | | | | | | |
| Academic Travel & Events | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Application fees | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Awards | 75 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Testing School | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 19,200 |
| Academic Expense - Supplies | 300 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Total Academic Expense | 2,125 | 1,875 | 1,875 | 1,875 | 1,875 | 1,875 | 1,875 | 1,875 | 1,875 | 1,875 | 1,875 | 1,875 | 1,875 | 22,500 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Accounting Services | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Bank Service Charges | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Business Licenses and Permits | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Charitable Contributions | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Dues and Subscriptions | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 300 | 800 | 800 | 9,100 |
| Employee Appreciation | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Finance Charge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Flowers | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| **Insurance Expense** | | | | | | | | | | | | | | |
| Auto | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 31,200 |
| Property | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 62,400 |
| General Liability Insurance | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| Health Insurance | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 96,000 |
| Life and Disability Insurance | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| Worker's Compensation | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 25,200 |
| Insurance Expense - Other | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Total Insurance Expense | 21,600 | 21,600 | 21,600 | 21,600 | 21,600 | 21,600 | 21,600 | 21,600 | 21,600 | 21,600 | 21,600 | 21,600 | 21,600 | 259,200 |
| Late Fee /Over limit Fee- CC | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Legal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Licenses and Fees | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 1,080 |
| Interest Expense BB&T | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Merchant Acct. Fees | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Office Supplies | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| Over limit Credit Card fee | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 240 |
| Pay off old debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Past Due Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Postage and Delivery** | | | | | | | | | | | | | | |
| Federal Express | 75 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| UPS | 350 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| USPS & Pitney Bowes | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 5,400 |
| Postage and Delivery - Other | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 240 |
| Total Postage & Delivery | 895 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 9,840 |
| Uniforms clothing | 1,500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Wal-Mart | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Printing and Reproduction | 700 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Rent Expense | 0 | 0 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 412,500 |
| Professional Fees | 750 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Spiritual Subcontractors | 1,500 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Administrative Expenses - Other | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 18,000 |
| Total Administrative Expenses | 31,430 | 27,955 | 65,455 | 65,455 | 65,455 | 65,455 | 65,455 | 65,455 | 65,455 | 65,455 | 64,955 | 65,455 | 65,455 | 747,460 |
| **Admissions** | | | | | | | | | | | | | | |
| Admissions - Consultant T & E | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| Admissions - Staff T & E | 2,000 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 18,000 |
| Conference Registration Fee | 300 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Admissions - Other | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Total Admissions | 2,725 | 2,025 | 2,025 | 2,025 | 2,025 | 2,025 | 2,025 | 2,025 | 2,025 | 2,025 | 2,025 | 2,025 | 2,025 | 24,300 |
| **Athletic Expense** | | | | | | | | | | | | | | |
| Athletic Travel Expense | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Officials Expense | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Tournament Fee & Memberships | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Total Athletic Expense | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 4,200 |
| **Counseling Expense** | | | | | | | | | | | | | | |
| ATOD | 180 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Counseling Travel & Events | 800 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| Total Counseling Expense | 980 | 650 | 650 | 650 | 650 | 650 | 650 | 650 | 650 | 650 | 650 | 650 | 650 | 7,800 |

