# HEARING TO BE HELD IN ATLANTA

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HLA, INC., | ) | CASE NO. 09-22026 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING ON MOTION REQUESTING ENTRY OF ORDER AUTHORIZING OPERATIONS IN ACCORDANCE WITH POST-PETITION BUDGET

PLEASE TAKE NOTICE that on May 20, 2009, HLA, Inc. ("Debtor") filed its "Motion Requesting Entry of Order Authorizing Operations in Accordance with Post Petition Budget" (the "Motion").

In the Motion, Debtor requested entry of an order Debtor to remit payments in the ordinary course of business for post-petition operating expenses in accordance with the Budget attached hereto. Debtor further requested the shortening of any applicable notice period and the scheduling of an expedited hearing. To the extent any entity asserts an interest in cash collateral, Debtor requested authority to use cash collateral in accordance with Section 363 of the Bankruptcy Code.

PLEASE TAKE NOTICE the Motion is available for review in the Clerk's Office, United States Bankruptcy Court, during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at **http://pacer.psc.uscourts.gov** (unregistered users).

**PLEASE TAKE NOTICE that the Court shall hold a hearing on the Motion will be held on the 21ST day of May, 2009 at 3:00 o'clock p.m. in Courtroom 1202, 75 Spring Street, Atlanta, Georgia 30303.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.

If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is 121 Spring Street South East, Gainesville, Georgia 30501. You must also mail a copy of your response to the undersigned at the address stated below.

This 20th day of May, 2009.

                                      M. DENISE DOTSON, LLC

                                      /s/ *M. Denise Dotson*
                                      M. Denise Dotson
                                      Georgia Bar No. 227230
                                      170 Mitchell Street
                                      Atlanta, Georgia 30309
                                      (404) 526-8869 Telephone
                                      (404) 526-8855 Facsimile

                                      Proposed Counsel for the
                                      Debtor and Debtor in Possession

## HLA Budget June 2009 to May 2010

| | May 2009 | June 2009 | July 2009 | Aug 2009 | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | April 2010 | May 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Students | 5 | 0 | 4 | 4 | 7 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | |
| Graduating Students | 20 | | | 5 | | | | 6 | | | | | | 10 |
| Total Students | 45 | 40 | 44 | 43 | 50 | 55 | 60 | 59 | 64 | 69 | 74 | 79 | 74 | 74 |
| Days per Month | 31 | 30 | 31 | 31 | 30 | 31 | 30 | 31 | 31 | 28 | 31 | 30 | 31 | |
| Tuition per Student @ $200./day average | 6,665 | 6,000 | 6,200 | 6,200 | 6,000 | 6,200 | 6,000 | 6,200 | 6,200 | 5,600 | 6,200 | 6,000 | 6,200 | |
| **Income** | | | | | | | | | | | | | | |
| Tuition | 299,925 | 240,000 | 272,800 | 266,600 | 300,000 | 341,000 | 360,000 | 365,800 | 396,800 | 386,400 | 458,800 | 474,000 | 458,800 | 4,321,000 |
| **Academics** | | | | | | | | | | | | | | |
| ACT | 275 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 |
| SAT | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 |
| Academics - Other | 125 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Total Academics | 550 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 3,900 |
| Computer fees | 2,000 | 0 | 1,600 | 1,600 | 2,800 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 22,000 |
| Credit Card Fee | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 8,400 |
| Haircut | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 2,100 |
| Horseback Riding Program | 3,600 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 33,600 |
| Late Fees | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Psychological Testing (25% new students) | 3,500 | 0 | 2,800 | 2,800 | 4,900 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 38,500 |
| Rental Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Shipping / Postage / Fed-Ex | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 3,480 |
| **Travel** | | | | | | | | | | | | | | 0 |
| Break Transportation | 1,200 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| Inside Dahlonega | 1,000 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Outside Dahlonega | 2,100 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Travel - Other | 200 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Total Travel | 4,500 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Uniforms | 8,250 | 0 | 6,600 | 6,600 | 11,550 | 8,250 | 8,250 | 8,250 | 8,250 | 8,250 | 8,250 | 8,250 | 8,250 | 90,750 |
| Restricted Contributions | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Unrestricted Contributions | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 28,800 |
| Wilderness program | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | | 2,600 | 28,600 |
| Total Income | 329,990 | 251,990 | 295,790 | 289,590 | 331,240 | 366,740 | 385,740 | 391,540 | 422,540 | 412,140 | 484,540 | 497,140 | 484,540 | 4,613,530 |
| **Payroll** | | | | | | | | | | | | | | |
| P/R - Academics | | | | | | | | | | | | | | |
| P/R - Admissions | | | | | | | | | | | | | | |
| P/R - Counselors | | | | | | | | | | | | | | |
| P/R - Dispensary | | | | | | | | | | | | | | |
| P/R - Maintenance | | | | | | | | | | | | | | |
| P/R - Operations | | | | | | | | | | | | | | |
| P/R - Recreation | | | | | | | | | | | | | | |
| Total Payroll | 75,524 | 55,241 | 55,241 | 55,241 | 55,241 | 55,241 | 55,241 | 55,241 | 55,241 | 55,241 | 55,241 | 55,241 | 55,241 | 662,892 |
| **Payroll Taxes** | | | | | | | | | | | | | | |
| Payroll Taxes - Unemployment | | | | | | | | | | | | | | |
| Payroll taxes federal | | | | | | | | | | | | | | |
| Total Payroll Taxes @ 20.95% | 21,788 | 15,503 | 15,503 | 15,503 | 15,503 | 15,503 | 15,503 | 15,503 | 15,503 | 15,503 | 15,503 | 15,503 | 15,503 | 186,036 |
| **Benefits** | | | | | | | | | | | | | | |
| Health Insurance | | | | | | | | | | | | | | |
| Life & disability insurance | | | | | | | | | | | | | | |
| Total Benefits @ 4.4% | 6,688 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 39,072 |
| Total Payroll Expenses | 104,000 | 74,000 | 74,000 | 74,000 | 74,000 | 74,000 | 74,000 | 74,000 | 74,000 | 74,000 | 74,000 | 74,000 | 74,000 | 888,000 |
| **Academic Expense** | | | | | | | | | | | | | | |
| Academic Travel & Events | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Application fees | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Awards | 75 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |

