ENTERED ON DOCKET

5/27/09

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF : | : | CASE NUMBERS: |
| | : | |
| HLA, INC., | : | BANKRUPTCY CASE |
| Debtor(s). | : | NO. 09-22026-REB |
| | : | |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 11 OF THE |
| | : | BANKRUPTCY CODE |

## ORDER AND NOTICE OF STATUS CONFERENCE

**NOTICE IS HEREBY GIVEN** that a **status conference** in the above-styled matter will be held before the undersigned in Courtroom **1202**, United States Courthouse, 75 Spring Street, S. W., Atlanta, GA, at **11:00 a.m.** on the **8th** day of **June, 2009**.

The Clerk is directed to serve this Order and Notice on Debtor, Debtor's counsel, the Office of the United States Trustee, and all creditors.

At Atlanta, Georgia, this 26th day of May, 2009.

ROBERT E. BRIZENDINE
UNITED STATES BANKRUPTCY JUDGE