ENTERED ON DOCKET
5/27/09

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF : | : | CASE NUMBERS: |
| | : | |
| HLA, INC., | : | BANKRUPTCY CASE |
|         Debtor(s). | : | NO. 09-22026-REB |
| | : | |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 11 OF THE |
| | : | BANKRUPTCY CODE |

## ORDER AND NOTICE OF STATUS CONFERENCE

      **NOTICE IS HEREBY GIVEN** that a **status conference** in the above-styled matter will be held before the undersigned in Courtroom **1202**, United States Courthouse, 75 Spring Street, S. W., Atlanta, GA, at **11:00 a.m.** on the **8th** day of **June, 2009**.

      The Clerk is directed to serve this Order and Notice on Debtor, Debtor's counsel, the Office of the United States Trustee, and all creditors.

      At Atlanta, Georgia, this 26th day of May, 2009.

ROBERT E. BRIZENDINE
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 113E-8          User: lhd              Page 1 of 3              Date Rcvd: May 27, 2009
Case: 09-22026               Form ID: pdf534        Total Served: 53
```

The following entities were served by first class mail on May 29, 2009.
```
db             +HLA, Inc.,   1950 North Park Place,   Suite 400,   Atlanta, GA 30339-2044
aty            +M. Denise Dotson,   M. Denise Dotson, LLC,   170 Mitchell St.,   Atlanta, GA 30303-3441
ust            +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
11615430       +Advanced Disposal,   Charles C. Appleby, CEO,   7915 Baymeadows Way, Ste 300,
                Jacksonville, FL 32256-7579
11615431        American Express,   PO Box 360002,   Fort Lauderdale, FL 33336-0002
11615433       +Amicalola Electric,   1234 Dawsonville Highway,   Dahlonega, GA 30533-5302
11615434       +Atlonim Business System,   Larry Cleek, CEO,   1013 Airport Street,   Gainesville, GA 30501-7229
11615438       +BB&T,   c/o John Thomson, Jr.,   271 17th Street, Suite 2400,   Atlanta, GA 30363-1017
11615439       +BB&T - Visa,   PO Box 698,   Wilson, NC 27894-0698
11615437        Bank of America,   PO Box 15726,   Wilmington, DE 19886-5726
11615436        Bank of America,   PO Box 15710,   Wilmington, DE 19886-5710
11615442       +Berger & Montague,   1622 Locust Street,   Philadelphia, PA 19103-6365
11615448       +CIT Technology Fin Svcs,   Ron Arrington, CEO,   180 Cherokee St., NE,   Marietta, GA 30060-2517
11615445       +Capitol One Visa,   PO Box 71083,   Charlotte, NC 28272-1083
11615446       +Centerpoint Direct,   Christopher Chao, Reg. Agent,   1846 Briarwood Rd., NE,
                Atlanta, GA 30329-1606
11615447       +Chase Mastercard,   PO Box 15153,   Wilmington, DE 19886-5153
11615449       +Citi Mastercard,   PO Box 688920,   Des Moines, IA 50368-8920
11615458       +Dell,   CT Corporation Sys, Reg. Agent,   1201 Peachtree St., NE,   Atlanta, GA 30361-6301
11615462       +Doc Martin Construction Co.,   c/o Chris Dockery,   14 Carriage Court,   Dahlonega, GA 30533-3425
11615463       +Doff Meyer,   c/o Berger & Montague,   1622 Locust Street,   Philadelphia, PA 19103-6305
11615464       +Dr. & Ms. Edward Roberson,   c/o Berger & Montague,   1622 Locust Street,
                Philadelphia, PA 19103-6305
11615465       +Eagle Master Card,   PO Box 569200,   Dallas, TX 75356-9200
11615470       +GMAC,   PO Box 9001951,   Louisville, KY 40290-1951
11615468       +Georgia Department of Labor,   40 Capitol Square,   Atlanta, GA 30334-1300
11615469       +Georgia Department of Revenue,   40 Capitol Square SW,   Atlanta, GA 30334-1300
11615467       +Georgia Dept. of Labor,   Suite 910,   148 Andrew Young Inter. Blvd., NE,   Atlanta GA 30303-1732
11619543       +Georgia Dept. of Revenue,   Bankruptcy Section,   P. O. Box 161108,   Atlanta GA 30321-1108
11615472       +Graybar,   CT Corporation Sys., Reg. Agen,   1201 Peachtree St., NE,   Atlanta, GA 30361-6301
11615474       +Hidden Lake Academy,   830 Hidden Lake Rd,   Dahlonega, GA 30533-1875
11615475       +Hidden Lake Academy, Inc.,   Leonard Buccellato,   1950 North Park Place, Ste 400,
                Atlanta, GA 30339-2044
11615476      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                PHILADELPHIA PA 19114-0326
                (address filed with court:  Internal Revenue Service,   401 W. Peachtree St., NW,
                Atlanta, GA 30308)
11615477      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                PHILADELPHIA PA 19114-0326
                (address filed with court:  Internal Revenue Service,   Centralized Insolvency Operati,
                PO Box 21126,   Philadelphia, PA 19114)
11619544      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                PHILADELPHIA PA 19114-0326
                (address filed with court:  Internal Revenue Service,   P. O. Box 21126,   Philadelphia PA 19114)
11615478       +Jarrard Water Svcs,   c/o Roger Jarrard,   12 Jarrard Drive,   Dahlonega, GA 30533-2881
11615479       +Jill & Ron Ryan,   c/o Berger & Montague,   1622 Locust Street,   Philadelphia, PA 19103-6305
11615480       +Leonard A. Buccellato,   1950 North Park Place,   Suite 400,   Atlanta, GA 30339-2044
11615481       +Leonard Buccellato,   1950 North Park Place,   Suite 400,   Atlanta, GA 30339-2044
11615489       +Morris Law Firm,   c/o Thornton W. Morris,   1950 North Park Place Ste. 400,
                Atlanta, GA 30339-2044
11615491       +North Georgia Credit Svcs,   c/o Lori Bennett,   3482 Keith Bridge Rd. #321,
                Cumming, GA 30041-5546
11615492       +North Georgia Propane,   c/o WH Wofford,   2490-D Hilton Drive,   Gainesville, GA 30501-6280
11639794       +North Georgia Propane, Inc.,   P.O. Box 1518,   Gainesville, GA 30503-1518
11615498       +Purchase Power,   D. Keith Calhoun, Reg. Agent,   695 Pylant Street,   Atlanta, GA 30306-3728
11615499       +Quirk & Quirk,   6000 Lake Forrest Drive,   Suite 325,   Atlanta, GA 30328-3877
11615501       +Robin Brecker,   c/o Berger & Montague,   1622 Locust Street,   Philadelphia, PA 19103-6305
11615503       +Service Master Clead,   Marion Gervin, CEO,   2020 Westside Court, Ste. G,
                Snellville, GA 30078-2842
11615504        Sewell Printing Svcs., Inc,   James A. Nygaard, Reg. Agent,   2697 Apple Valley Rd.,
                Atlanta, GA 30319-3150
11615509       +Theresa Pines,   c/o Berger & Montague,   1622 Locust Street,   Philadelphia, PA 19103-6305
11619545       +U. S. Attorney,   600 Richard B. Russell Bldg.,   75 Spring Street, SW,   Atlanta GA 30303-3315
11615513        US Security Associates, Inc.,   Charles Schneider, CEO,   200 Mansell Ct. E, Suite 500,
                Atlanta, GA 30326
11615515       +Wachovia Visa,   PO Box 851001,   Dallas, TX 75285-1001
11615516       +Wachovia Visa,   PO Box 105204,   Atlanta, GA 30348-5204
11615517       +Walter Coles,   c/o berger & Montague,   1622 Locust Street,   Philadelphia, PA 19103-6305
```

The following entities were served by electronic transmission on May 28, 2009.
```
11615460       +E-mail/PDF: mrdiscen@discoverfinancial.com May 28 2009 00:36:37      Discover,   PO Box 71084,
                Charlotte, NC 28272-1084
                                                                                            TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust             U.S. Trustee
ust             Weidenbaum
ust             ust12
ust             ust9
11615429        ADAM Inc.
11615435        Avaya Financial Services
11615440        BDU
```

