IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HLA, INC., | ) | CASE NO. 09-22026-reb |
| | ) | |
| Debtor. | ) | |

NOTICE OF AMENDED EXPEDITED HEARING ON MOTION REQUESTING ENTRY OF ORDER (1) ESTABLISHING PROCEDURES FOR UTILITIES TO REQUEST ADEQUATE ASSURANCEOF PAYMENT, (2) ESTABLISHING PROCEDURES FOR RESOLVING DISPUTES RELATING TO ADEQUATE ASURANCE REQUESTS, AND (3) REQUEST FOR EXPEDITED HEARING

PLEASE TAKE NOTICE that on June 1, 2009, J. HLA, Inc.. ("Debtor") filed a Motion Requesting Entry of Order (1) Establishing Procedures for Utilities to Request Adequate Assurance of Payment, (2) Establishing Procedures for Resolving Disputes Relating to Adequate Assurance Requests, and (3) Request for Expedited Hearing.

In the Utility Motion, Debtor requested an expedited hearing and entry of an order approving the following procedures:

(a) Providers[1] must request additional assurance in writing so that it is actually received by Debtor's counsel, M. Denise Dotson, M. Denise Dotson, LLC, 170 Mitchell Street, Atlanta, Georgia 30303 within thirty (30) days after entry of an order approving this Motion. Any requests received after the Provider Request Deadline shall be untimely and null and void.;

(b) In the event Debtor believes that a timely request for additional assurances made by a Provider is unreasonable and the parties are unable to reach a consensual resolution, the Utility shall be required to file a motion for determination of adequate assurance of payment (the "Payment Determination Motion") requesting a hearing. A Payment Determination Motion must be filed within thirty (30) days after a written request for additional assurances; and

(c) In the event a Hearing is scheduled, the Provider shall be deemed to have adequate assurance of payment until an order of the Court is entered in connection with the Hearing.

---

[1] Capitalized terms shall have the meanings set forth in the Motion.

PLEASE TAKE NOTICE the Motion is available for review in the Clerk's Office, United States Bankruptcy Court, during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

PLEASE TAKE NOTICE that the Court shall hold a hearing on the Motion on the 3rd day of June, 2009 at 1:30 o'clock p.m. in Courtroom 103 US Courthouse, 121 Spring Street, Gainesville, Ga.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Room 120 United States Courthouse, 121 Spring Street, Gainesville, GA 30501. You must also mail a copy of your response to the undersigned at the address stated below.

This 2nd day of June, 2009.

M. DENISE DOTSON, LLC

s/ M. Denise Dotson
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, Georgia  30303
(404) 526-8869
(404) 526-8855 Facsimile
ddotsonlaw@me.com
Proposed Attorneys for Debtor and Debtor
in Possession

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing notice on the parties listed on the attached matrix via electronic transmission.

This 2nd day of June, 2009.

                                                      M. DENISE DOTSON, LLC

                                                     s/ M. Denise Dotson
                                                     M. Denise Dotson
                                                   Georgia Bar No. 227230
                                                   170 Mitchell Street
                                                   Atlanta, Georgia  30303
                                                   (404) 526-8869
                                                   (404) 526-8855 Facsimile
                                                   ddotsonlaw@me.com
                                                   Proposed Attorneys for Debtor and Debtor in Possession

# M. DENISE DOTSON, LLC
## 170 Mitchell Street
## Atlanta, GA 30303
## (404) 526-8869 Telephone
## (404) 526-8855 Facsimile
## ddotsonlaw@me.com

Date: June 2, 2009
Re: Chapter 11 bankruptcy hearing notice
Pages: 3 (including cover)
To:

| Business Name | Registered Agent / CEO | Fax |
|---|---|---|
| Morris Law Firm | Thornton W. Morris | 770.956.1002 |
| Michael J. Gorby | Gorby Reeves & Peters, PC | 404-239-1179 |
| Merrill Davidoff | Berger & Montague, PC | 215-875-4604 |
| Lawrence Lederer | Berger & Montague, PC | 215-875-4604 |
| Lane L. Vines | Berger & Montague, PC | 215-875-4604 |
| Jonathan Smallwood | Berger & Montague, PC | 215-875-4604 |
| David Anzinska | Berger & Montague, PC | 215-875-4604 |
| Quirk & Quirk, LLC | Larry Landry | 404.252.6516 |
| BB&T Visa | Curt Massey, Bankruptcy Department | 910-272-2760 |
| American Express | attn: credit department | 623-444-3000 |
| Bank of America | Bankruptcy Department at Bank of America | 336-805-1340 |
| North Georgia Propane, Inc. | Laura J. Ray, Registered Agent | 706-867-0290 |
| Citi Mastercard | Business Banking Operations Re: Bankruptcy | 210-677-7300 |
| U. S. Security Associates, Inc. | CHARLES R SCHNEIDER, CEO | 770-625-1509 |
| Purchase Power | D. KEITH CALHOUN, Registered Agent | 866-741-3919 |
| BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC. | Monye M Connolly, Pres./CEO | 877-868-7950 |
| Wachovia VISA -3990 | Attn: Legal Department | 540-563-6438 |
| Graybar F.S. (GRAYBAR FINANCIAL SERVICES LLC (DELAWARE)) | C T CORPORATION SYSTEM, Registered Agent | 800-543-0274 |
| Graybar F.S. 21818 (GRAYBAR FINANCIAL SERVICES LLC (DELAWARE)) | C T CORPORATION SYSTEM, Registered Agent | 800-543-0274 |
| Sewell Printing Service, Inc | JAMES A NYGAARD, Registered Agent | 404-233-3051 |
| Discover | Discover Card Legal Department, Attn: Bankruptcy Division | 302-323-7637 |
| Advanced Disposal | Charles C. Appleby, CEO | 904-636-0699 |
| Servicemaster Clean | MARION E. GERVIN, CEO & Registered Agent | 770-982-2457 |
| Home Depot Credit Services | Attn: Bankruptcy Department | 816-505-6985 |
| Eagle Mastercard | Mastercard Worldwide, legal department | |
| Centerpoint Direct, LLC | CHRISTOPHER CHAO, Registered Agent | 678-868-2224 |
| Georgia Dept. of Revenue | Oscar Baldwin Fears III | 404-657-3239 |
| IRS | David Delduco | 404-338-7928 |
| Lumpkin County Tax Assessor | DONALD L HEAD CHIEF APPR | 706-864-9806 |
| Womble, Carlyle | John Thomson | 404-870-4841 |

| US Trustee, Staff Attorney | Jim Morowitz | 404-331-5564 |
| --- | --- | --- |
| Amicalola Electric Membership | Charles Gibson, CEO | 706-253-5251 |
| Amicalola Electric Membership | Charles Fendley | 706-253-5251 |
| Windstream | Jeff Gardner, President | 704-849-2606 |
| Verizon Legal | | 325-949-6916 |