IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HLA, INC., | ) | CASE NO. 09-22026 |
| | ) | |
| Debtor. | ) | |

**SECOND MOTION REQUESTING EXTENSION OF TIME
TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

COME NOW HLA, INC., ("Debtor") and hereby file this "Second Motion Requesting Extension of Time to File Schedules and Statement of Financial Affairs" ("Motion"). In support of the Motion, Debtor shows the Court as follows:

1. On May 14, 2009, ("Petition Date"), Debtor filed a petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (as amended, modified or supplemented, the "Bankruptcy Code"). No Trustee has been appointed. Debtor continues to operate its business and manage its affairs as a debtor-in-possession in accordance with Sections 1107 and 1108 of the Bankruptcy Code.

2. The voluntary petition was accompanied by a list of the names and addresses of Debtor's twenty largest unsecured creditors.

3. The time to file the Statement of Financial Affairs, List of Executory Contracts, Schedules, and Statement of Income and Expenses (collectively, the "Schedules") was previously extended through and including June 3, 2009.

4. Debtor is in the process of reviewing the Schedules. The information for the schedules is voluminous. Debtor requests an extension through and including June 8, 2009 to file Schedules.

1

2

5.      The meeting of creditors has been scheduled for June 25, 2009.  The extension of time requested herein should not adversely impact the creditor meeting. Debtor's attorney will serve a copy of the Schedules to the United States Trustee assigned to supervise this case upon filing.

WHEREFORE, Debtor requests entry of an order granting this Motion and such other and further relief as is deemed appropriate by the Court.

Respectfully submitted this 3rd day of June, 2009.

**M. DENISE DOTSON, LLC**

/s/ M. Denise Dotson
M. Denise Dotson
Georgia Bar No. 227230
Proposed Attorney for Debtor
170 Mitchell Street
Atlanta, GA 30303
(404) 526-8869
(404) 526-8855 Facsimile
ddotsonlaw@me.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HLA, INC., | ) | CASE NO. 09-22026 |
| | ) | |
| Debtor. | ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date indicated below I caused a true and correct copy of the within and foregoing to be served on the date specified below, by placing same in a properly addressed envelope with adequate postage affixed thereon by placing same in the U.S. Mail upon the following:

> Tom Dworschak
> United States Trustee's Office
> 362 Richard B. Russell Federal Bldg
> 75 Spring Street, SW
> Atlanta, GA  30303

This 3rdth day of June, 2009.

M. DENISE DOTSON, LLC

/s/ M. Denise Dotson
M. Denise Dotson
Georgia Bar No. 227230
Proposed Attorney for Debtor
170 Mitchell Street
Atlanta, GA 30303
(404) 526-8869
(404) 526-8855 Facsimile
ddotsonlaw@me.com