

**IT IS ORDERED as set forth below:**

Date: June 09, 2009

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HLA, INC., | ) | CASE NO. 09-22026 |
| | ) | |
| Debtor. | ) | |

**SECOND ORDER EXTENDING DEADLINE TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

The above-captioned bankruptcy case is before the Court for consideration of the motion requesting extension of time to file schedules and statement of financial affairs ("Motion") filed by HLA, Inc. ("Debtor") on May 28, 2009. In the Motion, Debtor requested entry of an order extending the deadline for filing Schedules[1] through and including June 8, 2009. The meeting of creditors in this case is scheduled for June 25, 2009.

After reviewing the Motion sand the representations contained therein, it appears that extending the deadline for the Debtor to file its Schedules and profit/loss statement will not have

---

[1] Capitalized terms not otherwise defined shall have the meanings set forth in the Motion.

an adverse impact on creditors or case administration. Accordingly, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. The deadline for the Debtor to file its Schedules is hereby extended through and including June 8, 2009.

**End of Document**

Prepared by:

M. DENISE DOTSON, LLC
/s/  M. Denise Dotson _____
M. Denise Dotson
Georgia Bar No. 227230
Proposed Attorney for Debtor
170 Mitchell Street
Atlanta, Georgia 30303
(404) 526-8869
(404) 526-8855 Facsimile
ddotsonlaw@me.com

DISTRIBUTION LIST

Jim Morawetz
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

M. Denise Dotson, Esq.
M. Denise Dotson, LLC
170 Mitchell Street
Atlanta, GA 30303