**IT IS ORDERED as set forth below:**

**Date: June 09, 2009**

_____
**Robert E. Brizendine**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HLA, INC., | ) | CASE NO. 09-22026 |
| | ) | |
| Debtor. | ) | |

### SECOND ORDER EXTENDING DEADLINE TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

The above-captioned bankruptcy case is before the Court for consideration of the motion

requesting extension of time to file schedules and statement of financial affairs ("Motion") filed

by HLA, Inc. ("Debtor") on May 28, 2009.  In the Motion, Debtor requested entry of an order

extending the deadline for filing Schedules[1] through and including June 8, 2009. The meeting of

creditors in this case is scheduled for June 25, 2009.

After reviewing the Motion sand the representations contained therein, it appears that

extending the deadline for the Debtor to file its Schedules and profit/loss statement will not have

_____

[1] Capitalized terms not otherwise defined shall have the meanings set forth in the Motion.

an adverse impact on creditors or case administration.  Accordingly, it is hereby ORDERED as

follows:

    1.     The Motion is GRANTED.

    2.     The deadline for the Debtor to file its Schedules is hereby extended through and

including June 8, 2009.

**End of Document**

Prepared by:

M. DENISE DOTSON, LLC
/s/_M. Denise Dotson_____
M. Denise Dotson
Georgia Bar No. 227230
Proposed Attorney for Debtor
170 Mitchell Street
Atlanta, Georgia 30303
(404) 526-8869
(404) 526-8855 Facsimile
ddotsonlaw@me.com

DISTRIBUTION LIST

Jim Morawetz
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

M. Denise Dotson, Esq.
M. Denise Dotson, LLC
170 Mitchell Street
Atlanta, GA 30303

# CERTIFICATE OF NOTICE

```
District/off: 113E-8         User: lhd              Page 1 of 1              Date Rcvd: Jun 10, 2009
Case: 09-22026               Form ID: pdf406        Total Noticed: 3


The following entities were noticed by first class mail on Jun 12, 2009.
db          +HLA, Inc.,   1950 North Park Place,   Suite 400,   Atlanta, GA 30339-2044
aty         +James H. Morawetz,   Office of U.S. Trustee,   362 Richard Russell Bldg.,   75 Spring Street, SW,
             Atlanta, GA 30303-3315
aty         +M. Denise Dotson,   M. Denise Dotson, LLC,   170 Mitchell St.,   Atlanta, GA 30303-3441

The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2009**                    **Signature:**  _Joseph Speetjens_