**IT IS ORDERED as set forth below:**

**Date: June 09, 2009**

_____
**Robert E. Brizendine**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HLA, INC., | ) | CASE NO. 09-22026 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING APPLICATION TO RETAIN ATTORNEY**

This matter came before the Court on the Application for Approval of Employment of Debtor's Attorney ("Application") filed by HLA, Inc. ("Debtor") on June 9, 2009. The Application and accompanying affidavit demonstrate that the law firm of M. Denise Dotson, LLC (the "Law Firm") is qualified to practice in this Court, that it is disinterested and represents no interest adverse to Debtor or its estate in the matters upon which it is to be engaged, and that this case justifies employment of a professional for the purpose specified.

Twenty (20) days having elapsed since the filing of the case and based upon a review of the pleadings, it appears that the Law Firm is eligible for employment pursuant to applicable provisions of the Bankruptcy Code. Accordingly,

1. The Application is hereby GRANTED.

2. The Office of the United States Trustee shall have twenty (20) days to file an objection to this Order. In the event an objection is filed, a hearing will be scheduled. If no objections are filed, this Order shall represent a final order.

3. The Law Firm shall be eligible for compensation for services rendered from the date the bankruptcy case was filed, upon notice, hearing and approval by the court pursuant to 11 U.S.C. §§ 330 and 331, and based on the filing of an appropriately detailed fee application which complies with the Fee Guidelines of the Office of the United States Trustee.

**End of Document**

Prepared and Presented By:
M. DENISE DOTSON, LLC
*/s/ M. Denise Dotson*
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, Georgia 30303
(404) 526-8869 Telephone
(404) 526-8855 Facsimile
ddotsonlaw@me.com

Distribution List:

M. Denise Dotson, M. Denise Dotson, LLC, 170 Mitchell Street, Atlanta, GA 30303

Office of the United States Trustee, 362 Richard B. Russell Federal Building, 75 Spring Street, Atlanta, Georgia 30303

# CERTIFICATE OF NOTICE

```
District/off: 113E-8           User: lhd                  Page 1 of 1                  Date Rcvd: Jun 10, 2009
Case: 09-22026                 Form ID: pdf408            Total Noticed: 4

The following entities were noticed by first class mail on Jun 12, 2009.
db           +HLA, Inc.,    1950 North Park Place,    Suite 400,    Atlanta, GA 30339-2044
aty          +James H. Morawetz,    Office of U.S. Trustee,    362 Richard Russell Bldg.,    75 Spring Street, SW,
               Atlanta, GA 30303-3315
aty          +M. Denise Dotson,    M. Denise Dotson, LLC,    170 Mitchell St.,    Atlanta, GA 30303-3441
ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 12, 2009**                    Signature:     *Joseph Speetjens*