**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| HLA, INC., | ) | CASE NO. 09-22026-reb |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2009 I served a true and correct copy of the Order Establishing Procedures for (1) Providers to Request Adequate Assurance of Payment, and (2) Resolving Disputes Relating to Adequate Assurance Requests by placing same in a properly addressed envelope with adequate postage affixed thereon by placing same in the U.S. Mail upon those parties referenced below:

Charles Gibson
Chief Executive Officer
Amicalola Electric Membership Corp.
544 Highway 515 South
Jasper, GA 30143

Ivan G. Seidenberg
Chairman & CEO
Verizon
PO Box 105378
Atlanta, GA 30348

Charles Fendley
Registered Agent
Amicalola Electric Membership Corp.
544 Highway 515 South
Jasper, GA 30143

Verizon Legal
PO Box 1001
San Angelo, TX 76902

Jeff Gardner
President & Chief Executive Officer
Windstream Communications
1720 Galleria Blvd.
Charlotte, NC 28270

This 16th day of June, 2009.

**M. DENISE DOTSON, LLC**
 *s/ M. Denise Dotson*
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, Georgia  30309
(404) 526-8869
(404) 526-8855 Facsimile
ddotsonlaw@me.com