IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HLA, INC., | ) | Case No. 09-22026-REB |
| | ) | |
| Debtor. | ) | JUDGE ROBERT E. BRIZENDINE |
| | ) | |

## APPEARANCE OF COUNSEL AND REQUEST FOR NOTICES FOR CREDITOR JIM MILLMAN

COMES NOW JORDAN B. FORMAN, with the law firm of KAUFMAN, MILLER & SIVERTSEN, P.C., and hereby files this, their Appearance of Counsel and Request for Notices pursuant to which said attorneys and said law firm will be appearing as counsel for creditor Jim Millman, and requests receipt of all notices to parties in interest herein to the following address:

> Jordan B. Forman, Esq.
> Kaufman, Miller & Sivertsen, P.C.
> 8215 Roswell Road
> Building 800
> Atlanta, Georgia 30350-6445.

Respectfully submitted this 18th day of June, 2009.

KAUFMAN, MILLER & SIVERTSEN, P.C.

/s/ *Jordan B. Forman*
Jordan B. Forman
Georgia Bar No. 269298

8215 Roswell Road
Building 800
Atlanta, Georgia 30350-6445
Telephone:    770-390-9200
Facsimile:    770-395-6720

*Attorneys for Creditor Jim Millman*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing **APPEARANCE OF COUNSEL AND REQUEST FOR NOTICES FOR CREDITOR JIM MILLMAN** has been furnished to the parties listed on the attached service list via the CM/ECF automatic notification system, or for those parties not registered for CM/ECF, via regular U.S. Mail and facsimile as indicated below, on this 18th day of June, 2009.

M. Denise Dotson
M. Denise Dotson, LLC
170 Mitchell Street
Atlanta, Georgia 30303

Advanced Disposal
Charles C. Appleby, CEO
7915 Baymeadows Way, Ste. 300
Jacksonville, FL 32256

Amicalola Electric
1234 Dawsonville Highway
Dahlonega, Georgia 30533

Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726

BB&T – Visa
P.O. Box 698
Wilson, NC 27894

Capital One Visa
P.O. Box 71083
Charlotte, NC 28272

Chase Mastercard
P.O. Box 15153
Wilmington, DE 19886

Citi Mastercard
P.O. Box 688920
Des Moines, IA 50368

American Express
P.O. Box 360002
Fort Lauderdale, FL 33336-0002

Atlonim Business System
Larry Cleek, CEO
1013 Airport Street
Gainesville, Georgia 30501

Bank of America
P.O. Box 15710
Wilmington, DE 19886

BB&T
c/o John Thomson, Jr.
271 17th Street, Suite 2400
Atlanta, Georgia 30363

Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

Centerpoint Direct
Christopher Chao, Reg. Agent
1846 Briarwood Rd., NE
Atlanta, Georgia 30329

CIT Technology Fin Svcs
Ron Arrington, CEO
180 Cherokee Street, NE
Marietta, Georgia 30060

Dell
CT Corporation Sys, Reg. Agent
1201 Peachtree Street, NE
Atlanta, Georgia 30361

Discover
P.O. Box 71084
Charlotte, NC 28272

Doff Meyer
c/o Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

Eagle Master Card
P.O. Box 569200
Dallas, TX 75356

Georgia Department of Revenue
40 Capitol Square SW
Atlanta, Georgia 30334

Graybar
CT Corporation Sys., Reg. Agent
1201 Peachtree Street NE
Atlanta, Georgia 30361

Hidden Lakes Academy, Inc.
Leonard Buccellato
1950 North Park Place, Suite 400
Atlanta, Georgia 30339

Jarrard Water Service
c/o Roger Jarrard
12 Jarrard Drive
Dahlonega, Georgia 30533

Leonard A. Buccellato
1950 North Park Place
Suite 400
Atlanta, Georgia 30339

Morris Law Firm
c/o Thornton W. Morris
1950 North Park Place, Suite 400
Atlanta, Georgia 30339

Doc Martin Construction Co.
c/o Chris Dockery
14 Carriage Court
Dahlonega, Georgia 30533

Dr. & Ms. Edward Roberson
c/o Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

Georgia Department of Labor
40 Capitol Square
Atlanta, Georgia 30334

GMAC
P.O. Box 9001951
Louisville, KY 40290

Hidden Lakes Academy
830 Hidden Lake Road
Dahlonega, Georgia 30533

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

Jill & Ron Ryan
c/o Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

Leonard Buccellato
1950 North Park Place
Suite 400
Atlanta, Georgia 30339

North Georgia Credit Services
c/o Lori Bennett
3482 Keith Bridge Road, #321
Cumming, Georgia 30041

North Georgia Propane
c/o WH Wofford
2490-D Hilton Drive
Gainesville, Georgia 30530

Quirk & Quirk
6000 Lake Forrest Drive, Suite 325
Atlanta, Georgia 30328

Service Master Clead
Marion Gervin, CEO
2020 Westside Court, Ste. G
Snellville, Georgia 30078

Theresa Pines
c/o Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

Wachovia Visa
P.O. Box 851001
Dallas, Texas 75285

Walter Coles
c/o Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

Purchase Power
D. Keith Calhoun, Reg. Agent
695 Pylant Street
Atlanta, Georgia 30306

Robin Brecker
c/o Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

Sewell Printing Service, Inc.
James A. Nygaard, Reg. Agent
2697 Apple Valley Road
Atlanta, Georgia 30319-3150

US Security Associates, Inc.
Charles Schneider, CEO
200 Mansell Court E, Suite 500
Atlanta, Georgia 30326

Wachovia Visa
P.O. Box 105204
Atlanta, Georgia 30348

This 18th day of June, 2009.

Kaufman, Miller & Sivertsen, P.C.
8215 Roswell Road, Building 800
Atlanta, Georgia 30350-6445
Telephone:    770-390-9200
Facsimile:    770-395-6720

/s/ *Jordan B. Forman*
Jordan B. Forman
Georgia Bar No. 269298

*Attorneys for Creditor Jim Millman*

I:\WP\CW\7453-001\Appearance of Counsel.061609.doc