# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. G09-22026-REB |
| | ) | |
| HLA, INC., | ) | Chapter 11 |
| | ) | |
|     Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO THE CLERK OF THE COURT:

This is to advise you, pursuant to Bankruptcy Rule 9010, of this Firm's representation of **BRANCH BANKING & TRUST COMPANY** in the above-referenced bankruptcy case.

Please send all future pleadings and notices in the above-captioned action to John A. Thomson, Jr., at the following address:

> John A. Thomson, Jr., Esq.
> WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
> 271 17th Street, N.W.
> Suite 2400
> Atlanta, Georgia 30363-1017
> (404) 888-7409 direct dial
> (404) 870-4841 direct fax
> jthomson@wcsr.com

This includes, without limitation, all notices, pleadings, and other documents referred to in Bankruptcy Rules 2002, 2017, 4001, 6004, 6007 and 9007 for both this case and any other case or cases that may subsequently be consolidated herewith. By service of this pleading, this Firm requests that Debtor's counsel place this Firm on the mailing and distribution lists for all further pleadings filed in this action.

WCSR 4154032v1

Respectfully submitted this 18th day of June, 2009.

                                                                            WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

                                                                            By:    /S/  John A. Thomson, Jr.

271 17th Street, N.W.                                John A. Thomson, Jr.
Suite 2400                                                     State Bar No. 706760
Atlanta, Georgia 30363-1017
(404) 888-7409 direct phone                **Attorney for Branch Banking & Trust**
(404) 870-4841 direct fax                        **Company**
jthomson@wcsr.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on June 18, 2009, a true and correct copy of the within and foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| M. Denise Dotson, Esq. | James M. Morawetz, Esq. |
| ATTORNEY FOR DEBTOR | Office of the United States Trustee |
| M. Denise Dotson, LLC | 362 Richard B. Russell Building |
| 170 Mitchell Street, S.W. | 75 Spring Street, S.W. |
| Atlanta, GA  30303 | Atlanta, Georgia  30303 |

      This 18th day of June, 2009.

                                                                   /S/  John A. Thomson, Jr.
                                                 John A. Thomson, Jr.
                                                 State Bar No. 706760

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
271 17th Street, N.W.
Suite 2400
Atlanta, Georgia 30363-1017
(404) 888-7409 direct phone
(404) 870-4841 direct fax