IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
~~ATLANTA~~ DIVISION
GAINESVILLE

FILED
IN CLERK'S OFFICE
BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

W. YVONNE EVANS
CLERK

BY:
DEPUTY CLERK

| | | |
|---|---|---|
| In re: | ) | Case No. 09-22026-reb |
| | ) | |
| HLA, Inc., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR SERVICE OF PAPERS

TO THE CLERK OF COURT:

COMES NOW JEREMY E. WHITE, of MOLDEN HOLLEY & THOMPSON, LLC, pursuant to Bankruptcy Rule 9010, and notifies the Court that said attorney and law firm will be appearing as counsel for creditors Willie Locust and Lee Locust in the above-referenced bankruptcy case. Going forward, please send all pleadings and notices in the above-captioned case to the following address:

> Jeremy E. White, Esq.
> Molden Holley & Thompson, LLC
> 225 Peachtree Street, N.E.
> Suite 1900
> Atlanta, Georgia 30303
> Direct Dial: (404) 835-1723
> Fax: (404) 324-4501
> Email: jwhite@moldenholley.com

Respectfully submitted this 23rd day of June, 2009.

**MOLDEN HOLLEY & THOMPSON, LLC**

_____
Jeremy E. White
Georgia Bar No. 754054

225 Peachtree Street, N.E.
Suite 1900
Atlanta, Georgia 30303
Direct Dial: (404) 835-1723
Fax: (404) 324-4501
Email: jwhite@moldenholley.com

**COUNSEL FOR WILLIE LOCUST AND LEE LOCUST**

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-22026-reb |
| | ) |
| HLA, Inc., | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 23, 2009, a true and correct copy of the within and foregoing Notice of Appearance of Counsel and Request for Service of Papers was filed with the Clerk of Court and distributed via U.S. Mail, with sufficient postage affixed thereto, to the following attorneys of record:

M. Denise Dotson, Esq.
M. Denise Dotson, LLC
170 Mitchell Street, S.W.
Atlanta, Georgia 30303

James M. Morawetz, Esq.
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303

This 23rd day of June, 2009.

MOLDEN HOLLEY & THOMPSON, LLC

_____
Jeremy E. White
Georgia Bar No. 754054

225 Peachtree Street, N.E.
Suite 1900
Atlanta, Georgia 30303
Direct Dial: (404) 835-1723
Fax: (404) 324-4501
Email: jwhite@moldenholley.com