ENTERED ON DOCKET

7/28/09

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HLA, INC., | ) | CASE NO. 09-22026-reb |
| | ) | |
| _____Debtor._____ | ) | |

ORDER AUTHORIZING OPERATIONS IN
ACCORDANCE WITH POST-PETITION BUDGET

The above-captioned case came before the Court on June 25, 2009, for consideration of the "Motion Requesting Entry of Order Authorizing Operations in Accordance with Post-Petition Budget" (the "Motion") filed by HLA, Inc. ("Debtor") on May 20, 2009. In the Motion, Debtor requested entry of an order authorizing the payment of post-petition operational expenses in accordance with the budget ("Budget") attached hereto and incorporated herein by reference as Exhibit "A." Additionally, to the extent any entity asserts an interest in cash collateral, Debtor requested authorization to use cash collateral in accordance with Section 363 of the Bankruptcy Code.

As set forth in the certificate of service, notice of the hearing was given via facsimile, or electronic transmission to creditors and parties-in-interest. Given the circumstances notice of the hearing was sufficient and no further notice is required.

At the hearing, M. Denise Dotson appeared on behalf of the Debtor.

Based upon a review of the Motion and the representations of counsel, it appears that good and sufficient cause exists to grant the Motion. Accordingly, it is hereby ORDERED as follows:

1.  The Debtor is authorized to operate and remit payments in accordance with the Budget attached hereto through and including September 30, 2009.  Debtor may use Cash Collateral only for ordinary and necessary business expenses of the Debtor consistent with the specific items and the amounts contained in the attached budgets and for no other purposes; provided, however, any individual budget line item may vary by up to 10% as long as the total expenses do not exceed the budgeted expenses.

2.  To the extent any entity asserts an interest in cash collateral, Debtor may use cash collateral in accordance with the terms and conditions set forth herein.  Additionally, any entity asserting an interest in cash collateral shall be granted replacement liens on the collateral to the same extent, validity, and priority as the prepetition liens; and the continuing validity of any and all financing statements filed by the Lender which were effective to perfect the security interest granted pre-petition to each entity are hereby expressly confirmed and deemed sufficient to perfect the replacement liens granted by the Order; and upon request by such entity, the Debtor shall execute any further documents deemed necessary or appropriate to evidence, perfect, or otherwise establish such post-petition replacement liens under this Order, and such entity is expressly authorized to record or file any such financing statements or other documents deemed necessary or appropriate to evidence, perfect or establish their post-petition replacement liens granted by this Order.

3.  No payments may be made to any insiders of the Debtor, including but not limited to Kenneth Spooner, or to any creditors on behalf of any insider.

4.  No payments may be made to Dr. Leonard A. Buccellato or to any creditors on behalf of Dr. Leonard A. Buccellato; provided, however, Dr. Buccellato may receive payroll in the amount of $4,000.00 from Ridge Creek.

5. Debtor is directed to serve a copy of this Order upon the appropriate parties-in-interest within three (3) business days after entry.

6. Entry of this Order is without prejudice to the claims, rights, and actions that the Debtor may have to challenge the nature, validity, or extent of liens that may be asserted by any entity.

7. Entry of this Order is without prejudice to the rights, claims, and defenses that any entity may assert in any action by the Debtor to challenge the nature, validity, or extent of liens asserted by said entity.

IT IS SO ORDERED THIS 27th day of July, 2009.

_____
ROBERT E. BRIZENDINE
UNITED STATES BANRKUPTCY JUDGE


Order prepared and presented by:
M. DENISE DOTSON, LLC
Proposed Counsel for the Debtor
/s/ M. Denise Dotson
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, GA 30303
(404) 526-8869 Telephone
(404) 526-8855 Facsimile
ddotsonlaw@me.com


Distribution List:

M. Denise Dotson, 170 Mitchell Street, Atlanta, GA 30303

Office of the United States Trustee, Attn: Jim Morawetz, 75 Spring Street, Atlanta, GA 30303

