IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HLA, INC., | ) | CASE NO. G09-22026-REB |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

## EXPEDITED MOTION TO COMPEL DEBTOR TO FILE MONTHLY OPERATING REPORTS

**COMES NOW** Branch Banking and Trust Company ("BB&T"), the largest single unsecured creditor of HLA, Inc. ("HLA"), debtor and debtor-in-possession in the above-captioned action, and, pursuant to Bankruptcy Rules 2015 and 9014, herewith files its "Motion to Compel Debtor to File Monthly Operating Reports" (the "Motion"). In support of its Motion, BB&T respectfully shows this Court as follows:

### I. JURISDICTION

1.

This Court has jurisdiction to consider BB&T's Motion pursuant to 28 U.S.C. §§ 157 and 1334, and venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.

The Motion is a core proceeding, pursuant to 28 U.S.C. § 157(b).

WCSR 4173605v1

## II. STATUS OF THE CASE

3.

HLA filed the above-captioned action on May 14, 2009.

4.

Bankruptcy Rule 2015 and the United States Trustee's Operating Guidelines for Chapter 11 debtors in the Northern District of Georgia specify that a debtor must file its monthly operating report on or before the twentieth day of the month following the month that is the subject of the report.

5.

As of the date of this Motion, HLA has not filed a single monthly operating report.

## III. THE DEBTOR'S OPERATIONS

6.

HLA operates a school and other educational programs for troubled youth (the "School").

7.

HLA has an outstanding loan obligation to BB&T that has a current balance of principal and interest that exceeds $6,000,000.00.

8.

Hidden Lake Academy, Inc. ("Hidden Lake") executed an unconditional corporate guaranty for the repayment of all debts of HLA to BB&T (the "Guaranty").

WCSR 4173605v1

9.

In order to secure payment under the Guaranty, Hidden Lake granted to BB&T a first-priority security interest in approximately 190 acres of real property situated outside of Dahlonega, Lumpkin County, Georgia (the "Property").

10.

HLA currently operates the School and its related programs on the Property.

11.

Hidden Lake has no independent source of income other than rental income accruing from a lease agreement between HLA and Hidden Lake with regard to the School's use of the Property.

12.

The only source of funds for Hidden Lake to make adequate protection and debt service payments to BB&T during the pendency of Hidden Lake's bankruptcy case, <u>In re Hidden Lake Academy, Inc.</u>, United States Bankruptcy Court for the Northern District of Georgia, Case No. G09-22028-REB, is the rental income to be paid from HLA to Hidden Lake.

13.

If HLA is unable to make regular and timely payments of rent to Hidden Lake, there will be no way for Hidden Lake to adequately protect BB&T's security interest in the Property.

### IV. **THE DEBTOR'S FAILURE TO FILE MONTHLY REPORTS**

14.

HLA has failed and refused to file monthly operating reports in this case, despite inquiries from the undersigned regarding the status of the reports.

- 3 -

15.

HLA's operating report for the stub period of May, 2009 was due to be filed on or before June 20, 2009. The report for the month of June was due to be filed on July 20, 2009. Both reports are now seriously delinquent.

16.

BB&T cannot ascertain whether HLA will have sufficient net operating revenue to make rent payments to Hidden Lake, such that Hidden Lake can in turn make adequate protection payments to BB&T, unless and until BB&T receives accurate financial data from HLA regarding its post-petition revenue and expenses. As a consequence, it is a matter of crucial importance for HLA to file timely, complete and accurate monthly financial reports that provide, in great detail, the status of the financial operations of HLA and its affiliated educational programs, including the Ridge Creek Wilderness program.

**WHEREFORE**, BB&T respectfully moves this Court for an expedited order compelling HLA to immediately file its monthly operating reports, which are seriously overdue, so that BB&T, the Court and HLA's other constituent creditors can properly judge whether HLA is generating sufficient monthly income to justify the continuation of the case.

*[Remainder of page intentionally left blank]*

    Respectfully submitted, this 29th day of July, 2009.

                                                        WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

| | |
|---|---|
| | By: /S/ John A. Thomson, Jr. |
| 271 17th Street, N.W. |     John A. Thomson, Jr. |
| Suite 2400 |     State Bar No. 706760 |
| Atlanta, Georgia 30363-1017 | |
| (404) 888-7409 direct phone | **Attorney for Branch Banking & Trust** |
| (404) 870-4841 direct fax | **Company** |
| jthomson@wcsr.com | |

- 5 -

WCSR 4173605v1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 29, 2009, a true and correct copy of the within and foregoing **MOTION TO COMPEL DEBTOR TO FILE MONTHLY OPERATING REPORTS** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| M. Denise Dotson, Esq.<br>ATTORNEY FOR HLA, INC.<br>M. Denise Dotson, LLC<br>170 Mitchell Street, S.W.<br>Atlanta, GA 30303 | Office of the United States Trustee<br>362 Richard B. Russell Building<br>75 Spring Street, S.W.<br>Atlanta, Georgia 30303 |

The undersigned hereby further certifies that a true and correct copy of the above pleading has been served by placing same in the United States postal service with proper postage affixed thereto and addressed to the following:

| | |
|---|---|
| HLA, Inc.<br>1950 North Park Place<br>Suite 400<br>Atlanta, GA 30339 | Hidden Lake Academy, Inc.<br>830 Hidden Lake Road<br>Dahlonega, GA 30533 |

Barbara Ellis-Monro, Esq.
ATTORNEY FOR HIDDEN LAKE ACADEMY, INC.
Ellenberg, Ogier, Rothschild & Rosenfeld, P.C.
170 Mitchell Street, S.W.
Atlanta, GA 30303

This 29th day of July, 2009.

   /S/  John A. Thomson, Jr.
John A. Thomson, Jr.
State Bar No. 706760

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
271 17th Street, N.W.
Suite 2400
Atlanta, Georgia 30363-1017
(404) 888-7409 direct phone
(404) 870-4841 direct fax
jthomson@wcsr.com

WCSR 4173605v1