

695 Pylant Street, Atlanta, GA 30306
404-609-5100 office
404-609-5125 fax
www.purchasingpower.com

July 31, 2009

Filed in U.S. Bankruptcy Court
C̶̶̶̶̶̶̶̶ille, Georgia

AUG - 5 2009

W. Yvonne Evans, Clerk

Deputy Clerk

Clerk's Office
United States Bankruptcy Court
Northern Division of Georgia, Atlanta Division
75 Spring Street SW, Room 1340
Atlanta, GA 30303

In Re:  HLA, Inc, Debtor
        Chapter 11
        Case no: 09-22026-REB

Dear Sir or Madam:

Please be advised that I have been receiving pleadings in the above case, apparently because of the similarity between my company name and a listed creditor, Purchase Power.

However, that is a different company and Purchasing Power, LLC (my company) is not a creditor of HLA, Inc.

Thank you for your attention to this matter.

Sincerely,

D. Keith Calhoun

Enclosure