IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HLA, INC., | ) | CASE NO. 09-22026-reb |
| | ) | |
| Debtor. | ) | |

NOTICE OF RESCHEDULED 341 MEETING

PLEASE TAKE NOTICE that the 341 Meeting to be held on August 12, 2009 at 11:00 AM has been RESET due to conflict with Debtor's counsel to August 12, 2009 at 1:00 PM in Room 363, Russell Federal Building, 75 Spring Street, Atlanta, GA 30303.

This 11th day of August, 2009.

M. DENISE DOTSON, LLC

 s/ M. Denise Dotson
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, Georgia  30303
(404) 526-8869
(404) 526-8855 Facsimile
ddotsonlaw@me.com
Attorneys for Debtor and Debtor in Possession

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing notice on the below listed parties via facsimile and electronic transmission.

James H. Morawetz, Office of U.S. Trustee
Fax : 404-331-4464

Jordan B. Forman
Fax: 770-395-6720

John A. Thomson Jr.
Fax: 404-870-4841

Ted W. Hight III
Fax: 770-925-8597

Jeremy E. White
Email: jwhite@whitefirm.com

This 11th day of August, 2009.

M. DENISE DOTSON, LLC

s/ M. Denise Dotson
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, Georgia  30303
(404) 526-8869
(404) 526-8855 Facsimile
ddotsonlaw@me.com
Proposed Attorneys for Debtor and Debtor
in Possession