IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| HLA, INC., | : | CASE NO. 09-22026-reb |
| | : | |
| Debtor. | : | JUDGE BRIZENDINE |
| | : | |
| PRIME RATE PREMIUM FINANCE CORP., | : | |
| | : | |
| Movant, | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| HLA, INC. | : | |
| | : | |
| Respondent. | : | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**COMES NOW,** Prime Rate Premium Finance Corp. ("PRFC"), a secured creditor of HLA, Inc., Debtor (the "Debtor") in the above captioned Bankruptcy Case (the "Bankruptcy Case"), by and through counsel, and files this Motion (the "Motion") for relief from the automatic stay. In support of the Motion, PRFC respectfully shows this Court as follows:

### BACKGROUND

1. This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 151, 157 and 1334, and venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to U.S.C. § 157.

2. On May 14, 2009 (the "Petition Date"), the Debtor filed a petition for bankruptcy relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et. seq. (the Bankruptcy Code").

3. After the Petition Date, the Debtor continued to operate the business of the Debtor as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. As of the Petition Date, pursuant to section 362(a) of the Bankruptcy Code, the Bankruptcy Case operated as an automatic stay against the rights of PRFC as a secured creditor to proceed against the collateral securing indebtedness to PRFC.

**FACTS**

5. On or about November 18, 2008, the Debtor entered into a Premium Financing Agreement ("Finance Agreement") with PRFC. A true and correct copy of the Finance Agreement is attached as Exhibit "A" hereto. Pursuant to the Finance Agreement, PRFC loaned the Debtor $36,687.04 to finance certain Scheduled Policies of Insurance (the "Scheduled Policies").

6. In consideration of PRFC financing the premiums pursuant to the Finance Agreement, the Finance Agreement grants PRFC a security interest in any and all unearned or returned premium(s) and dividends that may become due under the policies purchased pursuant to the Finance Agreement. See *In re JII Liquidating, Inc.*, 344 B.R. 875, 886 (Bankr. N.D. Ill. 2006). Such interest is perfected without need to file a UCC-1 financing statement. *See Id.* at 882-884 (finding that Article 9 of the UCC does not apply to unearned insurance premiums).

7. The Debtor has failed to deliver to PRFC the May, 2009, through August, 2009, payments due to PRFC pursuant to the Finance Agreement.

8. As of the date of this Motion, the total amount due by the Debtor to PRFC pursuant to the Finance Agreement is $9,345.07, plus interest, fees, costs and attorney fees.

9. As a result of the default of the Finance Agreement by the Debtor, PRFC is entitled, subject to relief from stay, to cancel the Scheduled Policies.

## BASIS FOR RELIEF

10. Pursuant to 11 U.S.C. § 362(d)(1) and § 362(d)(2), PRFC is entitled to an Order terminating the automatic stay with respect to the Scheduled Policies for cause, including *inter alia*, the lack of adequate protection of its interest therein. Time erodes the value of the unearned premiums. In addition, Debtor has no equity in the unearned premiums because by definition the value of such premiums does not exceed the debt secured by the unearned premiums.

11. Continuation of the automatic stay pursuant to 11 U.S.C. § 362(a) will result in real and irreparable harm to PRFC and will deprive PRFC of the adequate protection to which PRFC is entitled under 11 U.S.C. §§ 361, 362, and 363.

12. PRFC expressly reserves and does not waive any claims, demands, or causes of action that PRFC may have against the Debtor, irrespective of whether set forth in this Motion.

WHEREFORE, PRFC respectfully requests that the Court:

1. Enter an Order, which shall not be subject to the 10 day stay provided for by Bankruptcy Rule 4001(a)(3), terminating the automatic stay in this matter with regard to the Scheduled Policies and permitting PRFC to exercise the rights of PRFC under the Finance Agreement to: a) cancel the financed Scheduled Policies; and b) collect and apply unearned premiums payable under the financed Scheduled Policies to the balance owed under the Finance Agreement;

2. Authorize PRFC to exercise the rights of PRFC with regard to the Scheduled Policies pursuant to applicable law in effect as of the date that this Court enters the Order terminating the automatic stay, including recovery of its interests therein, without further Order of this Court; and

3. Grant such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted this 19th day of August, 2009.

        JAMES C. FRENZEL, P.C.

        /s/ James C. Frenzel
        James C. Frenzel
        Georgia Bar No. 276830
        Counsel for Prime Rate Premium Finance Corp.

