### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | **CASE NO. 09-22026-reb** |
| | : | |
| HLA, INC., | : | |
| | : | **CHAPTER 11** |
| DEBTOR. | : | |

### UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT

COMES NOW the United States Trustee for Region 21, in furtherance of the administrative responsibilities imposed by 28 U.S.C. § 586(a), and pursuant to 11 U.S.C. §§ 1112(b) respectfully moves this Court to enter an order dismissing the above-captioned chapter 11 case or, in the alternative, converting it to a case under chapter 7 of the Bankruptcy Code.  In support thereof, the United States Trustee represents as follows:

1.  Debtor commenced this case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code on May 14, 2009, and has remained in control of the assets and business operations of the resulting bankruptcy estate as a debtor in possession since that date.

2.  Debtor has filed no monthly operating reports accounting for its receipts, disbursements and other operating results during the pendency of the case.[1]  Debtor's failure to file such reports in

---

[1]  Debtor did file a "Statement Regarding Monthly Operating Reports" on August 10, 2009 [Doc. #47] to which were attached "draft" copies of operating reports for May and June, 2009.  However, these reports were unsigned, incomplete, and in some respects incoherent.  The accompanying Statement included the following representations:

> After reviewing the draft monthly operating reports, counsel believes that the reports reflect an accrual rather than cash basis report. Debtor has recently retained a new business office manager and one of his duties will be completion of monthly operating reports. Debtor is aware of questions concerning its filing of

a timely manner is violative of its statutory duties under 11 U.S.C. § 704(8), made applicable to it

as a debtor in possession by 11 U.S.C. §§ 1106(a)(1) and 1107, and constitutes cause for dismissal

or conversion of the case under 11 U.S.C. § 1112(b)(4)(F)&(H).

3.  Debtor has additionally failed to comply with its duties as a debtor in possession by failing

to provide the Office of the United States Trustee with requested copies of the following documents:

its lease agreement and any other agreements it may have with Ridge Creek, Inc., and/or Creekside

Wilderness Academy; Ridge Creek Inc.'s most recent financial statements; and Debtor's

management agreement and any other agreements it may have with Hidden Lake Academy, Inc.

Such failure constitutes further cause for dismissal or conversion of the case under 11 U.S.C.

§ 1112(b)(4)(H).

4.  Although the case has been pending for almost four months, Debtor has not proposed a

plan of reorganization. Debtor's delay in proposing a plan of reorganization is detrimental to

creditors and constitutes further cause for dismissal or conversion under 11 U.S.C. § 1112(b).

WHEREFORE, the United States Trustee respectfully moves this Court to enter an order

dismissing this case or, in the alternative, converting it to a case under chapter 7 of the Bankruptcy

Code, and granting such further relief as the Court deems just and proper.

> DONALD F. WALTON
> United States Trustee
> Region 21

[Signature of Counsel on Next Page]

---

operating reports and is submitting the attached draft reports. Debtor will finalize
and file monthly operating reports as soon as possible.

   /s/ *James H. Morawetz*
JAMES H. MORAWETZ
Trial Attorney
Georgia Bar No. 521900

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303
Tel: (404) 331-4437
Fax: (404) 331-4464
E-mail: jim.h.morawetz@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on this date I caused true and correct copies of the foregoing to be deposited in the U.S. Mail, first class postage prepaid, addressed as follows:

M. Denise Dotson, Esq.
170 Mitchell St.
Atlanta, GA 30303

This the  10th  day of September, 2009.

   /s/ *James H. Morawetz*
JAMES H. MORAWETZ
Trial Attorney

3