UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**HLA, Inc.**
1950 North Park Place
Suite 400
Atlanta, GA 30339

**58−2360395**

Case No.: **09−22026−reb**
Chapter: **11**
Judge: **Robert Brizendine**

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

**October 14, 2009** at **1:30 p.m.** in **Courtroom 103, Gainesville, GA** to consider and act upon the following:

U.S. Trustee's Motion to Dismiss or convert case (Doc #53)

United States Bankruptcy Court
Room 120 Federal Building
121 Spring Street, SE
Gainesville, GA 30501

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: September 11, 2009

Form 165