UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**HLA, Inc.**
1950 North Park Place
Suite 400
Atlanta, GA 30339

**58−2360395**

Case No.: **09−22026−reb**
Chapter: **11**
Judge: **Robert Brizendine**

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

**October 14, 2009** at **1:30 p.m.** in **Courtroom 103, Gainesville, GA** to consider and act upon the following:

U.S. Trustee's Motion to Dismiss or convert case (Doc #53)

United States Bankruptcy Court
Room 120 Federal Building
121 Spring Street, SE
Gainesville, GA 30501

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: September 11, 2009

Form 165

# CERTIFICATE OF NOTICE

```
District/off: 113E-8          User: johnsonc               Page 1 of 3                   Date Rcvd: Sep 11, 2009
Case: 09-22026                Form ID: 165                 Total Noticed: 66

The following entities were noticed by first class mail on Sep 13, 2009.
db           +HLA, Inc.,   1950 North Park Place,   Suite 400,   Atlanta, GA 30339-2044
aty          +James C. Frenzel,   James C. Frenzel, P.C.,   Suite 155, Atlanta Financial Ctr.,
               3343 Peachtree Road, NE,   Atlanta, GA 30326-1085
aty          +James H. Morawetz,   Office of U.S. Trustee,   362 Richard Russell Bldg.,   75 Spring Street, SW,
               Atlanta, GA 30303-3315
aty          +Jeremy E. White,   Molden Holley & Thompson, LLC,   225 Peachtree Street, N.E.,   Suite 1900,
               Atlanta, GA 30303-1730
aty          +John A. Thomson, Jr.,   Womble Carlyle Sandridge & Rice, PLLC,   Suite 2400,
               271 17th Street, N.W.,   Atlanta, GA 30363-6215
aty          +Jordan B. Forman,   Kaufman, Miller & Sivertsen, PC,   Bldg. 800,   8215 Roswell Road,
               Atlanta, GA 30350-6445
aty          +M. Denise Dotson,   M. Denise Dotson, LLC,   170 Mitchell St.,   Atlanta, GA 30303-3441
aty          +Ted W. Hight, III,   Thompson, O'Brien, Kemp & Nasuti, PC,   Suite 300,
               40 Technology Parkway South,   Norcross, GA 30092-2924
cr           +Branch Banking & Trust Company,   c/o John A. Thomson, Jr.,   271 17th Street, N.W.,   Suite 2400,
               Atlanta, GA 30363-6215
cr           +Morris Law Firm,   c/o Jason C. Aufdermaur, Esq.,   1950 North Park Place,   Suite 400,
               Atlanta, GA 30339-2044
11615430     +Advanced Disposal,   Charles C. Appleby, CEO,   7915 Baymeadows Way, Ste 300,
               Jacksonville, FL 32256-7579
11615431      American Express,   PO Box 360002,   Fort Lauderdale, FL 33336-0002
11615433     +Amicalola Electric,   1234 Dawsonville Highway,   Dahlonega, GA 30533-5302
11615434     +Atlonim Business System,   Larry Cleek, CEO,   1013 Airport Street,   Gainesville, GA 30501-7229
11615438     +BB&T,   c/o John Thomson, Jr.,   271 17th Street, Suite 2400,   Atlanta, GA 30363-6215
11615439     +BB&T - Visa,   PO Box 698,   Wilson, NC 27894-0698
11615436     +Bank of America,   PO Box 15710,   Wilmington, DE 19886-5710
11615437      Bank of America,   PO Box 15726,   Wilmington, DE 19886-5726
11615442     +Berger & Montague,   1622 Locust Street,   Philadelphia, PA 19103-6365
11615448     +CIT Technology Fin Svcs,   Ron Arrington, CEO,   180 Cherokee St., NE,   Marietta, GA 30060-2517
11615445     +Capitol One Visa,   PO Box 71083,   Charlotte, NC 28272-1083
11615446     +Centerpoint Direct,   Christopher Chao, Reg. Agent,   1846 Briarwood Rd., NE,
               Atlanta, GA 30329-1606
11615447     +Chase Mastercard,   PO Box 15153,   Wilmington, DE 19886-5153
11869213     +Christopher Bean,   4791 Glen Arven Dr.,   Clarkston, MI 48348-5019
