**IT IS ORDERED as set forth below:**

**Date: September 10, 2009**

_____
**Robert E. Brizendine**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| HLA, INC., | : | CASE NO. 09-22026 |
| | : | |
| Debtor. | : | JUDGE BRIZENDINE |

**ORDER GRANTING MOTION BY PRIME RATE PREMIUM FINANCE CORP. FOR RELIEF FROM THE AUTOMATIC STAY**

Prime Rate Premium Finance Corp. ("Prime Rate"), a secured creditor of HLA, Inc., Debtor (the "Debtor") in the above captioned Bankruptcy Case (the "Bankruptcy Case"), filed a Motion (the "Motion") for relief from the automatic stay. In the Motion, the Prime Rate seeks relief from the automatic stay to cancel a certain Finance Agreement by the between the Debtor

and Prime Rate (the "Finance Agreement"), attached as Exhibit "A" to the Motion, that was used to finance certain insurance policies purchased by the Debtor (the "Insurance Policies").

Following notice to all creditors and parties-in-interest entitled to notice, no objection was filed in opposition to the Motion. The Court held a hearing on the Motion on September 10, 2009, at which no creditor or party-in-interest appeared to oppose the Motion. After thorough consideration of the Motion, the Finance Agreement, the record in this Bankruptcy Case, and arguments of counsel, this Court finds that granting the relief requested in the Motion is in the best interests of the Estate of the Debtor, the creditors of the Debtor, and all parties-in-interest. It appearing that all creditors of the Debtor and all parties-in-interest received reasonable opportunity to object or be heard with respect to the Motion and the relief requested therein, it is, for good cause shown, hereby ORDERED and ADJUDGED that:

1. The Motion is GRANTED in all respects;

2. All creditors of the Debtor and all parties-in-interest received reasonable opportunity to object or be heard with respect to the Motion and the relief requested therein, notice of the Motion was proper, and no other or further notice or hearing is necessary;

3. The automatic stay imposed under Section 362 of the United States Bankruptcy Code is immediately terminated with regard to the Finance Agreement and Scheduled Policies and modified without the necessity of a motion, further order, or hearing of this Court to permit Prime Rate to exercise the rights of Prime Rate under the Finance Agreement to: a) cancel the financed Insurance Policies; and b) collect and apply unearned premiums payable under the financed Insurance Policies to the balance owed under the Finance Agreement;

4. This Order shall not be subject to the 10 day stay provided for by Bankruptcy Rule 4001(a)(3); and

5. Prime Rate is authorized to exercise the rights of Prime Rate with regard to the Finance Agreement and Scheduled Policies pursuant to applicable law in effect as of the date of the entry of this Order, including recovery of its interests therein, without further Order of this Court.

-End of Document-

<div style="margin-left: 40%;">
Prepared and presented by:<br>
M. DENISE DOTSON, LLC<br>
<br>
/s/ M. Denise Dotson<br>
M. Denise Dotson<br>
Georgia Bar No. 227230<br>
Counsel for HLA, Inc., Debtor
</div>

Of Counsel:
M. DENISE DOTSON, LLC
170 Mitchell Street
Atlanta, Georgia 30309
(404) 526-8869

<div style="margin-left: 40%;">
JAMES C. FRENZEL, P.C.<br>
<br>
/s/ James C. Frenzel<br>
James C. Frenzel<br>
Georgia Bar No. 276830<br>
Counsel for Prime Rate Premium Finance Corp.
</div>

Of Counsel:
James C. Frenzel, P.C.
Suite 155, East Tower
Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 266-9961

**Identification of parties to be served:**

Barbara Ellis-Monro, Esq.
Attorney for Debtor
Ellenberg, Ogier, Rothschild & Rosenfeld, P.C.
170 Mitchell Street, S.W.
Atlanta, GA 30303

Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303

James C. Frenzel, P.C.
Suite 155, East Tower
Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326

M. Denise Dotson
M. Denise Dotson, LLC
170 Mitchell Street
Atlanta, Georgia 30309

# CERTIFICATE OF NOTICE

```
District/off: 113E-8                User: lhd                    Page 1 of 1                 Date Rcvd: Sep 11, 2009
Case: 09-22026                      Form ID: pdf401              Total Noticed: 4

The following entities were noticed by first class mail on Sep 13, 2009.
db           +HLA, Inc.,   1950 North Park Place,   Suite 400,   Atlanta, GA 30339-2044
aty          +James C. Frenzel,   James C. Frenzel, P.C.,   Suite 155, Atlanta Financial Ctr.,
              3343 Peachtree Road, NE,   Atlanta, GA 30326-1085
aty          +M. Denise Dotson,   M. Denise Dotson, LLC,   170 Mitchell St.,   Atlanta, GA 30303-3441
ust          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 13, 2009**                    Signature:     _Joseph Speetjens_