**IT IS ORDERED as set forth below:**

Date: September 10, 2009

_____
Robert E. Brizendine
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| HLA, INC., | : | CASE NO. 09-22026 |
| | : | |
| Debtor. | : | JUDGE BRIZENDINE |
| | : | |

*Ex Parte*

**CONSENT ORDER GRANTING JOINT MOTION FOR APPROVAL OF AND
AUTHORITY FOR DEBTOR TO ENTER PREMIUM FINANCE AGREEMENT**

Upon the Joint Motion (the "Motion") filed by HLA, Inc., Debtor (the "Debtor") in the above captioned Bankruptcy Case (the "Bankruptcy Case"), and Prime Rate Premium Finance Corp. ("Prime Rate") (collectively, the Debtor and Prime Rate are the "Parties") for approval of and authority for Debtor to enter premium finance agreement (the "Finance Agreement") by and between the Parties, the Parties, having consented to the entry of this Consent Order (the

"Consent Order") as evidenced by the signatures of their counsel of record, and this Court having, after due deliberation, determined that granting the relief contained herein is in the best interests of the Debtor, the Estate, and creditors of the Debtor, it is hereby **ORDERED AND ADJUDGED THAT:**

1. The Motion is GRANTED in all respects;

2. ~~All creditors of the Debtor and all parties-in-interest received reasonable opportunity to object or be heard with respect to the Motion and the relief requested therein, notice of the Motion was proper, and no other or further notice or hearing is necessary;~~

3. The Debtor has demonstrated and proven to the satisfaction of this Court good, sufficient, and sound business purposes and justifications for the entry of the Finance Agreement (the "Finance Agreement") attached as Exhibit "A" to the Motion for the purpose of financing certain insurance policies (the "Insurance Policies") that are necessary to properly operate the business of the Debtor;

4. The Finance Agreement attached as Exhibit "A" to the Motion is APPROVED and ratified *nunc pro tunc* to June 12, 2009;

5. The Debtor is authorized to: a) execute and enter into the Finance Agreement attached as Exhibit "A" to the Motion; b) deliver, perform, and consummate the Finance Agreement and perform all other acts and to make, execute, and deliver all such other and further instruments and documents that may be required for the performance thereof; c) grant Prime Rate a first priority security interest as described in the Finance Agreement; d) pay Prime Rate all sums due under the Finance Agreement; e) modify, without the necessity of further hearing or order of this Court, the Finance Agreement with the consent of Prime Rate as necessary to pay additional premiums should additional premiums become

due to insurance companies under the Insurance Policies financed under the Finance Agreement;

6. If the Debtor fails to issue a payment due under the Finance Agreement within fifteen days of the due date of such payment pursuant to the Finance Agreement, the automatic stay imposed under Section 362 of the United States Bankruptcy Code (the "Bankruptcy Code") shall be immediately modified without the necessity of a motion, further order, or hearing of this Court to permit Prime Rate to exercise the rights of Prime Rate under the Finance Agreement to: a) cancel the financed Insurance Policies; and b) collect and apply unearned premiums payable under the financed Insurance Policies to the balance owed under the Finance Agreement; and

7. The rights of Prime Rate under the Finance Agreement are fully preserved and protected and are and shall remain: a) unimpaired by the Bankruptcy Case; and b) in full force and effect, notwithstanding any subsequent conversion of either of the Bankruptcy Case to a proceeding under Chapter 7 or any other provision of the Bankruptcy Code.

-End of Document-

Consented and agreed to by, this 9th day of September, 2009.

        M. DENISE DOTSON, LLC

        */s/ M. Denise Dotson*
        M. Denise Dotson
        Georgia Bar No. 227230

Of Counsel:
M. DENISE DOTSON, LLC
170 Mitchell Street
Atlanta, Georgia 30309
(404) 526-8869

        Counsel for HLA, Inc., Debtor

        JAMES C. FRENZEL, P.C.

        */s/ James C. Frenzel*
        James C. Frenzel
        Georgia Bar No. 276830
        Counsel for Prime Rate Premium Finance Corp.

Of Counsel:
James C. Frenzel, P.C.
Suite 155, East Tower
Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 266-9961

**Identification of parties to be served:**

Barbara Ellis-Monro, Esq., Ellenberg, Ogier, Rothschild & Rosenfeld, P.C., 170 Mitchell Street, S.W., Atlanta, GA 30303

James H. Morawetz, Esq., Office of the United States Trustee, 362 Richard B. Russell Building, 75 Spring Street, S.W., Atlanta, Georgia 30303

James C. Frenzel, Esq., James C. Frenzel, P.C., Suite 155, East Tower, 3343 Peachtree Road, N.E., Atlanta, Georgia 30326

M. Denise Dotson Esq., M. Denise Dotson, LLC, 170 Mitchell Street, Atlanta, Georgia 30309

Jeremy E. White, Esq., Molden Holley & Thompson, LLC, 225 Peachtree Street, NE, Suite 1900 Atlanta, GA 30303

Jordan B. Forman, Esq., Kaufman, Miller & Siversten, PC, Bldg. 800, 8215 Roswell Rd., Atlanta, GA 30350

Ted W. Hight, III, Esq., Thompson, O'Brien, Kemp & Nasuti, PC, Suite 300, 40 Technology Parkway South, Norcross, GA 30092

# CERTIFICATE OF NOTICE

```
District/off: 113E-8           User: lhd                   Page 1 of 1                   Date Rcvd: Sep 11, 2009
Case: 09-22026                 Form ID: pdf423             Total Noticed: 8

The following entities were noticed by first class mail on Sep 13, 2009.
db           +HLA, Inc.,    1950 North Park Place,    Suite 400,    Atlanta, GA 30339-2044
aty          +James C. Frenzel,    James C. Frenzel, P.C.,    Suite 155, Atlanta Financial Ctr.,
               3343 Peachtree Road, NE,    Atlanta, GA 30326-1085
aty          +James H. Morawetz,    Office of U.S. Trustee,    362 Richard Russell Bldg.,    75 Spring Street, SW,
               Atlanta, GA 30303-3315
aty          +Jeremy E. White,    Molden Holley & Thompson, LLC,    225 Peachtree Street, N.E.,    Suite 1900,
               Atlanta, GA 30303-1730
aty          +Jordan B. Forman,    Kaufman, Miller & Sivertsen, PC,    Bldg. 800,    8215 Roswell Road,
               Atlanta, GA 30350-6445
aty          +M. Denise Dotson,    M. Denise Dotson, LLC,    170 Mitchell St.,    Atlanta, GA 30303-3441
aty          +Ted W. Hight, III,    Thompson, O'Brien, Kemp & Nasuti, PC,    Suite 300,
               40 Technology Parkway South,    Norcross, GA 30092-2924
             +Barbara Ellis-Monro, Esq.,    Ellenberg, Ogier, Rothschild & Rosenfeld,    170 Mitchell Street SW,
               Atlanta, GA 30303-3441

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 13, 2009**                    Signature:    _Joseph Speetjens_