IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HLA, INC., | ) | CASE NO. 09-22026-reb |
| | ) | |
| Debtor. | ) | |

**CONTINUATION OF MOTION REQUESTING
ENTRY OF ORDER AUTHORIZING OPERATIONS
IN ACCORDANCE WITH POST-PETITION BUDGET**

**COME NOW** HLA, Inc. ("Debtor") and hereby files this "Continuation of Motion Requesting Entry of Order Authorizing Operations in Accordance with Post-Petition Budget" ("Motion"). In support of the Motion, Debtor shows the Court as follows:

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This Motion is a core proceeding pursuant to 28 U.S.C. §157(b)(2). The statutory predicate for the relief requested herein is 11 U.S.C. §105(a).

2. On May 14, 2009 ("Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (as amended, modified, or supplemented the "Bankruptcy Code"). Hidden Lake Academy, an affiliated entity, also filed for bankruptcy protection on the Petition Date.

3. There are no secured creditors that hold a valid, perfected, security interest in cash collateral (as that term is defined by the Bankruptcy Code). On May 20, 2009, out of an abundance of caution, Debtor filed a "Motion Requesting Entry of Order Authorizing Operations in Accordance with Post-Petition Budget" ("Initial Motion").

4. At the time of the filing of the Initial Judgment, a group of judgment creditors held a claim consisting of $400,000.00 plus, fees, costs, and expenses. The Initial Motion was filed in the event the judgment creditors sought to assert an interest in cash collateral. The claim of the judgment creditors was satisfied by non-debtor entities.

5. On May 22, 2009, the Court entered an order authorizing the use of cash collateral in accordance with a budget through and including June 30, 2009. A second order authorizing continued operations and use of cash collateral in accordance with a budget was subsequently entered which authorized the budget and use of cash collateral through and including September 30, 2009.

6. Debtor requests entry of an order authorizing, subject to objection, continued use of cash collateral through and including December 31, 2009. BB&T is the largest creditor. BB&T holds a secured claim in the Hidden Lake Academy case and asserts an unsecured claim against the Debtor.

7. BB&T and Hidden Lake Academy are finalizing a final order authorizing the use of cash collateral for submission to the Court.

8. Alternatively, a motion to dismiss case is pending before the Court. Debtor requests entry of an interim order authorizing use of cash collateral through and including October 14, 2009 at which time a hearing could be held in conjunction with the hearing on the motion to dismiss filed by the Office of the United States Trustee.

9. A copy of the budgets for HLA, Hidden Lade Academy, Ridge Creek and a combined budget are attached hereto and incorporated herein by reference as Exhibit "A."

WHEREFORE, Debtor requests entry of an order authorizing, subject to objection, (i) continued operations through and including December 31, 2009, (ii) alternatively, Debtor requests entry of an order authorizing, subject to objection, continued operations through and including October 14, 2009 and scheduling a hearing on further operations to be held simultaneously with the hearing on the motion to dismiss filed by the Office of the United States Trustee, and (iii) granting such other and further relief as is deemed just and proper.

Submitted this 23rd day of September, 2009.

                                            M. DENISE DOTSON, LLC
                                            Counsel for the Debtor

                                            */s/ M. Denise Dotson*
                                            M. Denise Dotson
                                            Georgia Bar No. 227230
                                            170 Mitchell Street
                                            Atlanta, GA 30303
                                            (404) 526-8869 Telephone
                                            (404) 526-8855 Facsimile

