IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

ENTERED ON DOCKET
9/25/09

| IN RE: | ) | CHAPTER 11 |
| --- | --- | --- |
| | ) | |
| HLA, INC., | ) | CASE NO. 09-22026-reb |
| | ) | |
| Debtor. | ) | |

### ORDER AUTHORIZING, SUBJECT TO OBJECTION, OPERATIONS IN ACCORDANCE WITH POST-PETITION BUDGET AND SCHEDULING HEARING TO CONTINUE CONTINUED OPERATIONS

The above-captioned case is before the Court on the "Continued Motion Requesting Entry of Order Authorizing Operations in Accordance with Post-Petition Budget" (the "Motion") filed by HLA, Inc. ("Debtor") on September 23, 2009. In the Motion, Debtor requested entry of an order authorizing, subject to objection, the payment of post-petition operational expenses in accordance with a budget through and including December 31, 2009, alternatively, Debtor requested entry of an order authorizing, subject to objection, continued operations and payment of post-petition operational expenses in accordance with a budget through and including October 14, 2009 and the scheduling of a hearing to consider further operations to be held simultaneously with the motion to dismiss filed by the Office of the United States Trustee.

An interim order authorizing continued operations through June 30, 2009 was entered on May 22, 2009 and a subsequent order continued operations and payment of operational expenses through and including September 30, 2009 was entered. Additionally, as set forth in the Motion, to the extent any entity asserts an interest in cash collateral, Debtor requested authorization to use cash collateral in accordance with Section 363 of the Bankruptcy Code.

Based upon a review of the Motion and the representations of counsel, it appears that good and sufficient cause exists to grant the Motion and authorize continued operations and payment of expenses through and including October 14, 2009 and scheduling a hearing thereon. Accordingly, it is hereby ORDERED as follows:

1. The Debtor is authorized to operate and remit payments in accordance with the Budget attached hereto through and including October 14, 2009; provided, however, any salary payments to Dr. Buccellato from Ridge Creek shall not exceed $4,000.00. Debtor may use Cash Collateral only for ordinary and necessary business expenses of the Debtor consistent with the specific items and the amounts contained in the attached budgets and for no other purposes; provided, however, any individual budget line item may vary by up to 10% as long as the total expenses do not exceed the budgeted expenses.

2. To the extent any entity asserts an interest in cash collateral, Debtor may use cash collateral in accordance with the terms and conditions set forth herein. Additionally, any entity asserting an interest in cash collateral shall be granted replacement liens on the collateral to the same extent, validity, and priority as the prepetition liens; and the continuing validity of any and all financing statements filed by the Lender which were effective to perfect the security interest granted pre-petition to each entity are hereby expressly confirmed and deemed sufficient to perfect the replacement liens granted by the Order; and upon request by such entity, the Debtor shall execute any further documents deemed necessary or appropriate to evidence, perfect, or otherwise establish such post-petition replacement liens under this Order, and such entity is expressly authorized to record or file any such financing statements or other documents deemed necessary or appropriate to evidence, perfect or establish their post-petition replacement liens granted by this Order.

3. No payments may be made to any insiders of the Debtor, including but not limited to Kenneth Spooner, or to any creditors on behalf of any insider.

4. No payments may be made to Dr. Leonard A. Buccellato or to any creditors on behalf of Dr. Leonard A. Buccellato; provided, however, Ridge Creek may remit a monthly salary payment to Dr. Buccellato in the amount of $4,000.00.

5. Debtor is directed to serve a copy of this Order upon the appropriate parties-in-interest within three (3) business days after entry.

6. Entry of this Order is without prejudice to the claims, rights, and actions that the Debtor may have to challenge the nature, validity, or extent of liens that may be asserted by any entity.

7. A hearing on the Motion shall be held on **October 14, 2009, in Courtroom 103, 121 Spring Street, S.E. Gainesville, GA 30501 at 1:30 p.m. Any objections should be filed at least one (1) business day prior to the hearing with the Office of the Clerk of the Court, 121 Spring Street, S.E. Gainesville, Georgia 30501 with a copy served upon counsel for the Debtor, M. Denise Dotson, M. Denise Dotson, LLC, 170 Mitchell Street, Atlanta, Georgia 30303.**

**Remainder of Page Left Intentionally Blank**

8. Entry of this Order is without prejudice to the rights, claims, and defenses that any entity may assert in any action by the Debtor to challenge the nature, validity, or extent of liens asserted by said entity.

