IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| HLA, INC., ) | CASE NO. 09-22026-reb |
| ___Debtor._____ ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused to be served a true and correct copy of the Order Authorizing, Subject to Objection, Operations in Accordance with Post-Petition Budget and Scheduling Hearing to Continue Continued Operations upon the parties listed on the attached matrix via first class United States mail in a properly addressed envelope with sufficient postage affixed thereon.

This 1st day of October, 2009.

M. DENISE DOTSON, LLC
*s/ M. Denise Dotson*
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, Georgia  30309
(404) 526-8869
(404) 526-8855 Facsimile
ddotsonlaw@me.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-2<br>Case 09-22026-reb<br>Northern District of Georgia<br>Gainesville<br>Thu Oct  1 09:51:18 EDT 2009 | Branch Banking & Trust Company<br>c/o John A. Thomson, Jr.<br>271 17th Street, N.W.<br>Suite 2400<br>Atlanta, GA 30363-6215 | Georgia Department of Revenue<br>c/o Oscar B. Fears III<br>State Law Department<br>40 Capitol Square SW<br>Atlanta, GA 30334-1300 |
| HLA, Inc.<br>1950 North Park Place<br>Suite 400<br>Atlanta, GA 30339-2044 | Morris Law Firm<br>c/o Jason C. Aufdermaur, Esq.<br>1950 North Park Place<br>Suite 400<br>Atlanta, GA 30339-2044 | Office of the US Trustee<br>Suite 362<br>75 Spring Street, SW<br>Atlanta, GA 30303-3330 |
| Prime Rate Premium Finance<br>P. O. Box 100507<br>Florence, SC 29502-0507 | ~~Gainesville Division<br>Room 120 Federal Building<br>121 Spring Street,  SE<br>Gainesville, GA 30501-3749~~ | Advanced Disposal<br>Charles C. Appleby, CEO<br>7915 Baymeadows Way, Ste 300<br>Jacksonville, FL 32256-7579 |
| American Express<br>PO Box 360002<br>Fort Lauderdale, FL 33336-0002 | Amicalola Electric<br>1234 Dawsonville Highway<br>Dahlonega, GA 30533-5302 | Atlonim Business System<br>Larry Cleek, CEO<br>1013 Airport Street<br>Gainesville, GA 30501-7229 |
| (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | BB&T<br>c/o John Thomson, Jr.<br>271 17th Street, Suite 2400<br>Atlanta, GA 30363-6215 | BB&T - Visa<br>PO Box 698<br>Wilson, NC 27894-0698 |
| Bank of America<br>PO Box 15710<br>Wilmington, DE 19886-5710 | Bank of America<br>PO Box 15726<br>Wilmington, DE 19886-5726 | Berger & Montague<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 |
| ~~Branch Banking & Trust Company<br>c/o John A. Thomson, Jr.<br>Womble Carlyle Sandridge & Rice, PLLC<br>271 17th Street, N.W., Suite 2400<br>Atlanta, GA 30363-6215~~ | CIT Technology Fin Svcs<br>Ron Arrington, CEO<br>180 Cherokee St., NE<br>Marietta, GA 30060-2517 | Capitol One Visa<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Centerpoint Direct<br>Christopher Chao, Reg. Agent<br>1846 Briarwood Rd., NE<br>Atlanta, GA 30329-1606 | Chase Mastercard<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Christopher Bean<br>4791 Glen Arven Dr.<br>Clarkston, MI 48348-5019 |
| Citi Mastercard<br>PO Box 688920<br>Des Moines, IA 50368-8920 | Dell<br>CT Corporation Sys, Reg. Agent<br>1201 Peachtree St., NE<br>Atlanta, GA 30361-6301 | Discover<br>PO Box 71084<br>Charlotte, NC 28272-1084 |
| Doc Martin Construction Co.<br>c/o Chris Dockery<br>14 Carriage Court<br>Dahlonega, GA 30533-3425 | Doff Meyer<br>c/o Berger & Montague<br>1622 Locust Street<br>Philadelphia, PA 19103-6305 | Dr. & Ms. Edward Roberson<br>c/o Berger & Montague<br>1622 Locust Street<br>Philadelphia, PA 19103-6305 |

