# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINSVILLE DIVISION

|  |  |
|---|---|
| In re:<br><br>HLA, Inc., Debtor | )<br>)<br>) Case no. 09-22026-reb<br>)<br>) Chapter 11<br>)<br>) |

## AMENDED NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF PAPERS

TO THE CLERK OF COURT:

COMES NOW ONI A. HOLLEY & REGINA S. MOLDEN of the law firm of MOLDEN HOLLEY & THOMPSON, LLC, pursuant to Bankruptcy Rule 9010, and notifies the Court that said attorneys and law firm will be appearing as counsel for creditors Willie Locust and Lee Locust in the above-referenced bankruptcy case. Please send all future pleadings and notices in the above-captioned case and any other case(s) that may be consolidated herewith to the following address:

>Oni A. Holley, Esq.
>Regina S. Molden, Esq.
>Molden Holley & Thompson, LLC
>225 Peachtree Street, N.E.
>Suite 1900
>Atlanta, Georgia 30303
>Phone (404) 324-4500
>Fax: (404)324-4501
>Email: OHolley@moldenholley.com
>Email: RMolden@moldenholley.com

By service of this pleading, undersigned counsel requests that Debtor's counsel place this Firm and these attorneys on the mailing and distribution lists for all further pleadings filed in this action.

Respectfully submitted this 30th day of September, 2009.

MOLDEN HOLLEY & THOMPSON, LLC

Oni A. Holley, Esq.
Georgia Bar No. 362227

Regina S. Molden, Esq.
Georgia Bar No. 515454

225 Peachtree Street, N.E.
Suite 1900
Atlanta, Georgia 30303
Phone: (404) 324-4500
Fax: (404)324-4501

**COUNSEL FOR WILLIE LOCUST AND LEE LOCUST**

2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **In re:** ) | **Case No. 09-22026-reb** |
| ) | |
| **HLA, Inc.,** ) | **Chapter 11** |
| ) | |
| **Debtor.** ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 30, 2009, a true and correct copy of the within and foregoing Amended Notice of Appearance of Counsel and Request for Service of Papers was filed with the Clerk of Court and distributed via U.S. Mail, with sufficient postage affixed thereto, to the following attorneys of record:

M. Denise Dotson, Esq.
M. Denise Dotson, LLC
170 Mitchell Street, S.W.
Atlanta, Georgia 30303

James M. Morawetz, Esq.
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303

This 30th day of September, 2009.

MOLDEN HOLLEY & THOMPSON, LLC

Oni Holley, Esq.
Georgia Bar No. 362227

225 Peachtree Street, N.E.
Suite 1900
Atlanta, Georgia 30303
Phone: (404) 324-4500
Fax: (404) 324-4501