| Dispensary Expense | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Haircut Expense | 75 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Medical | 1,200 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Student Care | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 480 |
| Student Travel by Bobby Denny | 250 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Student Travel General | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Dispensary Expense - Other | 10 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 240 |
| Total Dispensary Expense | 1,625 | 685 | 685 | 685 | 685 | 685 | 685 | 685 | 685 | 685 | 685 | 685 | 685 | 8,220 |
| HR Expense | | | | | | | | | | | | | | |
| Emp Credit/Background checks | 250 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| HR Travel | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| HR Travel Interviews | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 900 |
| Total HR Travel | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Payroll Processing | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 8,400 |
| HR Expense - Other | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| Total HR Expense | 1,550 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 18,000 |
| Marketing Expense | | | | | | | | | | | | | | |
| Advertising and Promotion | 200 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Goodwill / Gifts | 500 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Marketing Travel | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Meals and Entertainment | 900 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 9,000 |
| Total Marketing Expense | 1,850 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 16,200 |
| Miscellaneous Expense | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Operations Expense | | | | | | | | | | | | | | |
| Automobile Expense | | | | | | | | | | | | | | |
| Gasoline | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Gasoline - Bulk | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 19,200 |
| Vehicle finance expense | 2,550 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| Vehicle Repair | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 9,600 |
| Total Automobile Expense | 5,000 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 59,400 |
| Computer and Internet Expenses | 6,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 66,000 |
| Dell Equipment Expense | 3,000 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 25,200 |
| Dorm supplies | 360 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Equipment Rental | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Exterminating | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 4,320 |
| Food and Cafeteria - Service | 33,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 288,000 |
| Food and Cafeteria Supplies | 1,100 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 10,800 |
| Garbage Disposal | 1,400 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Housekeeping Contract | 7,400 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 81,600 |
| Housekeeping/Janitorial Supply | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| Inspections | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Landscaping and Grounds | 150 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Propane Gas | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 72,000 |
| Repairs and Maintenance | | | | | | | | | | | | | | |
| Services - Bldg. | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 10,800 |
| Services - Equip. | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 4,200 |
| Supplies | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| Repairs and Maintenance - Other | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Total Repairs and Maintenance | 1,850 | 1,850 | 1,850 | 1,850 | 1,850 | 1,850 | 1,850 | 1,850 | 1,850 | 1,850 | 1,850 | 1,850 | 1,850 | 22,200 |
| Satellite | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Security Contract | 8,000 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 82,800 |
| Telephone Expense | | | | | | | | | | | | | | |
| Cell Phone Service | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Windstream | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 43,200 |
| Telephone Expense - Other | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Total Telephone Expense | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 61,200 |
| Utilities - Electric | | | | | | | | | | | | | | |
| Utilities 14401 Lodge | 1,270 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 14,880 |
| Utilities 14402 sac | 200 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 1,920 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Utilities 14403 Dorm A | 670 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 7,920 |
| Utilities 14407 New Maintenance | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Utilities 14410 dorm B | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 6,600 |
| Utilities 14411 Old Admin | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 3,480 |
| Utilities 14412 dorm C | 770 | 740 | 740 | 740 | 740 | 740 | 740 | 740 | 740 | 740 | 740 | 740 | 740 | 8,880 |
| Utilities 14413 Pump House | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 2,460 |
| Utilities 14419 Len's House | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Utilities 14420 Gym | 835 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 9,840 |
| Utilities 14426 counselor bldg | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 480 |
| Utilities 14428 sewer plant | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 3,240 |
| Utilities 14431 restrooms-soccer | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Utilities 14432 Swimming Pool | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 2,160 |
| Utilities 14433 Well Pump | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 720 |
| Utilities 14434 Administration | 1,750 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 20,580 |
| Utilities - Electric - Other | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| **Total Utilities - Electric** | 7,440 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 87,360 |
| **Water & Pump** | | | | | | | | | | | | | | |
| Sewer Plant Maint. & Supplies | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 |
| Water Testing | 150 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| **Total Water & Pump** | 600 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 9,000 |
| **Total Operations Expense** | 89,860 | 76,490 | 76,490 | 76,490 | 76,490 | 76,490 | 76,490 | 76,490 | 76,490 | 76,490 | 76,490 | 76,490 | 76,490 | 917,880 |
| **Recreation Expense** | | | | | | | | | | | | | | |
| Rec Travel & Events | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Recreation equipment | 100 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Stable and Horses | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| Recreation Expense - Other | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| **Total Recreation Expense** | 3,300 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 39,000 |
| | | | | | | | | | | | | | | |
| **Management Fees from Hidden Lake** | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | |
| | | | | | | | | | | | | | | |
| **Total Expenses** | 287,895 | 238,230 | 275,730 | 275,730 | 275,730 | 275,730 | 275,730 | 275,730 | 275,730 | 275,730 | 275,230 | 275,730 | 275,730 | 3,270,760 |
| | | | | | | | | | | | | | | |
| Net Income | 42,095 | 13,760 | 20,060 | 13,860 | 55,510 | 91,010 | 110,010 | 115,810 | 146,810 | 136,410 | 209,310 | 221,410 | 208,810 | 1,342,770 |

5/20/2009

4

## Certificate of Service

I, M. Denise Dotson, hereby certify that I caused to be served a true and correct copy of the foregoing document via first class United States mail in a property addressed envelope with sufficient postage affixed thereon to ensure delivery upon the parties listed below:

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Spring Street
Atlanta, GA 30303

This 20th day of May, 2009.

M. DENISE DOTSON, LLC

/s/ *M. Denise Dotson*
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, Georgia 30309
(404) 526-8869 Telephone
(404) 526-8855 Facsimile

Proposed Counsel for the
Debtor and Debtor in Possession