5/20/2009                                                                1

| Category | | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | C11 | C12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Academic Expense -Supplies | | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 19,200 |
| Testing School | | 300 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| **Total Academic Expense** | | **2,125** | **1,875** | **1,875** | **1,875** | **1,875** | **1,875** | **1,875** | **1,875** | **1,875** | **1,875** | **1,875** | **1,875** | **22,500** |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Accounting Services | | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Bank Service Charges | | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Business Licenses and Permits | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Charitable Contributions | | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Dues and Subscriptions | | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 300 | 800 | 800 | 800 | 9,100 |
| Employee Appreciation | | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Finance Charge | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Flowers | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| **Insurance Expense** | | | | | | | | | | | | | | |
| Auto | | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 31,200 |
| Property | | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 62,400 |
| General Liability Insurance | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| Health Insurance | | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 96,000 |
| Life and Disability Insurance | | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| Worker's Compensation | | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 25,200 |
| Insurance Expense - Other | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| **Total Insurance Expense** | | **21,600** | **21,600** | **21,600** | **21,600** | **21,600** | **21,600** | **21,600** | **21,600** | **21,600** | **21,600** | **21,600** | **21,600** | **259,200** |
| Late Fee /Over limit Fee- CC | | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Pay off old debt | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Over limit Credit Card fee | | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 240 |
| Office Supplies | | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| Total Postage & Delivery | | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| Interest Expense BB&T | | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Merchant Acct. Fees | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Licenses and Fees | | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 1,080 |
| Legal | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Past Due Taxes | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Postage and Delivery** | | | | | | | | | | | | | | |
| Federal Express | | 75 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| UPS | | 350 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| USPS & Pitney Bowes | | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 5,400 |
| Postage and Delivery - Other | | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 240 |
| Total Postage & Delivery | | 895 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 9,840 |
| Uniforms clothing | | 1,500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Wal-Mart | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Printing and Reproduction | | 700 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Rent Expense | | 0 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 412,500 |
| Professional Fees | | 750 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Spiritual Subcontractors | | 1,500 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Administrative Expenses - Other | | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 18,000 |
| **Total Administrative Expenses** | | **31,430** | **27,955** | **65,455** | **65,455** | **65,455** | **65,455** | **65,455** | **65,455** | **64,955** | **65,455** | **65,455** | **65,455** | **747,460** |
| **Admissions** | | | | | | | | | | | | | | |
| Admissions - Other | | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Admissions - Staff T & E | | 300 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Admissions - Consultant T & E | | 2,000 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 18,000 |
| Conference Registration Fee | | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| **Total Admissions** | | **2,725** | **2,025** | **2,025** | **2,025** | **2,025** | **2,025** | **2,025** | **2,025** | **2,025** | **2,025** | **2,025** | **2,025** | **24,300** |
| **Athletic Expense** | | | | | | | | | | | | | | |
| Athletic Travel Expense | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Officials Expense | | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Tournament Fee & Memberships | | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| **Total Athletic Expense** | | **350** | **350** | **350** | **350** | **350** | **350** | **350** | **350** | **350** | **350** | **350** | **350** | **4,200** |
| **Counselling Expense** | | | | | | | | | | | | | | |
| ATOD | | 180 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Counselling Travel & Events | | 800 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| **Total Counselling Expense** | | **980** | **650** | **650** | **650** | **650** | **650** | **650** | **650** | **650** | **650** | **650** | **650** | **7,800** |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Dispensary Expense** | | | | | | | | | | | | | | |
| Haircut Expense | 75 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Medical | 1,200 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Student Care | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 480 |
| Student Travel by Bobby Denny | 250 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Student Travel General | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Dispensary Expense - Other | 10 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 240 |
| **Total Dispensary Expense** | 1,625 | 685 | 685 | 685 | 685 | 685 | 685 | 685 | 685 | 685 | 685 | 685 | 685 | 8,220 |
| **HR Expense** | | | | | | | | | | | | | | |
| Emp Credit/Background checks | 250 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| HR Travel | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| HR Travel Interviews | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 900 |
| Total HR Travel | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Payroll Processing | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 8,400 |