```
District/off: 113E-8          User: lhd              Page 2 of 3            Date Rcvd: May 27, 2009
Case: 09-22026               Form ID: pdf534         Total Served: 53
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
11615441     Benergy Outsourcing Strategies
11615443     Blue Cross Blue Shield of Ga
11615444     Bob Barker Company, Inc.
11615453     CPP Inc.
11615450     College Board
11615451     Complete Testing Solutions, LL
11615452     Cornerstone Graduate Supply
11615461     DISH Network
11615454     Dahlonega Quick Lube
11615455     Danny's Automotive, Inc.
11615456     David B. Floyd, CPA
11615457     DeLage Landen Financial Svcs
11615459     Digital Records Management
11615466     Fulton Paper
11615467     GE Capital
11615473     Harrison Oil Company
11615482     Lint Security
11615483     Locust
11615487     MISBO
11615484     Medco
11615485     Miller Tuition Refund
11615486     Millman
11615488     Monster
11615490     NCS Pearson, Inc.
11615493     Orkin
11615497     PSAT/NMSQT
11615494     Payco
11615495     Pearson
11615496     Pro-Chem, Inc.
11615500     R-Ranch in the Mountains
11615502     Second Nature
11615505     Shirt Shanty
11615506     Souther Food Services
11615507     Star Services
11615508     The College Board
11615510     Thyssenkrupp Elevator Corp.
11615511     UPS
11615512     US Security
11615514     Verizon
11615518     Williams
11615519     Windstream
ust*         +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*         +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*         +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*         +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*         +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*         +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*         +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*         +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*         +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*         +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*         +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
ust*         +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
11615432*    American Express,   PO Box 360002,   Fort Lauderdale, FL 33336-0002
11615471*    +GMAC,   PO Box 9001951,   Louisville, KY 40290-1951
                                                                          TOTALS: 48, * 14
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 113E-8        User: lhd           Page 3 of 3          Date Rcvd: May 27, 2009
Case: 09-22026             Form ID: pdf534      Total Served: 53
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2009**                **Signature:** _Joseph Speetjens_