EXHIBIT "A" FOLLOWS

# HLA Budget June 2009 to May 2010

| | June 2009 | July 2009 | Aug 2009 | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | April 2010 | May 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Days per Month | 30 | 31 | 31 | 30 | 31 | 30 | 31 | 31 | 28 | 31 | 30 | 31 | |
| New Students | 0 | 3 | 4 | 4 | 4 | 4 | 5 | 4 | 4 | 4 | 4 | 4 | |
| Graduating Students | | | | | | | | | | | | 5 | |
| Total Students | 19 | 22 | 26 | 30 | 34 | 38 | 37 | 41 | 45 | 49 | 53 | 52 | 365 |
| **Tuition per Student @ $200/day average** | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| Tuition | 114,000 | 136,400 | 161,200 | 180,000 | 210,800 | 228,000 | 229,400 | 254,200 | 252,000 | 303,800 | 318,000 | 322,400 | 2,710,200 |
| **Academics** | | | | | | | | | | | | | |
| ACT | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| SAT | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Academics - Other | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Total Academics | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 1,500 |
| Computer fees | 0 | 1,200 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 17,200 |
| Credit Card Fee | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Haircut | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 900 |
| Horseback Riding Program | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 26,800 |
| Uniforms | 0 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,300 |
| Lab Fees | | | | | | | | | | | | | |
| Psychological Testing (25% new students) | 0 | 2,100 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 30,100 |
| Total Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Shipping / Postage / Fed-Ex | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 3,480 |
| **Travel** | | | | | | | | | | | | | |
| Pvt. Transportation | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Outside Dahlonega | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Outside Dahlonega | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Travel - Other | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Total Travel | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 13,200 |
| Income | 0 | 4,950 | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 70,950 |
| Unrestricted Contributions | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 9,600 |
| Restricted Contributions | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Total Income | 119,890 | 150,640 | 178,190 | 196,990 | 227,790 | 245,390 | 246,790 | 271,590 | 269,390 | 321,190 | 335,390 | 339,790 | 2,903,030 |
| **Payroll** | | | | | | | | | | | | | |
| P/R - Academics | | | | | | | | | | | | | |
| P/R - Admissions | | | | | | | | | | | | | |
| P/R - Counselors | | | | | | | | | | | | | |
| P/R - Dispensary | | | | | | | | | | | | | |
| P/R - Maintenance | | | | | | | | | | | | | |
| P/R - Operations | | | | | | | | | | | | | |
| P/R - Recreation | | | | | | | | | | | | | |
| Total Payroll | 63,500 | 44,000 | 44,000 | 44,000 | 44,000 | 44,000 | 44,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 582,600 |
| **Payroll Taxes** | | | | | | | | | | | | | |
| Payroll Taxes - Unemployment | | | | | | | | | | | | | |
| Payroll taxes federal | | | | | | | | | | | | | |
| Total Payroll Expenses | 70,200 | 52,800 | 52,800 | 52,800 | 52,800 | 52,800 | 52,800 | 62,400 | 62,400 | 62,400 | 62,400 | 62,400 | 699,000 |
| **Benefits** | | | | | | | | | | | | | |
| Benefits | | | | | | | | | | | | | |
| Total Taxes & Benefits @ 20% | 11,700 | 8,800 | 8,800 | 8,800 | 8,800 | 8,800 | 8,800 | 10,400 | 10,400 | 10,400 | 10,400 | 10,400 | 116,500 |
| **Academic Expense** | | | | | | | | | | | | | |
| Academic Travel & Events | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Application fees | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Awards | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 10 | 10 | 10 | 10 | 50 |
| Testing School | 0 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 8,800 |
| Academic Expense -Supplies | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |

| Category | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Academic Expense | 150 | 950 | 950 | 950 | 950 | 950 | 950 | 1,010 | 1,010 | 1,010 | 1,010 | 10,900 |
| **Administrative Expenses** | | | | | | | | | | | | |
| Accounting Services | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Bank Service Charges | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Business Licenses and Permits | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Charitable Contributions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dues and Subscriptions | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Employee Appreciation | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Finance Charge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Flowers | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| **Insurance Expense** | | | | | | | | | | | | |
| Auto | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 31,200 |
| Property | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 62,400 |
| General Liability Insurance | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| Health Insurance | 5,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,000 |
| Life and Disability Insurance | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| Worker's Compensation | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 25,200 |
| Insurance Expense - Other | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Total Insurance Expense | 18,600 | 13,600 | 13,600 | 13,600 | 13,600 | 13,600 | 13,600 | 13,600 | 13,600 | 13,600 | 13,600 | 168,200 |
| Late Fee /Over limit Fee- CC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Legal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Licenses and Fees | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 1,080 |
| Interest Expense BB&T | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Merchant Acct. Fees | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Office Supplies | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 |
| Over limit Credit Card fee | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pay off old debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Past Due Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Postage and Delivery** | | | | | | | | | | | | |
| Federal Express | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| UPS | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| USPS & Pitney Bowes | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 5,400 |
| Postage and Delivery - Other | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 240 |
| Total Postage & Delivery | 670 | 670 | 670 | 670 | 670 | 670 | 670 | 670 | 670 | 670 | 670 | 8,040 |
| Uniforms clothing | 250 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 5,500 |
| Wal-Mart | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Printing and Reproduction | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Rent Expense | 0 | 0 | 10,000 | 10,000 | 15,000 | 15,000 | 20,000 | 20,000 | 25,000 | 25,000 | 30,000 | 200,000 |
| Professional Fees | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,300 |
| Spiritual Subcontractors | 0 | 200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative Expenses - Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Administrative Expenses | 21,035 | 16,135 | 26,235 | 26,235 | 31,235 | 31,235 | 36,235 | 36,235 | 41,235 | 41,235 | 46,235 | 400,020 |
| **Admissions** | | | | | | | | | | | | |
| Admissions - Consultant T & E | 200 | 200 | 200 | 200 | 200 | 400 | 400 | 400 | 400 | 400 | 400 | 3,600 |
| Admissions - Staff T & E | 300 | 300 | 300 | 300 | 300 | 500 | 500 | 500 | 500 | 500 | 500 | 4,800 |
| Conference Registration Fee | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Admissions - Other | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Total Admissions | 575 | 575 | 575 | 575 | 575 | 975 | 975 | 975 | 975 | 975 | 975 | 9,300 |
| **Athletic Expense** | | | | | | | | | | | | |
| Athletic Travel Expense | 0 | 0 | 0 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 600 |
| Officials Expense | 0 | 0 | 0 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,200 |
| Tournament Fee & Memberships | 0 | 0 | 0 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 400 |
| Total Athletic Expense | 0 | 0 | 0 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 2,200 |
| **Counseling Expense** | | | | | | | | | | | | |
| ATOD | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Counseling Travel & Events | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 |
| Total Counseling Expense | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| **Dispensary Expense** | | | | | | | | | | | | |
| Haircut Expense | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |

| Category | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medical | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Student Care | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 360 |
| Student Travel by Bobby Denny | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Student Travel General | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Dispensary Expense - Other | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 240 |
| **Total Dispensary Expense** | **400** | **400** | **400** | **400** | **400** | **400** | **400** | **400** | **400** | **400** | **400** | **4,500** |
| **HR Expense** | | | | | | | | | | | | |
| Emp Credit/Background checks | 0 | 0 | 0 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | 0 | 500 |
| HR Travel | 0 | 0 | 0 | 0 | 0 | 50 | 50 | 50 | 50 | 50 | 0 | 250 |
| HR Travel Interviews | 0 | 0 | 0 | 0 | 0 | 75 | 75 | 75 | 75 | 75 | 0 | 375 |
| **Total HR Travel** | **0** | **0** | **0** | **0** | **0** | **125** | **125** | **125** | **125** | **125** | **0** | **625** |
| Payroll Processing | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| HR Expense - Other | 0 | 0 | 0 | 0 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 2,800 |
| **Total HR Expense** | **500** | **500** | **500** | **500** | **900** | **1,125** | **1,125** | **1,125** | **1,125** | **1,125** | **500** | **9,825** |
| **Marketing Expense** | | | | | | | | | | | | |
| Advertising and Promotion | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Goodwill / Gifts | 0 | 0 | 0 | 0 | 0 | 250 | 250 | 250 | 250 | 250 | 0 | 1,250 |
| Marketing Travel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Meals and Entertainment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Marketing Expense** | **100** | **100** | **100** | **100** | **100** | **350** | **350** | **350** | **350** | **350** | **100** | **2,450** |
| Miscellaneous Expense | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| **Operations Expense** | | | | | | | | | | | | |
| **Automobile Expense** | | | | | | | | | | | | |
| Gasoline | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Gasoline - Bulk | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 16,400 |
| Vehicle finance expense | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| Vehicle Repair | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| **Total Automobile Expense** | **4,050** | **4,050** | **4,050** | **4,050** | **4,050** | **4,450** | **4,450** | **4,450** | **4,450** | **4,450** | **4,450** | **50,600** |
| Computer and Internet Expenses | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 66,000 |
| Dell Equipment Expense | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 25,200 |
| Dorm supplies | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Equipment Rental | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Exterminating | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 4,320 |
| Food and Cafeteria - Service | 20,000 | 22,000 | 24,000 | 24,000 | 26,000 | 26,000 | 28,000 | 28,000 | 28,000 | 28,000 | 26,000 | 296,000 |
| Food and Cafeteria Supplies | 500 | 80 | 500 | 500 | 500 | 750 | 750 | 750 | 750 | 750 | 750 | 6,900 |
| Garbage Disposal | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Housekeeping Contract | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 72,000 |
| Housekeeping/Janitorial Supply | 400 | 400 | 400 | 400 | 400 | 600 | 600 | 600 | 600 | 600 | 600 | 5,600 |
| Inspections | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Landscaping and Grounds | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Propane Gas | 3,000 | 3,000 | 4,500 | 4,500 | 6,000 | 8,000 | 8,000 | 6,000 | 6,000 | 6,000 | 6,000 | 66,000 |
| **Repairs and Maintenance** | | | | | | | | | | | | |
| Services - Bldg | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Services - Equip. | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 4,200 |
| Supplies | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Repairs and Maintenance - Other | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| **Total Repairs and Maintenance** | **1,350** | **1,350** | **1,350** | **1,350** | **1,350** | **1,350** | **1,350** | **1,350** | **1,350** | **1,350** | **1,350** | **16,200** |
| Satellite | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Security Contract | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 40,800 |
| **Telephone Expense** | | | | | | | | | | | | |
| Cell Phone Service | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Windstream | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 43,200 |
| Telephone Expense - Other | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| **Total Telephone Expense** | **5,100** | **5,100** | **5,100** | **5,100** | **5,100** | **5,100** | **5,100** | **5,100** | **5,100** | **5,100** | **5,100** | **61,200** |
| **Utilities - Electric** | | | | | | | | | | | | |
| Utilities 14401 Lodge | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 14,880 |
| Utilities 14402 sec. | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 1,920 |
| Utilities 14403 Dorm A | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 7,920 |
| Utilities 14407 New Maintenance | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |

| Account | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Utilities 14410 dorm B | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 6,600 |
| Utilities 14411 Old Admin | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Utilities 14412 dorm C | 740 | 740 | 740 | 740 | 740 | 740 | 740 | 740 | 740 | 740 | 740 | 740 | 8,880 |
| Utilities 14413 Pump House | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 2,460 |
| Utilities 14419 Len's House | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Utilities 14420 Gym | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 9,840 |
| Utilities 14426 counselor bldg | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 480 |
| Utilities 14428 sewer plant | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 3,240 |
| Utilities 14431 restrooms-soccer | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Utilities 14432 Swimming Pool | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 2,160 |
| Utilities 14433 Well Pump | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 720 |
| Utilities 14434 Administration | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 20,580 |
| Utilities - Electric - Other | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Total Utilities - Electric | 7,090 | 7,090 | 7,090 | 7,090 | 7,090 | 7,090 | 7,090 | 7,090 | 7,090 | 7,090 | 7,090 | 7,090 | 85,080 |
| Water & Pump | | | | | | | | | | | | | |
| Sewer Plant Maint. & Supplies | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 |
| Water Testing | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| Total Water & Pump | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 9,000 |
| Total Operations Expense | 63,000 | 63,000 | 64,550 | 68,500 | 63,500 | 70,000 | 72,000 | 74,350 | 74,350 | 74,350 | 74,350 | 74,350 | 845,800 |
| Recreation Expense | | | | | | | | | | | | | |
| Rec Travel & Events | 100 | 100 | 100 | 100 | 200 | 200 | 300 | 300 | 300 | 300 | 300 | 300 | 2,600 |
| Recreation equipment | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Rec Events and Horses | 2,000 | 2,000 | 2,000 | 2,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 28,000 |
| Recreation Expense - Other | 100 | 100 | 100 | 100 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,000 |
| Total Recreation Expense | 2,250 | 2,250 | 2,250 | 2,250 | 2,950 | 2,950 | 3,050 | 3,050 | 3,050 | 3,050 | 3,050 | 3,050 | 33,200 |
| Management Fees from Hidden Lake | 32,400 | 32,400 | 32,400 | 32,400 | 32,400 | 32,400 | 32,400 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 424,800 |
| Intercompany transfer to RCI | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (72,000) |
| Total Expenses | 184,960 | 163,460 | 176,160 | 179,110 | 185,086 | 185,586 | 194,485 | 214,570 | 219,570 | 221,570 | 224,570 | 224,570 | 2,374,895 |
| Net Income | (65,070) | (12,820) | 3,030 | 17,380 | 42,705 | 58,405 | 52,305 | 55,920 | 49,720 | 89,620 | 110,720 | 116,120 | 628,435 |