Of Counsel:
James C. Frenzel, P.C.
Suite 155, East Tower
Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 266-9961
jcf-bklaw@mindspring.com

Account History for: 5541921   HIDDEN LAKE ACADEMY INC                          Page 1 of 1

**Prime Rate Premium Finance Corporation, Inc.**                                  Employee Lookup   Log Out

## Account Inquiry

**Name** HIDDEN LAKE ACADEMY INC           **Account Number** 5541921
**Address** HLA INC                        **Status** Current
830 HIDDEN LAKE RD                         **Date Due** 06/19/2009
DAHLONEGA, GA 30533-                       **Scheduled Payment** 3,167.82
**Phone** (800) 394-0640                   **Past Due / Fees** 3,009.43
**Agent** BB&T - PRUDEN INSURANCE - 8665   **Payment Due** 6,177.25
(706) 278-1149                             **Balance** 9,345.07
PO BOX 308                                 **Payoff Amount**
DALTON, GA 30722

| Premiums | Down Pmt | %Down | Amt Fin | Fin Chg | #Pmts | APR |
|---|---|---|---|---|---|---|
| 36,687.04 | 9,172.00 | 25.00 | 27,515.04 | 995.34 | 9 | 8.60 |

| Date | Description | Check# | Debits | Credits | Balance |
|---|---|---|---|---|---|
| 11/24/2008 | Beginning Balance | | 36,687.04 | | 36,687.04 |
| 11/24/2008 | Down Payment | | | 9,172.00 | 27,515.04 |
| 11/24/2008 | Finance Charge | | 995.34 | | 28,510.38 |
| 12/03/2008 | Billing Statement | | | | 28,510.38 |
| 12/24/2008 | Payment | 880 | | 3,167.82 | 25,342.56 |
| 01/01/2009 | Billing Statement | | | | 25,342.56 |
| 01/25/2009 | Late Charge | | 158.39 | | 25,500.95 |
| 01/30/2009 | Payment | 995 | | 3,326.21 | 22,174.74 |
| 02/03/2009 | Billing Statement | | | | 22,174.74 |
| 02/24/2009 | Late Charge | | 158.39 | | 22,333.13 |
| 03/03/2009 | Billing Statement | | | | 22,333.13 |
| 03/08/2009 | Insured Cancellation | | | | 22,333.13 |
| 03/09/2009 | Payment | 995 | | 3,326.21 | 19,006.92 |
| 03/24/2009 | Late Charge | | 158.39 | | 19,165.31 |
| 04/02/2009 | Billing Statement | | | | 19,165.31 |
| 04/05/2009 | Insured Cancellation | | | | 19,165.31 |
| 04/09/2009 | Payment | 995 | | 3,326.21 | 15,839.10 |
| 04/09/2009 | Payment | 995 | | 3,326.21 | 12,512.89 |
| 04/09/2009 | Payment | 995 | | 3,167.82 | 9,345.07 |

Exhibit A

Nov-21-2008  03:57pm  From-                                                T-006  P.002/002  F-255

| PRIME RATE PREMIUM FINANCE CORPORATION, INC. | PREMIUM FINANCE AGREEMENT |
|---|---|
| 2141 Enterprise Dr. P.O. Box 100507  www.primeratepfc.com | ACCOUNT NO. GA-5541921 |
| Florence, South Carolina 29501-0507  Phone: (800) 777-7458 | |
| GA License No. 87010 | |
| Insured Name: HIDDEN LAKE ACADEMY INC      Agent/Broker/Producer: | BB&T - PRUDEN INSURANCE #665 |
| HLA INC | PO BOX 308 |
| 830 HIDDEN LAKE RD | DALTON, GA 30722 |
| DAHLONEGA, GA  30533 | (706) 278-1149 |
| (800) 394-0640 | |

TIN/SSN:

| Policy Eff. Date | Term | Policy Number | Name of Insurance Company and Name and Address of General Or Policy Issuing Agent | R | Type of Coverage | Total Premium |
|---|---|---|---|---|---|---|
| 11/19/2008 | 12 | BINDER AP510 494 | 13507-COLONY INSURANCE CO %GEN[?]SUK GENERAL AGENCY NTax $1,411.04 Fees $500.00 | Y | 54 COMM PACK | $34,776.00 $1,911.04 |