11615449     +Citi Mastercard,   PO Box 688920,   Des Moines, IA 50368-8920
11615458     +Dell,   CT Corporation Sys, Reg. Agent,   1201 Peachtree St., NE,   Atlanta, GA 30361-6301
11615462     +Doc Martin Construction Co.,   c/o Chris Dockery,   14 Carriage Court,   Dahlonega, GA 30533-3425
11615463     +Doff Meyer,   c/o Berger & Montague,   1622 Locust Street,   Philadelphia, PA 19103-6305
11615464     +Dr. & Ms. Edward Roberson,   c/o Berger & Montague,   1622 Locust Street,
               Philadelphia, PA 19103-6305
11615465     +Eagle Master Card,   PO Box 569200,   Dallas, TX 75356-9200
11615470     +GMAC,   PO Box 9001951,   Louisville, KY 40290-1951
11830749     +General Electric Capital Corp,   1010 Thomas Edison Blvd SW,   Cedar Rapids  IA 52404-8247
11615468     +Georgia Department of Labor,   40 Capitol Square,   Atlanta, GA 30334-1300
11757671      Georgia Department of Labor,   148 Andrew Young International Blvd.,   Suite 826,
               Atlanta, GA  30303-1751
11615469     +Georgia Department of Revenue,   40 Capitol Square SW,   Atlanta, GA 30334-1300
11619542      Georgia Dept. of Labor,   Suite 910,   148 Andrew Young Inter. Blvd., NE,   Atlanta GA 30303-1751
11619543     +Georgia Dept. of Revenue,   Bankruptcy Section,   P. O. Box 161108,   Atlanta GA 30321-1108
11615472     +Graybar,   CT Corporation Sys., Reg. Agen,   1201 Peachtree St., NE,   Atlanta, GA 30361-6301
11615474     +Hidden Lake Academy,   830 Hidden Lake Rd,   Dahlonega, GA 30533-1875
11615475     +Hidden Lake Academy, Inc.,   Leonard Buccellato,   1950 North Park Place, Ste 400,
               Atlanta, GA 30339-2044
11619544     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:   Internal Revenue Service,   P. O. Box 21126,   Philadelphia PA 19114)
11615476     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:   Internal Revenue Service,   401 W. Peachtree St., NW,
               Atlanta, GA 30308)
11615477     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:   Internal Revenue Service,   Centralized Insolvency Operati,
               PO Box 21126,   Philadelphia, PA 19114)
11718852      James H. North, Jr.,   811 Crestmont Dr.,   Concord, NC 28025-8793
11615478     +Jarrard Water Svcs,   c/o John Jarrard,   12 Jarrard Drive,   Dahlonega, GA 30533-2881
11615479     +Jill & Ron Ryan,   c/o Berger & Montague,   1622 Locust Street,   Philadelphia, PA 19103-6305
11926725     +Jim Millman,   c/o Jordan B. Forman, Esq.,   Kaufman, Miller & Sivertsen, P.C.,
               8215 Roswell Road, Building 800,   Atlanta, GA 30350-6445
11615480     +Leonard A. Buccellato,   1950 North Park Place,   Suite 400,   Atlanta, GA 30339-2044
11615481     +Leonard Buccellato,   1950 North Park Place,   Suite 400,   Atlanta, GA 30339-2044
11615489     +Morris Law Firm,   c/o Thornton W. Morris,   1950 North Park Place Ste. 400,
               Atlanta, GA 30339-2044
11615491     +North Georgia Credit Svcs,   c/o Lori Bennett,   3482 Keith Bridge Rd. #321,
               Cumming, GA 30041-5546
11615492     +North Georgia Propane,   c/o WH Wofford,   2490-D Hilton Drive,   Gainesville, GA 30501-6280
11639794     +North Georgia Propane, Inc.,   P.O. Box 1518,   Gainesville, GA 30503-1518
11615498     +Purchase Power,   D. Keith Calhoun, Reg. Agent,   695 Pylant Street,   Atlanta, GA 30306-3728
11615499     +Quirk & Quirk,   6000 Lake Forrest Drive,   Suite 325,   Atlanta, GA 30328-3877
11615501     +Robin Brecker,   c/o Berger & Montague,   1622 Locust Street,   Philadelphia, PA 19103-6305