                                            ddotsonlaw@me.com

EXHIBIT "A" FOLLOWS

## HLA Budget
### Sept. 2009 to Aug. 2010

| | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | April 2010 | May 2010 | June 2010 | July 2010 | Aug 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Days per Month | 30 | 31 | 30 | 31 | 31 | 28 | 31 | 30 | 31 | 30 | 31 | 31 | 365 |
| **Administrative Expenses** | | | | | | | | | | | | | |
| Accounting Services | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Bank Service Charges | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Business Licenses and Permits | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Charitable Contributions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dues and Subscriptions | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Employee Appreciation | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Finance Charge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Insurance Expense** | | | | | | | | | | | | | |
| Auto | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 19,200 |
| Property | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 62,400 |
| General Liability Insurance | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Life and Disability Insurance | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| Worker's Compensation | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Insurance Expense - Other | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Total Insurance Expense | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 116,400 |
| Legal | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Licenses and Fees | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 1,080 |
| Merchant Acct. Fees | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Office Supplies | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| **Postage and Delivery** | | | | | | | | | | | | | |
| Federal Express | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| UPS | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 |
| Postage and Delivery - Other | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Total Postage & Delivery | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Uniforms clothing | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Wal-Mart | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Printing and Reproduction | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Professional Fees | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Spiritual Subcontractors | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative Expenses - Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Administrative Expenses | 12,890 | 12,890 | 12,890 | 12,890 | 12,890 | 12,890 | 12,890 | 12,890 | 12,890 | 12,890 | 12,890 | 12,890 | 154,680 |
| **HR Expense** | | | | | | | | | | | | | |
| Emp Credit/Background checks | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| HR Travel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HR Travel Interviews | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total HR Travel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payroll Processing | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| HR Expense - Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total HR Expense | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 4,200 |
| **Operations Expense** | | | | | | | | | | | | | |
| **Automobile Expense** | | | | | | | | | | | | | |
| Gasoline | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Gasoline - Bulk | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Vehicle finance expense | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Vehicle Repair | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Total Automobile Expense | 3,550 | 3,550 | 3,550 | 3,550 | 3,550 | 3,550 | 3,550 | 3,550 | 3,550 | 3,550 | 3,550 | 3,550 | 42,600 |
| Computer and Internet Expenses | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 66,000 |
| Dell Equipment Expense | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 25,200 |

# HLA Budget
## Sept. 2009 to Aug. 2010

| | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | April 2010 | May 2010 | June 2010 | July 2010 | Aug 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dorm supplies | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Equipment Rental | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| Exterminating | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 4,320 |
| Food and Cafeteria - Service | 18,000 | 18,000 | 18,000 | 18,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 22,000 | 22,000 | 22,000 | 238,000 |
| Food and Cafeteria Supplies | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Garbage Disposal | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Housekeeping Contract | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| Housekeeping/Janitorial Supply | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| Inspections-Fire Alarms | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Landscaping and Grounds | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Propane Gas | 2,000 | 5,000 | 7,000 | 8,000 | 8,000 | 8,000 | 7,000 | 6,000 | 3,000 | 2,000 | 2,000 | 2,000 | 60,000 |
| **Repairs and Maintenance** | | | | | | | | | | | | | |
| Services - Bldg. | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Services - Equip. | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Supplies | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Repairs and Maintenance - Other | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Total Repairs and Maintenance | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 15,000 |
| Satellite | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Security Contract | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10,000 |
| **Telephone Expense** | | | | | | | | | | | | | |
| Cell Phone Service | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Windstream | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 43,200 |
| Telephone Expense - equipment lease | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Total Telephone Expense | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 61,200 |
| **Utilities - Electric** | | | | | | | | | | | | | |
| Utilities 14401 Lodge | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 14,880 |
| Utilities 14402 SAC | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 1,920 |
| Utilities 14403 Dorm A | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 7,920 |
| Utilities 14407 New Maintenance | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Utilities 14410 Dorm B | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 6,600 |
| Utilities 14411 Old Admin | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Utilities 14412 Dorm C | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 4,200 |
| Utilities 14413 Pump House | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 2,460 |
| Utilities 14419 Len's House | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Utilities 14420 Gym | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 9,840 |
| Utilities 14426 Counselor bldg | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 480 |
| Utilities 14428 Sewer plant | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 3,240 |
| Utilities 14431 Restrooms-soccer | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Utilities 14432 Swimming Pool | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 2,700 |
| Utilities 14433 Well Pump | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 720 |
| Utilities 14434 Administration | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 20,580 |
| Utilities - Electric - Other | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Total Utilities - Electric | 6,745 | 6,745 | 6,745 | 6,745 | 6,745 | 6,745 | 6,745 | 6,745 | 6,745 | 6,745 | 6,745 | 6,745 | 80,940 |
| **Water & Pump** | | | | | | | | | | | | | |
| Sewer Plant Maint. & Supplies | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 |
| Water Testing | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| Total Water & Pump | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 9,000 |
| Total Operations Expense | 53,655 | 56,655 | 58,655 | 59,655 | 61,655 | 59,655 | 58,655 | 57,655 | 54,655 | 55,655 | 55,655 | 55,655 | 687,860 |
| | | | | | | | | | | | | | |
| HLA Expenses | 66,895 | 69,895 | 71,895 | 72,895 | 74,895 | 72,895 | 71,895 | 70,895 | 67,895 | 68,895 | 68,895 | 68,895 | 846,740 |