IT IS SO ORDERED this 23rd day of September, 2009.

_____
ROBERT E. BRIZENDINE
UNITED STATES BANKRUPTCY JUDGE

Order prepared and presented by:
M. DENISE DOTSON, LLC
Counsel for the Debtor
/s/ M. Denise Dotson
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, GA 30303
(404) 526-8869 Telephone
(404) 526-8855 Facsimile
ddotsonlaw@me.com


Distribution List:
M. Denise Dotson, 170 Mitchell Street, Atlanta, GA 30303

Office of the United States Trustee, Attn: Jim Morawetz, 75 Spring Street, Atlanta, GA 30303

EXHIBIT "A" FOLLOWS

# HLA Budget
## Sept. 2009 to Aug. 2010

| | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | April 2010 | May 2010 | June 2010 | July 2010 | Aug 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Days per Month | 30 | 31 | 30 | 31 | 31 | 28 | 31 | 30 | 31 | 30 | 31 | 31 | 365 |
| **Administrative Expenses** | | | | | | | | | | | | | |
| Accounting Services | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Bank Service Charges | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Business Licenses and Permits | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Charitable Contributions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dues and Subscriptions | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Employee Appreciation | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Finance Charge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Insurance Expense** | | | | | | | | | | | | | |
| Auto | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 19,200 |
| Property | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 62,400 |
| General Liability Insurance | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Life and Disability Insurance | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| Worker's Compensation | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Insurance Expense - Other | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Total Insurance Expense | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 116,400 |
| Legal | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Licenses and Fees | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 1,080 |
| Merchant Acct. Fees | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Office Supplies | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| **Postage and Delivery** | | | | | | | | | | | | | |
| Federal Express | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| UPS | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 |
| Postage and Delivery - Other | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Total Postage & Delivery | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Uniforms clothing | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Wal-Mart | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Printing and Reproduction | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Professional Fees | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Spiritual Subcontractors | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative Expenses - Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Administrative Expenses | 12,890 | 12,890 | 12,890 | 12,890 | 12,890 | 12,890 | 12,890 | 12,890 | 12,890 | 12,890 | 12,890 | 12,890 | 154,680 |
| **HR Expense** | | | | | | | | | | | | | |
| Emp Credit/Background checks | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| HR Travel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HR Travel Interviews | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total HR Travel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payroll Processing | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| HR Expense - Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total HR Expense | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 4,200 |
| **Operations Expense** | | | | | | | | | | | | | |
| **Automobile Expense** | | | | | | | | | | | | | |
| Gasoline | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Gasoline - Bulk | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Vehicle finance expense | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Vehicle Repair | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Total Automobile Expense | 3,550 | 3,550 | 3,550 | 3,550 | 3,550 | 3,550 | 3,550 | 3,550 | 3,550 | 3,550 | 3,550 | 3,550 | 42,600 |
| Computer and Internet Expenses | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 66,000 |
| Dell Equipment Expense | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 25,200 |