| | | |
|---|---|---|
| Eagle Master Card<br>PO Box 569200<br>Dallas, TX 75356-9200 | GMAC<br>PO Box 9001951<br>Louisville, KY 40290-1951 | General Electric Capital Corp<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids  IA 52404-8247 |
| Georgia Department of Labor<br>148 Andrew Young International Blvd.<br>Suite 826<br>Atlanta, GA 30303-1732 | Georgia Department of Labor<br>40 Capitol Square<br>Atlanta, GA 30334-1300 | Georgia Department of Revenue<br>40 Capitol Square SW<br>Atlanta, GA 30334-1300 |
| Georgia Dept. of Labor<br>Suite 910<br>148 Andrew Young Inter. Blvd., NE<br>Atlanta GA 30303-1732 | Georgia Dept. of Revenue<br>Bankruptcy Section<br>P. O. Box 161108<br>Atlanta GA 30321-1108 | Graybar<br>CT Corporation Sys., Reg. Agen<br>1201 Peachtree St., NE<br>Atlanta, GA 30361-6301 |
| Hidden Lake Academy<br>830 Hidden Lake Rd<br>Dahlonega, GA 30533-1875 | Hidden Lake Academy, Inc.<br>Leonard Buccellato<br>1950 North Park Place, Ste 400<br>Atlanta, GA 30339-2044 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| James H. North, Jr.<br>811 Crestmont Dr.<br>Concord, NC 28025-8793 | Jarrard Water Svcs<br>c/o John Jarrard<br>12 Jarrard Drive<br>Dahlonega, GA 30533-2881 | Jason Aufdermaur<br>Morris Law Firm<br>1950 North Park Place<br>Suite 400<br>Atlanta, Georgia 30339-2044 |
| Jill & Ron Ryan<br>c/o Berger & Montague<br>1622 Locust Street<br>Philadelphia, PA 19103-6305 | Jim Millman<br>c/o Jordan B. Forman, Esq.<br>Kaufman, Miller & Sivertsen, P.C.<br>8215 Roswell Road, Building 800<br>Atlanta, GA 30350-6445 | Leonard A. Buccellato<br>1950 North Park Place<br>Suite 400<br>Atlanta, GA 30339-2044 |
| Leonard Andrew Buccellato<br>2660 Peachtree Rd. 30F<br>Atlanta, GA 30305-3681 | Leonard Buccellato<br>1950 North Park Place<br>Suite 400<br>Atlanta, GA 30339-2044 | Morris Law Firm<br>c/o Thornton W. Morris<br>1950 North Park Place Ste. 400<br>Atlanta, GA 30339-2044 |
| North Georgia Credit Svcs<br>c/o Lori Bennett<br>3482 Keith Bridge Rd. #321<br>Cumming, GA 30041-5546 | North Georgia Propane<br>c/o WH Wofford<br>2490-D Hilton Drive<br>Gainesville, GA 30501-6280 | North Georgia Propane, Inc.<br>P.O. Box 1518<br>Gainesville, GA 30503-1518 |
| Purchase Power<br>D. Keith Calhoun, Reg. Agent<br>695 Pylant Street<br>Atlanta, GA 30306-3728 | Quirk & Quirk<br>6000 Lake Forrest Drive<br>Suite 325<br>Atlanta, GA 30328-3877 | Robin Brecker<br>c/o Berger & Montague<br>1622 Locust Street<br>Philadelphia, PA 19103-6305 |
| Service Master Clead<br>Marion Gervin, CEO<br>2020 Westside Court, Ste. G<br>Snellville, GA 30078-2842 | Sewell Printing Svcs., Inc<br>James A. Nygaard, Reg. Agent<br>2697 Apple Valley Rd.<br>Atlanta, GA 30319-3150 | Theresa Pines<br>c/o Berger & Montague<br>1622 Locust Street<br>Philadelphia, PA 19103-6305 |

| | | |
|---|---|---|
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 | US Security Associates, Inc.<br>Charles Schneider, CEO<br>200 Mansell Ct. E, Suite 500<br>Atlanta, GA 30326 | Wachovia Visa<br>PO Box 105204<br>Atlanta, GA 30348-5204 |
| Wachovia Visa<br>PO Box 851001<br>Dallas, TX 75285-1001 | Walter Coles<br>c/o berger & Montague<br>1622 Locust Street<br>Philadelphia, PA 19103-6305 | M. Denise Dotson<br>M. Denise Dotson, LLC<br>170 Mitchell St.<br>Atlanta, GA 30303-3441 ✗ |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T<br>Attn: Bankruptcy Section<br>PO Box 1847<br>Wilson, NC 27894 | Internal Revenue Service<br>401 W. Peachtree St., NW<br>Atlanta, GA 30308 | (d)Internal Revenue Service<br>Centralized Insolvency Operati<br>PO Box 21126<br>Philadelphia, PA 19114 |
| (d)Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia PA 19114 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ADAM Inc. | (u)Avaya Financial Services | (u)BDU |
| (u)Benergy Outsourcing Strategies | (u)Blue Cross Blue Shield of Ga | (u)Bob Barker Company, Inc. |
| (u)CPP Inc. | (u)College Board | (u)Complete Testing Solutions, LL |
| (u)Cornerstone Graduate Supply | (u)DISH Network | (u)Dahlonega Quick Lube |