| HR Expense - Other | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| **Total HR Expense** | 1,550 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 18,000 |
| **Marketing Expense** | | | | | | | | | | | | | | |
| Advertising and Promotion | 200 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Goodwill / Gifts | 500 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Marketing Travel | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Meals and Entertainment | 900 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 9,000 |
| **Total Marketing Expense** | 1,850 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 16,200 |
| Miscellaneous Expense | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| **Operations Expense** | | | | | | | | | | | | | | |
| **Automobile Expense** | | | | | | | | | | | | | | |
| Gasoline | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Gasoline - Bulk | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 19,200 |
| Vehicle finance expense | 2,550 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| Vehicle Repair | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 9,600 |
| **Total Automobile Expense** | 5,000 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 59,400 |
| Computer and Internet Expenses | 6,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 66,000 |
| Dell Equipment Expense | 3,000 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 25,200 |
| Dorm supplies | 360 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Equipment Rental | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Exterminating | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 4,320 |
| Food and Cafeteria - Service | 33,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 288,000 |
| Food and Cafeteria Supplies | 1,100 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 10,800 |
| Garbage Disposal | 1,400 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Housekeeping Contract | 7,400 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 81,600 |
| Housekeeping/Janitorial Supply | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| Inspections | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Landscaping and Grounds | 150 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Propane Gas | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 72,000 |
| **Repairs and Maintenance** | | | | | | | | | | | | | | |
| Services - Bldg. | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 10,800 |
| Services - Equip. | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 4,200 |
| Supplies | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| Repairs and Maintenance - Other | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| **Total Repairs and Maintenance** | 1,850 | 1,850 | 1,850 | 1,850 | 1,850 | 1,850 | 1,850 | 1,850 | 1,850 | 1,850 | 1,850 | 1,850 | 1,850 | 22,200 |
| Satellite | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Security Contract | 8,000 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 82,800 |
| **Telephone Expense** | | | | | | | | | | | | | | |
| Cell Phone Service | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Windstream | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 43,200 |
| Telephone Expense - Other | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| **Total Telephone Expense** | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 61,200 |
| **Utilities - Electric** | | | | | | | | | | | | | | |
| Utilities 14401 Lodge | 1,270 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 14,880 |
| Utilities 14402 sac | 200 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 1,920 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Utilities 14403 Dorm A | 670 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 7,920 |
| Utilities 14407 New Maintenance | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Utilities 14410 dorm B | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 6,600 |
| Utilities 14411 Old Admin | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 3,480 |
| Utilities 14412 dorm C | 770 | 740 | 740 | 740 | 740 | 740 | 740 | 740 | 740 | 740 | 740 | 740 | 740 | 8,880 |
| Utilities 14413 Pump House | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 2,460 |
| Utilities 14419 Len's House | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Utilities 14420 Gym | 835 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 9,840 |
| Utilities 14426 counselor bldg | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 480 |
| Utilities 14428 sewer plant | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 3,240 |
| Utilities 14431 restrooms-soccer | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Utilities 14432 Swimming Pool | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 2,160 |
| Utilities 14433 Well Pump | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 720 |
| Utilities 14434 Administration | 1,750 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 20,580 |
| Utilities - Electric - Other | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Total Utilities - Electric | 7,440 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 87,360 |
| Water & Pump | | | | | | | | | | | | | | |
| Sewer Plant Maint. & Supplies | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 |
| Water Testing | 150 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| Total Water & Pump | 600 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 9,000 |
| Total Operations Expense | 89,860 | 76,490 | 76,490 | 76,490 | 76,490 | 76,490 | 76,490 | 76,490 | 76,490 | 76,490 | 76,490 | 76,490 | 76,490 | 917,880 |
| Recreation Expense | | | | | | | | | | | | | | |
| Rec Travel & Events | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Recreation equipment | 100 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Stable and Horses | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| Recreation Expense - Other | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| Total Recreation Expense | 3,300 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 39,000 |
| | | | | | | | | | | | | | | |
| Management Fees from Hidden Lake | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | |
| | | | | | | | | | | | | | | |
| Total Expenses | 287,895 | 238,230 | 275,730 | 275,730 | 275,730 | 275,730 | 275,730 | 275,730 | 275,730 | 275,730 | 275,230 | 275,730 | 275,730 | 3,270,760 |
| | | | | | | | | | | | | | | |
| Net Income | 42,095 | 13,760 | 20,060 | 13,860 | 55,510 | 91,010 | 110,010 | 115,810 | 146,810 | 136,410 | 209,310 | 221,410 | 208,810 | 1,342,770 |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing notice on the parties listed below via the method indicated below:

| | |
|---|---|
| **Morris Law Firm**<br>Thornton W. Morris<br>Fax 770.956.1002 | **American Express**<br>Fax 623-444-3000<br>Bankruptcy Legal Dept. |
| **Quirk & Quirk, LLC**<br>Martin G. Quirk<br>Fax 404.252.6516<br>Attn: Larry Landry | **Bank of America**<br>Bankruptcy Department at Bank of America<br>Fax 336-805-1340 |
| **BB&T Visa**<br>Curt Massey, Bankruptcy Department<br>Fax 910-272-2760 | **North Georgia Propane, Inc.**<br>Laura J. Ray, Registered Agent<br>Fax 706-867-0290 |
| **Citi Mastercard**<br>Business Banking Operations<br>Re: Bankruptcy<br>Fax 210-677-7300 | **U. S. Security Associates, Inc.**<br>CHARLES R SCHNEIDER, CEO<br>Fax 770-625-1509 |
| **Purchase Power**<br>D. KEITH CALHOUN, Registered Agent<br>Fax 866-741-3919 | **Blue Cross Blue Shield of Ga**<br>(BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.)<br>Monye M Connolly, Pres./CEO<br>Fax 877-868-7950 |
| **Wachovia VISA -3990**<br>Legal Department<br>Fax 540-563-6438 | **Graybar F.S. 21441 (GRAYBAR FINANCIAL SERVICES LLC (DELAWARE))**<br>C T CORPORATION SYSTEM, Registered Agent<br>Fax 800-543-0274 |
| **Sewell Printing Service, Inc**<br>JAMES A NYGAARD, Registered Agent<br>Fax 404-233-3051 | **Discover**<br>Discover Card Legal Department, Bankruptcy Division<br>Fax 302-323-7637 |
| **Advanced Disposal**<br>Charles C. Appleby, CEO<br>Fax 904-636-0699 | **Servicemaster Clean**<br>MARION E. GERVIN, CEO & Registered Agent<br>Fax 770-982-2457 |
| **Home Depot Credit Services**<br>Bankruptcy Department<br>Fax 816-505-6985 | **Centerpoint Direct, LLC**<br>CHRISTOPHER CHAO, Registered Agent<br>Fax 678-868-2224 |
| **Georgia Dept. of Revenue**<br>Oscar Baldwin Fears III<br>Fax 404-657-3239 | **IRS**<br>David Delduco<br>Fax 404-338-7928 |

| Lumpkin County Tax Assessor<br>DONALD L HEAD CHIEF APPR<br>Fax 706-864-9806 | US Trustee, Staff Attorney<br>Jim Morowitz<br>Fax 404-331-5564 |
|---|---|
| Womble, Carlyle<br>John Thomson<br>Fax 404-870-4841 | IRS<br>John West Sheffield III<br>email: john.w.sheffield@irscounsel.treas.gov |
| Graybar F.S. 21818 (GRAYBAR FINANCIAL SERVICES LLC (DELAWARE))<br>C T CORPORATION SYSTEM, Registered Agent<br>Fax 800-543-0274 | Eagle Mastercard<br>Mastercard Worldwide, legal department<br>U.S.Postal Mail<br>   POBOX 569200, Dallas, TX 75356 |

This 20th day of May, 2009.

        M. DENISE DOTSON, LLC

        */s/ M. Denise Dotson*
        M. Denise Dotson
        Georgia Bar No. 227230
        170 Mitchell Street
        Atlanta, Georgia 30309
        (404) 526-8869 Telephone
        (404) 526-8855 Facsimile

        Proposed Counsel for the
        Debtor and Debtor in Possession