## Ridge Creek/Creekside Budget June 2009 to May 2010

| | JUN 2009 | JUL 2009 | AUG 2009 | SEP 2009 | OCT 2009 | NOV 2009 | DEC 2009 | JAN 2010 | FEB 2010 | MAR 2009 | APR 2009 | MAY 2009 | 2009/2010 YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #Days | 30 | 31 | 31 | 30 | 31 | 30 | 31 | 31 | 28 | 31 | 30 | 31 | 365 |
| **RCI Wilderness** | | | | | | | | | | | | | |
| New Students | 0 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 45 |
| Graduating Students | 0 | 6 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | |
| Total Students | 7 | 6 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | |
| Program fees $245/day | 51,450 | 45,570 | 37,975 | 36,750 | 37,975 | 36,750 | 37,975 | 37,975 | 34,300 | 37,975 | 36,750 | 37,975 | 469,420 |
| Clothing & equipment | 0 | 4,000 | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 36,000 |
| **RCI School** | | | | | | | | | | | | | |
| New Students | 2 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 46 |
| Graduating Students | | | | | | 6 | 2 | | | | | | 28 |
| Total Students | 6 | 10 | 14 | 18 | 22 | 20 | 22 | 22 | 22 | 22 | 22 | 22 | 222 |
| Program fees $147/day until Sept $163 | 26,460 | 45,570 | 63,798 | 88,020 | 111,166 | 97,800 | 111,166 | 111,166 | 100,408 | 111,166 | 107,580 | 111,166 | 1085466 |
| Clothing & equipment | 1,600 | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 36800 |
| **Creekside** | | | | | | | | | | | | | |
| New students | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | |
| Graduation | | | | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | |
| Total students | 1 | 4 | 7 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | |
| Program fees $181.00/day | 5,430 | 22,444 | 39,277 | 54,300 | 56,110 | 54,300 | 56,110 | 56,110 | 50,680 | 56,110 | 54,300 | 56,110 | 561,281 |
| Total Students | 14 | 20 | 26 | 33 | 37 | 35 | 37 | 37 | 37 | 37 | 37 | 37 | |
| **Total Income** | 84,940 | 120,784 | 147,450 | 185,470 | 211,651 | 195,250 | 211,651 | 211,651 | 191,788 | 211,651 | 205,030 | 211,651 | 2,188,967 |
| **Salary Expense** | | | | | | | | | | | | | |
| Payroll | 50,000 | 50,000 | 50,000 | 56,400 | 56,400 | 56,400 | 59,000 | 59,000 | 59,000 | 59,000 | 61,000 | 61,000 | 677,200 |
| tax and benefits @ 20% | 10,000 | 10,000 | 10,000 | 11,280 | 11,280 | 11,280 | 11,800 | 11,800 | 11,800 | 11,800 | 12,200 | 12,200 | 135,440 |
| **Total Payroll Expense** | 60,000 | 60,000 | 60,000 | 67,680 | 67,680 | 67,680 | 70,800 | 70,800 | 70,800 | 70,800 | 73,200 | 73,200 | 812,640 |
| **Operating Expenses** | | | | | | | | | | | | | |
| Academic supplies | 100 | 50 | 100 | 100 | 100 | 150 | 150 | 150 | 150 | 200 | 200 | 200 | 1,650 |
| Advertising and marketing | 200 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,300 |
| Meals | 3,465 | 5,115 | 6,650 | 8,168 | 9,463 | 8,663 | 9,463 | 9,463 | 8,547 | 9,463 | 9,158 | 9,463 | 97,078 |
| Repairs & maintenance | 300 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,950 |
| Vehicle/gas/repairs | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Telephone/postage | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| Utilities | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 10,800 |
| Miscellaneous | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 |
| Clothing & equipment | 200 | 2,000 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 18,200 |
| Insurance | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| Security | 2,376 | 2,376 | 2,376 | 2,376 | 2,376 | 2,376 | 2,376 | 2,376 | 2,376 | 2,376 | 2,376 | 2,376 | 28,512 |
| Rent to Hidden Lake | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | |
| Transfer from HLA (3,500 payroll and 2,500 expenses | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 72,000 |
| **Total Operating Expenses** | 17,391 | 30,541 | 31,726 | 33,244 | 34,539 | 33,789 | 34,589 | 34,589 | 33,673 | 34,639 | 34,334 | 34,639 | 387,690 |
| **Total Expenses** | 77,391 | 90,541 | 91,726 | 100,924 | 102,219 | 101,469 | 105,389 | 105,389 | 104,473 | 105,439 | 107,534 | 107,839 | 1,200,330 |
| **Net Income** | 7,549 | 30,243 | 55,725 | 84,547 | 109,432 | 93,782 | 106,262 | 106,262 | 87,316 | 106,212 | 97,497 | 103,812 | 988,637 |