**Creditor:** Prime Rate Premium Finance Corporation, Inc.     **Federal Truth in Lending Disclosures**

| (A) Total Premiums | (B) Cash Down Payment | (C) Amount Financed (The amount of credit provided to you or on your behalf) | (D) FINANCE CHARGE (The dollar amount the credit will cost you) | (E) Total of Payments (The amount you will have paid after you have made all payments as scheduled) | (F) ANNUAL PERCENTAGE RATE (The cost of your credit as a yearly rate) |
|---|---|---|---|---|---|
| $36,687.04 | $9,172.00 | $27,515.04 | *$995.34 | $28,510.38 | 8.00% |

Your PAYMENT SCHEDULE will be:     * Includes a non-refundable service charge of $20.00     You have the right to receive an itemization of the Amount Financed

| No. of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 9 | $3,167.82 | On the 19th Day of each month, Beginning 12/19/2008 |

___ I want an itemization
___ I do not want an itemization

**Security:** You are giving a security interest in any and all unearned or return premium(s) and dividends which may become due under the policy(ies) being purchased.
**Late Charge:** You will be charged 5% of the payment, subject to a minimum charge of $1.50 on any payment received more than 5 days after the due date.
**Cancellation Charge:** You will be charged a cancellation charge of $5.00 if Prime Rate cancels any insurance policy in accordance with the terms of this Agreement. If the Agreement incurs a contractual risk, you will be charged $15.00.
**Prepayment:** If you voluntarily prepay in full prior to the last installment due date you will not be charged a prepayment fee and you may be entitled to a refund of part of the finance charge.
**See Above** and on the last page of this instrument for any additional information about nonpayment default, any repayment in full before the scheduled date, and prepayment refunds and penalties.

**NOTICE:** Your insurance policy premiums have been financed and are payable on a monthly basis. If you do not pay each payment on or before the due date or within 15 days of date due, we have the right to CANCEL your insurance policy or policies which are financed under the premium finance agreement. To avoid cancellation of your policy or policies, MAKE YOUR PAYMENTS ON TIME.

In consideration of the payment(s) to be made by PRIME RATE PREMIUM FINANCE CORPORATION, INC. ("PR") to the above insurance companies ("Insurer(s)"), their agents, representatives, or producer, the ABOVE NAMED Insured ("Insured") (jointly and severally if more than one):
(1) Promises to pay to the order of PR at the above address, the Total of Payments in accordance with the Payment Schedule set forth in the above Truth-In-Lending Disclosures [...] other sums due pursuant to this Agreement.
(2) Irrevocably appoints PR as Attorney-In-Fact with full authority to effect cancellation of the policies covered hereby or any substitutes, renewals or renewal thereof in accordance with the provisions herein, to receive all sums assigned to PR or in which it has granted PR a security interest. PR may execute and deliver on behalf of the Insured all documents, forms and notices relating to the policies covered hereby in furtherance of this Agreement. The Power of Attorney is coupled with an interest and the powers given hereby may be exercised by the Attorney-In-Fact, or its successors and assigns.
(3) Acknowledges that it has received a copy of all pages of this Agreement and if the borrower is a consumer, the Insured acknowledges that he has received a copy of PR's Privacy Statement.

**THE INSURED AGREES TO THE PROVISIONS ABOVE AND ON THE FOLLOWING PAGE(S) OF THIS AGREEMENT**

NOTICE: A. Read all pages of this Agreement before you sign. B. You are entitled to a completely filled in copy of this Agreement.
C. Keep your copy of this Agreement to protect your legal rights. D. Under the law, you have the right to pay off in advance the full amount due and under certain conditions to obtain a partial refund of the finance charge.

HLA Inc.  dba Hidden Lake Academy     [signature]  Business Mgr.   11-18-08
INSURED'S NAME              SIGNATURE OF INSURED OR AUTHORIZED REPRESENTATIVE   TITLE    DATE