11615503     +Service Master Clead,   Marion Gervin, CEO,   2020 Westside Court, Ste. G,
               Snellville, GA 30078-2842
```

```
District/off: 113E-8           User: johnsonc             Page 2 of 3                    Date Rcvd: Sep 11, 2009
Case: 09-22026                 Form ID: 165               Total Noticed: 66

11615504      Sewell Printing Svcs., Inc,   James A. Nygaard, Reg. Agent,   2697 Apple Valley Rd.,
              Atlanta, GA 30319-3150
11615509     +Theresa Pines,   c/o Berger & Montague,   1622 Locust Street,   Philadelphia, PA 19103-6305
11615513      US Security Associates, Inc.,   Charles Schneider, CEO,   200 Mansell Ct. E, Suite 500,
              Atlanta, GA 30326
11615515     +Wachovia Visa,   PO Box 851001,   Dallas, TX 75285-1001
11615516     +Wachovia Visa,   PO Box 105204,   Atlanta, GA 30348-5204
11615517     +Walter Coles,   c/o berger & Montague,   1622 Locust Street,   Philadelphia, PA 19103-6305
The following entities were noticed by electronic transmission on Sep 11, 2009.
cr           +E-mail/Text: bankruptcy@bbandt.com                            Prime Rate Premium Finance,
              P. O. Box 100507,   Florence, SC 29502-0507
11703458      E-mail/Text: bankruptcy@bbandt.com                            BB&T,   Attn: Bankruptcy Section,
              PO Box 1847,   Wilson, NC 27894
11615460     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 11 2009 18:22:49     Discover,   PO Box 71084,
              Charlotte, NC 28272-1084
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11615429      ADAM Inc.
11615435      Avaya Financial Services
11615440      BDU
11615441      Benergy Outsourcing Strategies
11615443      Blue Cross Blue Shield of Ga
11615444      Bob Barker Company, Inc.
11615453      CPP Inc.
11615450      College Board
11615451      Complete Testing Solutions, LL
11615452      Cornerstone Graduate Supply
11615461      DISH Network
11615454      Dahlonega Quick Lube
11615455      Danny’s Automotive, Inc.
11615456      David B. Floyd, CPA
11615457      DeLage Landen Financial Svcs
11615459      Digital Records Management
11615466      Fulton Paper
11615467      GE Capital
11615473      Harrison Oil Company
11615482      Lint Security
11615483      Locust
11615487      MISBO
11615485      Miller Tuition Refund
11615486      Millman
11615488      Monster
11774527      Morris Law Firm
11615490      NCS Pearson, Inc.
11615493      Orkin
11615497      PSAT/NMSQT
11615494      Payco
11615495      Pearson
11615496      Pro-Chem, Inc.
11615500      R-Ranch in the Mountains
11615502      Second Nature
11615505      Shirt Shanty
11615506      Souther Food Services
11615507      Star Services
11615508      The College Board
11615510      Thyssenkrupp Elevator Corp.
11615511      UPS
11615512      US Security
11615514      Verizon
11615518      Williams
11615519      Windstream
cr*           Jim Millman,   c/o Jordan B. Forman, Esq.,   Kaufman, Miller & Sivertsen, P.C.,
              8215 Roswell Road,   Building 800,   Atlanta, GA  30350-6445
11615471*    +GMAC,   PO Box 9001951,   Louisville, KY 40290-1951
                                                                                              TOTALS: 44, * 2
Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 113E-8            User: johnsonc              Page 3 of 3              Date Rcvd: Sep 11, 2009
Case: 09-22026                  Form ID: 165                Total Noticed: 66

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 13, 2009**                            **Signature:**    /s/ Joseph Speetjens