## HLA Budget
### Sept. 2009 to Aug. 2010

| | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | April 2010 | May 2010 | June 2010 | July 2010 | Aug 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debit Repayment - BB&T** | 10,000 | 20,000 | 20,000 | 20,000 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 362,000 |
| **30 year amort. @ 5% - payoff 5 years | | | | | | | | | | | | | |
| IRS Tax Payment 5yr @ 5% | | | | | 7,550 | 7,550 | 7,550 | 7,550 | 7,550 | 7,550 | 7,550 | 7,550 | 60,400 |
| Morris Law firm 5 yr @ 5% | | | | | 4,720 | 4,720 | 4,720 | 4,720 | 4,720 | 4,720 | 4,720 | 4,720 | 37,760 |
| Repayment - Other | | | | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | | | 30,000 |
| | | | | | | | | | | | | | |
| Total Expenses | 76,895 | 89,895 | 91,895 | 92,895 | 128,665 | 126,665 | 125,665 | 124,665 | 121,665 | 122,665 | 117,665 | 117,665 | 1,336,900 |
| | | | | | | | | | | | | | |
| Rent from Ridge Creek School | 76,895 | 89,895 | 91,895 | 92,895 | 128,665 | 126,665 | 125,665 | 124,665 | 121,665 | 122,665 | 117,665 | 117,665 | 1,336,900 |

9/22/2009

3

# Ridge Creek School Budget
## Sept. 2009 to Aug. 2010

| | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | April 2010 | May 2010 | June 2010 | July 2010 | Aug 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Days per Month | 30 | 31 | 30 | 31 | 31 | 28 | 31 | 30 | 31 | 30 | 31 | 31 | 365 |
| **RCI School** | | | | | | | | | | | | | |
| New Students | | | | | | | | | | | | | |
| Graduating Students | | | | 2 | | | | | 15 | | | | |
| Total Students | 30 | 30 | 30 | 28 | 28 | 28 | 28 | 28 | 13 | 13 | 13 | 13 | |
| Tuition per Student @ $3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | |
| Total tuition | 108,000 | 108,000 | 108,000 | 100,800 | 100,800 | 100,800 | 100,800 | 100,800 | 46,800 | 46,800 | 46,800 | 46,800 | 1,015,200 |
| | | | | | | | | | | | | | |
| New Students | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| Graduating Students | | | | | | | | | | | | | |
| Total Students | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 | 60 | 66 | 72 | |
| Tuition per Student @ $4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | |
| Total tuition | 28,800 | 57,600 | 86,400 | 115,200 | 144,000 | 172,800 | 201,600 | 230,400 | 259,200 | 288,000 | 316,800 | 345,600 | 1,900,800 |
| Total Students | 36 | 42 | 48 | 52 | 58 | 64 | 70 | 76 | 67 | 73 | 79 | 85 | |
| Total tuition RCI School | 136,800 | 165,600 | 194,400 | 216,000 | 244,800 | 273,600 | 302,400 | 331,200 | 306,000 | 334,800 | 363,600 | 392,400 | 3,261,600 |
| | | | | | | | | | | | | | |
| **RCI Wilderness**\*\* | | | | | | | | | | | | | |
| New Students | Program on hold pending release of funding from the State of Georgia which has placed a freeze on all placements by DJJ and DEFCS | | | | | | | | | | | | |
| Graduating Students | | | | | | | | | | | | | |
| Total Students | | | | | | | | | | | | | |
| Tuition per Student @ $245/day | | | | | | | | | | | | | |
| Tuition Income RCI Wilderness | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **Creekside**\*\* | | | | | | | | | | | | | |
| New students | Program on hold pending release of funding from the State of Georgia which has placed a freeze on all placements by DJJ and DEFCS | | | | | | | | | | | | |
| Graduation | | | | | | | | | | | | | |
| Total students | | | | | | | | | | | | | |
| Tuition per Student @ $181 | | | | | | | | | | | | | |
| Tuition Income Creekside | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Total Students all programs | 36 | 42 | 48 | 52 | 58 | 64 | 70 | 76 | 67 | 73 | 79 | 85 | |
| | | | | | | | | | | | | | |
| Tuition Income RCI all programs | 136,800 | 165,600 | 194,400 | 216,000 | 244,800 | 273,600 | 302,400 | 331,200 | 306,000 | 334,800 | 363,600 | 392,400 | 3,261,600 |
| | | | | | | | | | | | | | |
| **Additional Income** | | | | | | | | | | | | | |
| **Clothing & Equipment** | | | | | | | | | | | | | |
| Clothing & equipment - School | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 72,000 |
| **Academics** | | | | | | | | | | | | | |
| ACT | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| SAT | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Academics - Other | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Total Academics | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 1,500 |
| Computer fees | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 28,800 |
| Credit Card Fee | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Haircut | 75 | 100 | 100 | 100 | 125 | 125 | 125 | 150 | 150 | 150 | 150 | 150 | 1,500 |
| Late Fees | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Psychological Testing (25% new students) | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 50,400 |
| Shipping / Postage / Fed-Ex | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 3,480 |
| **Travel** | | | | | | | | | | | | | |
| Break Transportation | 250 | 250 | 250 | 500 | 500 | 500 | 500 | 750 | 750 | 750 | 750 | 750 | 6,500 |
| Inside Dahlonega | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |

9/22/2009     1

# Ridge Creek School Budget
## Sept. 2009 to Aug. 2010

| | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | April 2010 | May 2010 | June 2010 | July 2010 | Aug 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Outside Dahlonega | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Travel - Other | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Total Travel | 850 | 850 | 850 | 1,100 | 1,100 | 1,100 | 1,100 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 13,700 |
| Total Income | 151,140 | 179,965 | 208,765 | 230,615 | 259,440 | 288,240 | 317,040 | 346,115 | 320,915 | 349,715 | 378,515 | 407,315 | 3,437,780 |
| **Payroll** | | | | | | | | | | | | | |
| P/R - Academics | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 194,400 |
| P/R - Admissions | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| P/R - Administration | 11,350 | 11,350 | 11,350 | 11,350 | 11,350 | 11,350 | 11,350 | 11,350 | 11,350 | 11,350 | 11,350 | 11,350 | 136,200 |
| P/R - Counselors | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 81,000 |
| P/R - Operations | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 93,600 |
| P/R - Wilderness | 13,250 | 13,250 | 14,500 | 14,500 | 14,500 | 14,500 | 14,500 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 179,000 |
| P/R - Recreation | 7,250 | 7,250 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 107,000 |
| P/R- Security | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 44,400 |
| Total Payroll | 68,800 | 68,800 | 71,300 | 71,300 | 71,300 | 71,300 | 71,300 | 74,300 | 74,300 | 74,300 | 74,300 | 74,300 | 865,600 |
| **Payroll Taxes & Benefits** | | | | | | | | | | | | | |
| Payroll Taxes - Unemployment | | | | | | | | | | | | | |
| Payroll taxes federal | | | | | | | | | | | | | |
| Benefits | | | | | | | | | | | | | |
| Total Taxes & Benefits @ 20% | 13,760 | 13,760 | 14,260 | 14,260 | 14,260 | 14,260 | 14,260 | 14,860 | 14,860 | 14,860 | 14,860 | 14,860 | 173,120 |
| **Benefits** | | | | | | | | | | | | | |
| RCS Payroll Expenses | 82,560 | 82,560 | 85,560 | 85,560 | 85,560 | 85,560 | 85,560 | 89,160 | 89,160 | 89,160 | 89,160 | 89,160 | 1,038,720 |
| **Administrative Expenses** | | | | | | | | | | | | | |
| General Liability Insurance | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| Worker's Compensation | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Total Administrative Expense | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 60,000 |
| **Academic Expense** | | | | | | | | | | | | | |
| Academic Travel & Events | 50 | 50 | 50 | 50 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 800 |
| Application fees | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Awards | 0 | 0 | 0 | 0 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 80 |
| Testing School | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 12,600 |
| Academic Expense -Supplies | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Total Academic Expense | 1,250 | 1,250 | 1,250 | 1,250 | 1,285 | 1,285 | 1,285 | 1,285 | 1,285 | 1,285 | 1,285 | 1,285 | 15,280 |
| **Admissions** | | | | | | | | | | | | | |
| Admissions - Consultant T & E | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 |
| Admissions - Staff T & E | 0 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 2,750 |
| Conference Registration Fee | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Admissions - Other | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Total Admissions | 225 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 5,450 |
| **Athletic Expense** | | | | | | | | | | | | | |
| Athletic Travel Expense | 0 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 825 |
| Officials Expense | 0 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,650 |
| Tournament Fee & Memberships | 0 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 550 |
| Total Athletic Expense | 0 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 3,025 |
| **Counseling Expense** | | | | | | | | | | | | | |
| ATOD | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Counseling Travel & Events | 0 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,650 |
| Total Counseling Expense | 100 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 2,850 |
| **Dispensary Expense** | | | | | | | | | | | | | |
| Medical | 100 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 2,850 |
| Student Care | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 360 |