## HLA Budget
## Sept. 2009 to Aug. 2010

| | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | April 2010 | May 2010 | June 2010 | July 2010 | Aug 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dorm supplies | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Equipment Rental | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| Exterminating | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 4,320 |
| Food and Cafeteria - Service | 18,000 | 18,000 | 18,000 | 18,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 22,000 | 22,000 | 22,000 | 238,000 |
| Food and Cafeteria Supplies | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Garbage Disposal | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Housekeeping Contract | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| Housekeeping/Janitorial Supply | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| Inspections-Fire Alarms | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Landscaping and Grounds | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Propane Gas | 2,000 | 5,000 | 7,000 | 8,000 | 8,000 | 8,000 | 7,000 | 6,000 | 3,000 | 2,000 | 2,000 | 2,000 | 60,000 |
| Repairs and Maintenance | | | | | | | | | | | | | |
| Services - Bldg. | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Services - Equip. | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Supplies | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Repairs and Maintenance - Other | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Total Repairs and Maintenance | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 15,000 |
| Satellite | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Security Contract | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10,000 |
| Telephone Expense | | | | | | | | | | | | | |
| Cell Phone Service | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Windstream | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 43,200 |
| Telephone Expense - equipment lease | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Total Telephone Expense | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 61,200 |
| Utilities - Electric | | | | | | | | | | | | | |
| Utilities 14401 Lodge | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 14,880 |
| Utilities 14402 SAC | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 1,920 |
| Utilities 14403 Dorm A | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 7,920 |
| Utilities 14407 New Maintenance | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Utilities 14410 Dorm B | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 6,600 |
| Utilities 14411 Old Admin | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Utilities 14412 Dorm C | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 4,200 |
| Utilities 14413 Pump House | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 2,460 |
| Utilities 14419 Len's House | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Utilities 14420 Gym | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 9,840 |
| Utilities 14426 Counselor bldg | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 480 |
| Utilities 14428 Sewer plant | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 3,240 |
| Utilities 14431 Restrooms-soccer | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Utilities 14432 Swimming Pool | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 2,700 |
| Utilities 14433 Well Pump | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 720 |
| Utilities 14434 Administration | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 | 20,580 |
| Utilities - Electric - Other | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Total Utilities - Electric | 6,745 | 6,745 | 6,745 | 6,745 | 6,745 | 6,745 | 6,745 | 6,745 | 6,745 | 6,745 | 6,745 | 6,745 | 80,940 |
| Water & Pump | | | | | | | | | | | | | |
| Sewer Plant Maint. & Supplies | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 |
| Water Testing | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| Total Water & Pump | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 9,000 |
| Total Operations Expense | 63,655 | 66,655 | 68,655 | 69,655 | 61,655 | 69,655 | 68,655 | 57,655 | 54,655 | 66,655 | 66,655 | 66,655 | 687,860 |
| HLA Expenses | 66,895 | 69,895 | 71,895 | 72,895 | 74,895 | 72,895 | 71,895 | 70,895 | 67,895 | 68,895 | 68,895 | 68,895 | 846,740 |

# HLA Budget
## Sept. 2009 to Aug. 2010

| | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | April 2010 | May 2010 | June 2010 | July 2010 | Aug 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debit Repayment - BB&T* | 10,000 | 20,000 | 20,000 | 20,000 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 362,000 |
| *30 year amort. @ 6% - payoff 6 years | | | | | | | | | | | | | |
| IRS Tax Payment 5yr @ 6% | | | | | 7,550 | 7,550 | 7,550 | 7,550 | 7,550 | 7,550 | 7,550 | 7,550 | 60,400 |
| Morris Law firm 5 yr @ 6% | | | | | 4,720 | 4,720 | 4,720 | 4,720 | 4,720 | 4,720 | 4,720 | 4,720 | 37,760 |
| Repayment - Other | | | | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | | | 30,000 |
| Total Expenses | 76,895 | 89,895 | 91,895 | 92,895 | 128,665 | 126,665 | 125,665 | 124,665 | 121,665 | 122,665 | 117,665 | 117,665 | 1,336,900 |
| Rent from Ridge Creek School | 76,895 | 89,895 | 91,895 | 92,895 | 128,665 | 126,665 | 125,665 | 124,665 | 121,665 | 122,665 | 117,665 | 117,665 | 1,336,900 |