## Hidden Lake Budget June 2009 to May 2010

| | June 2009 | July 2009 | Aug 2009 | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | April 2010 | May 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Rent Income from HLA | 0 | 0 | 10,000 | 10,000 | 15,000 | 15,000 | 20,000 | 20,000 | 25,000 | 25,000 | 30,000 | 30,000 | 37,500 |
| Rent from RCI | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | |
| Total Income | 0 | 10,000 | 20,000 | 20,000 | 25,000 | 25,000 | 30,000 | 30,000 | 35,000 | 35,000 | 40,000 | 40,000 | 310,000 |
| **Expenses** | | | | | | | | | | | | | |
| Hidden Lake Payroll | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 354,000 |
| Hidden Lake Payroll Taxes | 5,400 | 5,400 | 5,400 | 5,400 | 5,400 | 5,400 | 5,400 | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 70,800 |
| Total Payroll | 32,400 | 32,400 | 32,400 | 32,400 | 32,400 | 32,400 | 32,400 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 424,800 |
| Transfer Management Fee to HLA | (32,400) | (32,400) | (32,400) | (32,400) | (32,400) | (32,400) | (32,400) | (39,600) | (39,600) | (39,600) | (39,600) | (39,600) | (424,800) |
| Total Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income | 0 | 10,000 | 20,000 | 20,000 | 25,000 | 25,000 | 30,000 | 30,000 | 35,000 | 35,000 | 40,000 | 40,000 | 310,000 |
| | | | | | | | | | | | | | |
| Payments to BB&T | | (10,000) | (20,000) | (20,000) | (25,000) | (25,000) | (30,000) | (30,000) | (35,000) | (35,000) | (40,000) | (40,000) | (310,000) |
| | | | | | | | | | | | | | |
| Balance | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## HLA, Hidden Lake, RCI/Creekside Combined P&L 2009/2010

| | June 2009 | July 2009 | Aug 2009 | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | Apr 2010 | May 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| HLA | 119,890 | 150,640 | 178,190 | 196,990 | 227,790 | 245,390 | 246,790 | 271,580 | 269,390 | 321,190 | 335,390 | 339,790 | 2,903,030 |
| Hidden Lake | 0 | 10,000 | 20,000 | 20,000 | 25,000 | 25,000 | 30,000 | 30,000 | 35,000 | 35,000 | 40,000 | 40,000 | 310,000 |
| Ridge Creek | 84,940 | 120,784 | 147,450 | 185,470 | 211,651 | 195,250 | 211,651 | 211,651 | 191,788 | 211,651 | 205,030 | 211,651 | 2,188,967 |
| **Total Income** | 204,830 | 281,424 | 345,640 | 402,460 | 464,441 | 465,640 | 488,441 | 513,241 | 496,178 | 567,841 | 580,420 | 591,441 | 5,401,997 |
| | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | |
| HLA | 184,950 | 163,460 | 175,160 | 179,110 | 185,085 | 186,985 | 194,485 | 214,670 | 219,670 | 221,670 | 224,670 | 224,670 | 2,374,595 |
| Hidden Lake | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ridge Creek | 77,391 | 90,541 | 91,726 | 100,924 | 102,219 | 101,469 | 105,389 | 105,389 | 104,473 | 105,439 | 107,534 | 107,839 | 1,200,332 |
| **Total Operating Expenses** | 262,351 | 254,001 | 266,886 | 280,034 | 287,304 | 288,454 | 299,874 | 320,059 | 324,143 | 327,109 | 332,204 | 332,509 | 3,574,956 |
| | | | | | | | | | | | | | |
| **Net Income** | (57,521) | 27,423 | 78,755 | 122,427 | 177,137 | 177,187 | 188,567 | 193,182 | 172,035 | 240,732 | 248,217 | 258,932 | 1,827,072 |