INSURER'S NAME              SIGNATURE OF INSURED OR AUTHORIZED REPRESENTATIVE   TITLE    DATE

**AGENT/BROKER/PRODUCER'S CERTIFICATION**

The Agent/Broker/Producer warrants and agrees: 1. The insurance policies listed on this Agreement are in force and the information and the premiums are correct. 2. The Insured has received a copy of this Agreement, has authorized this transaction and recognizes the security interest assigned herein. 3. All of PR's guidelines and eligibility requirements have been complied with. 4. A proceeding in bankruptcy, receivership or insolvency has not been instituted by or against the named Insured. 5. No audit or reporting form policies or policies subject to retrospective rating or minimum earned premiums are included, except as indicated. The deposit or physical premiums are not less than annual premiums to be earned for the full term of the policies. 6. All of the policies are cancellable by the Insured and unearned premiums will be calculated on the standard short-rate or pro-rata which. 7. To hold in trust for PR any payments made or credited to the Insured through or to the undersigned, directly or indirectly, actually or constructively by the insurance companies or PR and to pay the monies as well as any incurred commissions to PR promptly upon demand to satisfy the outstanding indebtedness of the Insured. Any lien the undersigned has or may acquire in the return premiums arising out of the listed insurance policies is subordinated to PR's lien or security interest therein. There are no other liens upon the unearned premiums and all premiums will be paid to the Insurer.

**THE UNDERSIGNED FURTHER WARRANTS THAT IT HAS RECEIVED THE DOWN PAYMENT AND ANY OTHER SUMS DUE AS REQUIRED BY THIS AGREEMENT AND BINDING SAME. POLICIES ARE ATTACHED TO THIS AGREEMENT**

[signature] H. Chambless        [signature]          [signature]        11-18-08
AGENT/BROKER/PRODUCER        SIGNATURE OF AGENT/BROKER/PRODUCER    TITLE        DATE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| HLA, INC., | : | CASE NO. 09-22026-reb |
| | : | |
| Debtor. | : | JUDGE BRIZENDINE |
| | : | |
| PRIME RATE PREMIUM FINANCE CORP., | : | |
| | : | |
| Movant, | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| HLA, INC. | : | |
| | : | |
| Respondent. | : | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on August 19, 2009, Prime Rate Premium Finance Corp. filed a motion for relief from stay and related papers with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the motion for relief from the automatic stay in Courtroom **1202**, United States Courthouse, 75 Spring Street SW, Atlanta, Georgia at **1:30 p.m.** on **September 10, 2009**.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 120, 121 Spring Street SE, Gainesville, Georgia 30501. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of

filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

    This 19th day of August, 2009.

                                    /s/ James C. Frenzel
                                    James C. Frenzel
                                    Georgia Bar No. 276830
                                    Counsel for Prime Rate Premium Finance Corp.

Of Counsel:
James C. Frenzel, P.C.
Suite 155, East Tower
Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 266-9961
jcf-bklaw@mindspring.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| HLA, INC., | : | CASE NO. 09-22026 |
| | : | |
| Debtor. | : | JUDGE BRIZENDINE |
| | : | |
| PRIME RATE PREMIUM FINANCE CORP., | : | |
| | : | |
| Movant, | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| HLA, INC. | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served a true and correct copy of the MOTION FOR RELIEF FROM AUTOMATIC STAY and NOTICE OF HEARING upon all those parties listed below by depositing same in the U. S. mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery to:

Barbara Ellis-Monro, Esq.
Counsel for Hidden Lake Academy
Ellenberg, Ogier, Rothschild & Rosenfeld, P.C.
170 Mitchell Street, S.W.
Atlanta, GA 30303

M. Denise Dotson, Esq.
Counsel for HLA, Inc.
M. Denise Dotson, LLC
170 Mitchell Street
Atlanta, Georgia 30309

James H. Morawetz, Esq.
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W
Atlanta, Georgia 30303

Jeremy E. White, Esq.
Counsel for Willie and Lee Locust
Molden Holley & Thompson, LLC
225 Peachtree Street, NE
Suite 1900
Atlanta, GA 30303

Jordan B. Forman, Esq.
Counsel for Jim Millman
Kaufman, Miller & Siversten, PC
Bldg. 800
8215 Roswell Rd.
Atlanta, GA 30350

Ted W. Hight, III, Esq.
Counsel for Morris Law Firm
Thompson, O'Brien, Kemp & Nasuti, PC
Suite 300
40 Technology Parkway South
Norcross, GA 30092

This 19th day of August, 2009.

                      JAMES C. FRENZEL, P.C.

                      /s/ James C. Frenzel
                      James C. Frenzel
                      Georgia Bar No. 276830
                      Counsel for Prime Rate Premium Finance Corp.

Of Counsel:
James C. Frenzel, P.C.
Suite 155, East Tower
Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 266-9961
jcf-bklaw@mindspring.com