9/22/2009                                          2

# Ridge Creek School Budget
## Sept. 2009 to Aug. 2010

| | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | April 2010 | May 2010 | June 2010 | July 2010 | Aug 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Student Travel by Bobby Denny | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Student Travel General | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Dispensary Expense - Other | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 240 |
| Total Dispensary Expense | 225 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 4,350 |
| **Marketing Expense** | | | | | | | | | | | | | |
| Advertising and Promotion | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Goodwill / Gifts | 0 | 0 | 0 | 0 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 2,000 |
| Marketing Travel | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Meals and Entertainment | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Total Marketing Expense | 2,500 | 2,500 | 2,500 | 2,500 | 2,750 | 2,750 | 2,750 | 2,750 | 2,750 | 2,750 | 2,750 | 2,750 | 32,000 |
| Miscellaneous Expense | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| **Recreation Expense** | | | | | | | | | | | | | |
| Rec Travel & Events | 100 | 200 | 200 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,200 |
| Recreation equipment | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Recreation Expense - Other | 100 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,300 |
| Total Recreation Expense | 250 | 450 | 450 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 6,100 |
| Operating Expenses | 92,210 | 93,235 | 96,235 | 96,335 | 96,620 | 96,620 | 96,620 | 100,220 | 100,220 | 100,220 | 100,220 | 100,220 | 1,168,975 |
| Rent paid to HLA | 76,995 | 89,995 | 91,995 | 92,995 | 128,765 | 126,765 | 125,765 | 124,765 | 121,765 | 122,765 | 117,765 | 117,765 | 1,338,100 |
| Management fee paid to Hidden Lake | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 313,920 |
| Total Expenses | 195,365 | 209,390 | 214,390 | 215,490 | 251,545 | 249,545 | 248,545 | 251,145 | 248,145 | 249,145 | 244,145 | 244,145 | 2,820,995 |
| Net Income | (44,225) | (29,425) | (5,625) | 15,125 | 7,895 | 38,695 | 68,495 | 94,970 | 72,770 | 100,570 | 134,370 | 163,170 | 616,785 |

**Note The projected income from RCW and
Creekside was to be $75,000 per month
Program can be activated in two days
with minimal operational cost.