9/22/2009

3

# Ridge Creek School Budget
## Sept. 2009 to Aug. 2010

| | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | April 2010 | May 2010 | June 2010 | July 2010 | Aug 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Days per Month | 30 | 31 | 30 | 31 | 31 | 28 | 31 | 30 | 31 | 30 | 31 | 31 | 365 |
| **RCI School** | | | | | | | | | | | | | |
| New Students | | | | 2 | | | | | 15 | | | | |
| Graduating Students | | | | | | | | | 13 | | | 13 | |
| Total Students | 30 | 30 | 30 | 28 | 28 | 28 | 28 | 28 | 13 | 13 | 13 | 13 | |
| Tuition per Student @ $3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | |
| Total tuition | 108,000 | 108,000 | 108,000 | 100,800 | 100,800 | 100,800 | 100,800 | 100,800 | 46,800 | 46,800 | 46,800 | 46,800 | 1,015,200 |
| Total Students | 36 | 42 | 48 | 52 | 58 | 64 | 70 | 76 | 67 | 73 | 79 | 85 | |
| Tuition per Student @ $4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | |
| Total tuition | 28,800 | 57,600 | 86,400 | 115,200 | 144,000 | 172,800 | 201,600 | 230,400 | 259,200 | 288,000 | 316,800 | 345,600 | 1,900,800 |
| Total Students | 36 | 42 | 48 | 52 | 58 | 64 | 70 | 76 | 67 | 73 | 79 | 85 | |
| Graduating Students | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| New Students | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 | 60 | 66 | 72 | |
| Total tuition RCI School | 136,800 | 165,600 | 194,400 | 216,000 | 244,800 | 273,600 | 302,400 | 331,200 | 306,000 | 334,800 | 363,600 | 392,400 | 3,261,600 |
| **RCI Wilderness**" | | | | | | | | | | | | | |
| New Students | | | | | | | | | | | | | |
| Graduating Students | | | | | | | | | | | | | |
| Total Students | Program on hold pending release of funding from the State of Georgia which has placed a freeze on all placements by DJJ and DEFCS | | | | | | | | | | | | |
| Tuition per Student @ $245/day | | | | | | | | | | | | | |
| Tuition Income RCI Wilderness | | | | | | | | | | | | | |
| **Creekside**" | | | | | | | | | | | | | |
| New students | | | | | | | | | | | | | |
| Graduation | Program on hold pending release of funding from the State of Georgia which has placed a freeze on all placements by DJJ and DEFCS | | | | | | | | | | | | |
| Total students | | | | | | | | | | | | | |
| Tuition per Student @ $181 | | | | | | | | | | | | | |
| Tuition Income Creekside | | | | | | | | | | | | | |
| Tuition Income RCI all programs | 136,800 | 165,600 | 194,400 | 216,000 | 244,800 | 273,600 | 302,400 | 331,200 | 306,000 | 334,800 | 363,600 | 392,400 | 3,261,600 |
| Total Students all programs | 36 | 42 | 48 | 52 | 58 | 64 | 70 | 76 | 67 | 73 | 79 | 85 | |
| **Additional Income** | | | | | | | | | | | | | |
| Clothing & equipment - School Academics | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 72,000 |
| Clothing & Equipment Academics | | | | | | | | | | | | | |
| ACT | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| SAT | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Academics - Other | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Total Academics | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 1,500 |
| Computer fees | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 28,800 |
| Credit Card Fee | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Haircut | 75 | 100 | 100 | 100 | 125 | 125 | 125 | 150 | 150 | 150 | 150 | 150 | 1,500 |
| Late Fees | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Psychological Testing (25% new students) | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 50,400 |
| Shipping / Postage / Fed-Ex | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 3,480 |
| Travel | | | | | | | | | | | | | |
| Break Transportation | 250 | 250 | 250 | 500 | 500 | 500 | 500 | 750 | 750 | 750 | 750 | 750 | 6,500 |
| Inside Dahlonega | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |

# Ridge Creek School Budget
## Sept. 2009 to Aug. 2010

| | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | April 2010 | May 2010 | June 2010 | July 2010 | Aug 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Outside Dahlonega | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Travel - Other | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Total Travel | 850 | 850 | 850 | 1,100 | 1,100 | 1,100 | 1,100 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 13,700 |
| Total Income | 151,140 | 179,965 | 208,765 | 230,615 | 259,440 | 288,240 | 317,040 | 346,115 | 320,915 | 349,715 | 378,516 | 407,315 | 3,437,780 |
| **Payroll** | | | | | | | | | | | | | |
| P/R - Academics | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 194,400 |
| P/R - Admissions | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| P/R - Administration | 11,350 | 11,350 | 11,350 | 11,350 | 11,350 | 11,350 | 11,350 | 11,350 | 11,350 | 11,350 | 11,350 | 11,350 | 136,200 |
| P/R - Counselors | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 81,000 |
| P/R - Operations | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 93,600 |
| P/R - Wilderness | 13,250 | 13,250 | 14,500 | 14,500 | 14,500 | 14,500 | 14,500 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 179,000 |
| P/R - Recreation | 7,250 | 7,250 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 107,000 |
| P/R - Security | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 44,400 |
| Total Payroll | 68,800 | 68,800 | 71,300 | 71,300 | 71,300 | 71,300 | 71,300 | 74,300 | 74,300 | 74,300 | 74,300 | 74,300 | 865,600 |
| **Payroll Taxes & Benefits** | | | | | | | | | | | | | |
| Payroll taxes - Unemployment | | | | | | | | | | | | | |
| Payroll taxes federal | | | | | | | | | | | | | |
| Benefits | | | | | | | | | | | | | |
| Total Taxes & Benefits @ 20% | 13,760 | 13,760 | 14,260 | 14,260 | 14,260 | 14,260 | 14,260 | 14,860 | 14,860 | 14,860 | 14,860 | 14,860 | 173,120 |
| RCS Payroll Expenses Benefits | 82,560 | 82,560 | 85,560 | 85,560 | 85,560 | 85,560 | 85,560 | 89,160 | 89,160 | 89,160 | 89,160 | 89,160 | 1,038,720 |
| **Administrative Expenses** | | | | | | | | | | | | | |
| General Liability Insurance | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| Worker's Compensation | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Total Administrative Expense | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 60,000 |
| **Academic Expense** | | | | | | | | | | | | | |
| Academic Travel & Events | 50 | 50 | 50 | 50 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 800 |
| Application fees | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Awards | 0 | 0 | 0 | 0 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 80 |
| Testing School | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 12,600 |
| Academic Expense -Supplies | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Total Academic Expense | 1,250 | 1,250 | 1,250 | 1,250 | 1,285 | 1,285 | 1,285 | 1,285 | 1,285 | 1,285 | 1,285 | 1,285 | 15,280 |
| **Admissions** | | | | | | | | | | | | | |
| Admissions - Consultant T & E | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 |
| Admissions - Staff T & E | 0 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 2,750 |
| Conference Registration Fee | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Admissions - Other | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Total Admissions | 225 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 5,460 |
| **Athletic Expense** | | | | | | | | | | | | | |
| Athletic Travel Expense | 0 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 825 |
| Officials Expense | 0 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,650 |
| Tournament Fee & Memberships | 0 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 550 |
| Total Athletic Expense | 0 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 3,025 |
| **Counseling Expense** | | | | | | | | | | | | | |
| ATOD | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Counseling Travel & Events | 0 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,650 |
| Total Counseling Expense | 100 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 2,850 |
| **Dispensary Expense** | | | | | | | | | | | | | |
| Medical | 100 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 2,850 |
| Student Care | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 360 |