# Hidden Lake Budget
## Sept 2009 to Aug 2010

|  | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | April 2010 | May 2010 | June 2010 | July 2010 | Aug 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Rent Income from HLA | 10,000 | 20,000 | 20,000 | 20,000 | 53,770 | 53,770 | 53,770 | 53,770 | 53,770 | 53,770 | 48,770 | 48,770 | 490,160 |
| Managaement fee from RCS | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 313,920 |
| Total Income | 36,160 | 46,160 | 46,160 | 46,160 | 79,930 | 79,930 | 79,930 | 79,930 | 79,930 | 79,930 | 74,930 | 74,930 | |
| **Expenses** | | | | | | | | | | | | | |
| Hidden Lake Payroll | 21,800 | 21,800 | 21,800 | 21,800 | 21,800 | 21,800 | 21,800 | 21,800 | 21,800 | 21,800 | 21,800 | 21,800 | 261,600 |
| Hidden Lake Payroll Taxes | 4,360 | 4,360 | 4,360 | 4,360 | 4,360 | 4,360 | 4,360 | 4,360 | 4,360 | 4,360 | 4,360 | 4,360 | 52,320 |
| Total Payroll | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 313,920 |
| Repayment of Debit | 10,000 | 20,000 | 20,000 | 20,000 | 53,770 | 53,770 | 53,770 | 53,770 | 53,770 | 53,770 | 48,770 | 48,770 | 490,160 |
| Total Expenses | 36,160 | 46,160 | 46,160 | 46,160 | 79,930 | 79,930 | 79,930 | 79,930 | 79,930 | 79,930 | 74,930 | 74,930 | 804,080 |
| Net Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

9/22/2009

## HLA, Hidden Lake, Ridge Creek School Consolidated Budget
### Sept. 2009 to Aug 2010

| | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | Apr 2010 | May 2010 | June 2010 | July 2010 | Aug 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | | | | | | | | | | | | | |
| HLA | 76,895 | 89,895 | 91,895 | 92,895 | 128,665 | 126,665 | 125,665 | 124,665 | 121,665 | 122,665 | 117,665 | 117,665 | 1,336,900 |
| Hidden Lake | 36,160 | 46,160 | 46,160 | 46,160 | 79,930 | 79,930 | 79,930 | 79,930 | 79,930 | 79,930 | 74,930 | 74,930 | 804,080 |
| Ridge Creek | 151,140 | 179,965 | 208,765 | 230,615 | 259,440 | 288,240 | 317,040 | 346,115 | 320,915 | 349,715 | 378,515 | 407,315 | 3,437,780 |
| Total Income | 264,195 | 316,020 | 346,820 | 369,670 | 468,035 | 494,835 | 522,635 | 550,710 | 522,510 | 552,310 | 571,110 | 599,910 | 5,578,760 |
| Operating Expenses | | | | | | | | | | | | | |
| HLA | 76,895 | 89,895 | 91,895 | 92,895 | 128,665 | 126,665 | 125,665 | 124,665 | 121,665 | 122,665 | 117,665 | 117,665 | 1,336,900 |
| Hidden Lake | 36,160 | 46,160 | 46,160 | 46,160 | 79,930 | 79,930 | 79,930 | 79,930 | 79,930 | 79,930 | 74,930 | 74,930 | 804,080 |
| Ridge Creek | 195,365 | 209,390 | 214,390 | 215,490 | 251,545 | 249,545 | 248,545 | 251,145 | 248,145 | 249,145 | 244,145 | 244,145 | 2,820,995 |
| Total Operating Expenses | 308,420 | 345,445 | 352,445 | 354,545 | 460,140 | 456,140 | 454,140 | 455,740 | 449,740 | 451,740 | 436,740 | 436,740 | 4,961,975 |
| Income | (44,225) | (29,425) | (5,625) | 15,125 | 7,895 | 38,695 | 68,495 | 94,970 | 72,770 | 100,570 | 134,370 | 163,170 | 616,785 |

## CERTIFICATE OF SERVICE

I, M. Denise Dotson, certify that I caused a true and correct copy of the foregoing to be served upon the parties listed below via first class United States mail in a properly addressed envelope with sufficient postage affixed.

James Morawetz
Office of the United States Trustee
362 Russell Federal Building
75 Spring Street
Atlanta, GA 30303

John A. Thomson Jr.
Womble Carlyle Sandridge & Rice, PLLC
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017

Submitted this 23rd day of September, 2009.

M. DENISE DOTSON, LLC
Counsel for the Debtor


*/s/ M. Denise Dotson*
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, GA 30303
(404) 526-8869 Telephone
(404) 526-8855 Facsimile

ddotsonlaw@me.com