# Ridge Creek School Budget
## Sept. 2009 to Aug. 2010

| | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | April 2010 | May 2010 | June 2010 | July 2010 | Aug 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Student Travel by Bobby Denny | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Student Travel General | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Dispensary Expense - Other | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 240 |
| **Total Dispensary Expense** | 225 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 4,350 |
| **Marketing Expense** | | | | | | | | | | | | | |
| Advertising and Promotion | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Goodwill / Gifts | 0 | 0 | 0 | 0 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 2,000 |
| Marketing Travel | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Meals and Entertainment | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| **Total Marketing Expense** | 2,500 | 2,500 | 2,500 | 2,500 | 2,750 | 2,750 | 2,750 | 2,750 | 2,750 | 2,750 | 2,750 | 2,750 | 32,000 |
| Miscellaneous Expense | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| **Recreation Expense** | | | | | | | | | | | | | |
| Rec Travel & Events | 100 | 200 | 200 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,200 |
| Recreation equipment | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Recreation Expense - Other | 100 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,300 |
| **Total Recreation Expense** | 250 | 450 | 450 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 6,100 |
| **Operating Expenses** | 92,210 | 93,235 | 96,235 | 96,335 | 96,620 | 96,620 | 96,620 | 100,220 | 100,220 | 100,220 | 100,220 | 100,220 | 1,168,975 |
| Rent paid to HLA | 76,995 | 89,995 | 91,995 | 92,995 | 128,765 | 128,766 | 125,765 | 124,765 | 121,766 | 122,765 | 117,765 | 117,765 | 1,336,100 |
| Management fee paid to Hidden Lake | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 313,920 |
| **Total Expenses** | 195,365 | 209,390 | 214,390 | 215,490 | 251,545 | 249,545 | 248,545 | 251,145 | 248,145 | 249,145 | 244,145 | 244,145 | 2,820,995 |
| **Net Income** | (44,225) | (29,425) | (5,625) | 15,125 | 7,895 | 38,695 | 68,495 | 94,970 | 72,770 | 100,570 | 134,370 | 163,170 | 616,785 |

**Note** The projected income from RCW and Creekside was to be $75,000 per month
Program can be activated in two days
with minimal operational cost.

9/22/2009

3

# Hidden Lake Budget
## Sept 2009 to Aug 2010

9/22/2009

| | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | April 2010 | May 2010 | June 2010 | July 2010 | Aug 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Rent Income from HLA | 10,000 | 20,000 | 20,000 | 20,000 | 53,770 | 53,770 | 53,770 | 53,770 | 53,770 | 53,770 | 48,770 | 48,770 | 490,160 |
| Management fee from RCS | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 313,920 |
| Total Income | 36,160 | 46,160 | 46,160 | 46,160 | 79,930 | 79,930 | 79,930 | 79,930 | 79,930 | 79,930 | 74,930 | 74,930 | |
| **Expenses** | | | | | | | | | | | | | |
| Hidden Lake Payroll | 21,800 | 21,800 | 21,800 | 21,800 | 21,800 | 21,800 | 21,800 | 21,800 | 21,800 | 21,800 | 21,800 | 21,800 | 261,600 |
| Hidden Lake Payroll Taxes | 4,360 | 4,360 | 4,360 | 4,360 | 4,360 | 4,360 | 4,360 | 4,360 | 4,360 | 4,360 | 4,360 | 4,360 | 52,320 |
| Total Payroll | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 26,160 | 313,920 |
| Repayment of Debt | 10,000 | 20,000 | 20,000 | 20,000 | 53,770 | 53,770 | 53,770 | 53,770 | 53,770 | 53,770 | 48,770 | 48,770 | 490,160 |
| Total Expenses | 36,160 | 46,160 | 46,160 | 46,160 | 79,930 | 79,930 | 79,930 | 79,930 | 79,930 | 79,930 | 74,930 | 74,930 | 804,080 |
| Net Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

9/22/2009

## HLA, Hidden Lake, Ridge Creek School Consolidated Budget
## Sept. 2009 to Aug 2010

| | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | Apr 2010 | May 2010 | June 2010 | July 2010 | Aug 2010 | YTD 2009/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| HLA | 76,895 | 89,895 | 91,895 | 92,895 | 128,665 | 126,665 | 125,665 | 124,665 | 121,665 | 122,665 | 117,665 | 117,665 | 1,336,900 |
| Hidden Lake | 36,160 | 46,160 | 46,160 | 46,160 | 79,930 | 79,930 | 79,930 | 79,930 | 79,930 | 79,930 | 74,930 | 74,930 | 804,080 |
| Ridge Creek | 151,140 | 179,965 | 208,765 | 230,615 | 259,440 | 288,240 | 317,040 | 346,115 | 320,915 | 349,715 | 378,515 | 407,315 | 3,437,780 |
| **Total Income** | 264,195 | 316,020 | 346,820 | 369,670 | 468,035 | 494,835 | 522,635 | 550,710 | 522,510 | 552,310 | 571,110 | 599,910 | 5,578,760 |
| **Operating Expenses** | | | | | | | | | | | | | |
| HLA | 76,895 | 89,895 | 91,895 | 92,895 | 128,665 | 126,665 | 125,665 | 124,665 | 121,665 | 122,665 | 117,665 | 117,665 | 1,336,900 |
| Hidden Lake | 36,160 | 46,160 | 46,160 | 46,160 | 79,930 | 79,930 | 79,930 | 79,930 | 79,930 | 79,930 | 74,930 | 74,930 | 804,080 |
| Ridge Creek | 195,365 | 209,390 | 214,390 | 215,490 | 251,545 | 249,545 | 248,545 | 251,145 | 248,145 | 249,145 | 244,145 | 244,145 | 2,820,995 |
| **Total Operating Expenses** | 308,420 | 345,445 | 352,445 | 354,545 | 460,140 | 456,140 | 454,140 | 455,740 | 449,740 | 451,740 | 436,740 | 436,740 | 4,961,976 |
| **Income** | (44,225) | (29,425) | (5,625) | 15,125 | 7,895 | 38,695 | 68,495 | 94,970 | 72,770 | 100,570 | 134,370 | 163,170 | 616,785 |

# CERTIFICATE OF NOTICE

```
District/off: 113E-8           User: lhd                   Page 1 of 1                  Date Rcvd: Sep 25, 2009
Case: 09-22026                 Form ID: pdf492             Total Noticed: 3

The following entities were noticed by first class mail on Sep 27, 2009.
db           +HLA, Inc.,    1950 North Park Place,    Suite 400,    Atlanta, GA 30339-2044
aty          +James H. Morawetz,    Office of U.S. Trustee,    362 Richard Russell Bldg.,    75 Spring Street, SW,
               Atlanta, GA 30303-3315
aty          +M. Denise Dotson,    M. Denise Dotson, LLC,    170 Mitchell St.,    Atlanta, GA 30303-3441

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
                  ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 27, 2009**                        **Signature:** _Joseph Speetjens_