## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| HLA, INC., | ) | **CASE NO. 09-22026-reb** |
| Debtor. | ) | |

## DEBTOR'S MONTHLY OPERATING REPORTS
## FOR THE PERIOD FROM JULY 1, 2009 THROUGH JULY 31, 2009

COMES NOW the above-named Debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

This 12th day of October, 2009.

**M. DENISE DOTSON, LLC**

/s/ *M. Denise Dotson*
M. Denise Dotson
Georgia Bar No. 227230
Attorney for Debtor
170 Mitchell Street
Atlanta, Georgia 30303
(404) 526-8869

Debtor's Address
and Phone Number:

830 Hidden Lake Roadl
Dahlonega, GA 30533
(706) 864-4730

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING July1, 2009 AND ENDING July 30,2009

Name of Debtor: __HLA INC.__    Case Number __09-22026__

Date of Petition: __May 14, 2009__

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT  INNING OF PERIOD | 18,877.32 __(a) | 69,734.06 ___(b) |
| 2. RECEIPTS | | |
| A. Cash  es | | |
| Minus  Cash Refunds | (-) 6781.50 | -6781.50 |
| Net Cash Sales | | |
| B. Accounts Receivable | 112,759.14 | 276,906.72 |
| C. Other Receipts *(See MOR-3)* | 14,444.83 | -6,947.34 |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | 120,422.47 | 247,192.62 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | 139,299.79 | 316,926.68 |
| | | |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | 237.31 | 1,139.12 |
| C. Contract Labor | 25,936.08 | 43,560.83 |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | 11,704.80 | 18,318.28 |
| F. Inventory Payments  *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | 86.93 | 1,940.37 |
| J. Payroll - Net *(See Attachment 4B)* | 51,177.45 | 188,178.38 |
| K. Professional Fees (Accounting & Legal) | | 324.50 |
| L. Rent | | 80.19 |
| M. Repairs & Maintenance | | 2405.58 |
| N. Secured Creditor Payments *(See Attach. 2)* | 10,000.00 | 10,000.00 |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | 16,420.43 | 16,420.43 |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | | |
| S. Travel & Entertainment | | 83.37 |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | 3,085.99 | 9702.61 |
| V. Vehicle Expenses | 716.90 | 1839.12 |
| W. Other Operating Expenses *(See MOR-3)* | 821.68 | 19,806.94 |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 120,187.57 | 313,799.72 |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 19,112.22 (c) | 19,112.22  (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____ day of _____, 20___.

_____
(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| UPS –Cod refund | 355.72 | 355.72 |
| Marcus law firm- | 200.00 | 200.00 |
| Ridge Creek | 13,889.11 | -23488.32 |
| | | |
| | | |
| | | |
| **TOTAL OTHER RECEIPTS** | 14,444.83 | -22,932.60 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Jill Saway-horses ride | $500.00 | $3000.00 |
| Petty cash-Debit Visa Card | 321.68 | 821.68 |
| Blue Cross & Blus Shield | | 14,690.47 |
| Danny  automotive    march invoice | 0 | 1113.83 |
| Dish network      march & April | 0 | 180.96 |
| | | |
| **TOTAL OTHER DISBURSEMENTS** | 821.68 | 19,806.94 |

## NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: __HLA INC.    .__    Case Number: __09-22026__

Reporting Period beginning __July 1, 2009__    Period ending    __July 30, 2009__

ACCOUNTS RECEIVABLE AT PETITION DATE: _____    **[amt of rent owed from HLA]**

### ACCOUNTS RECEIVABLE RECONCILIATION
(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 203,709.29 _____ | (a) |
| PLUS: Current Month New Billings | 85,762.30 | |
| MINUS: Collection During the Month | $ 112,759.14 _____ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ _____ * | |
| End of Month Balance | $ 176,712.45 _____ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $ 86,128.72 | $ 9,967.83 | $ 14,014.57 | $ 66,601.33 | $176,712.45 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

MOR-4

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor:  Hidden Lake Academy, Inc.          Case Number:  09-22026

Reporting Period beginning July 1, 2009          Period ending July 30, 2009

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | See list | 44,844.90 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.** _____

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $ $71,443.52 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ $51,336.93 | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ 23,245.75 | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $ 99,534.70 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable. _____

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).  If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| BBT | 07/01 | 10,000.00 | 0 | 0 |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | 0 | (d) | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.c)The total of line (b) must equal line (c).(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

**ATTACHMENT 5**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: __HLA INC.__                    Case Number: __09-22026__

Reporting Period beginning July 1, 2009_____        Period ending ____July 31 2009___

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:      $      n/a_____
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month      $_____(a)
      PLUS: Inventory Purchased During Month      $_____
      MINUS: Inventory Used or Sold      $_____
      PLUS/MINUS: Adjustments or Write-downs      $_____*
    Inventory on Hand at End of Month      $_____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

---

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% | = _____100%* |

* Aging Percentages must equal 100%.
☐   Check here if inventory contains perishable items.

Description of Obsolete Inventory:_____

---

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: __unknown_____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____196 acres real property and certain building____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month      $__unknown_____(a)(b)
    MINUS: Depreciation Expense      $_____
    PLUS: New Purchases      $_____
    PLUS/MINUS: Adjustments or Write-downs      $_____*
Ending Monthly Balance      $_____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____
_____

(a)This number is carried forward from last month's report. For the first report only, this number will be the
    balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:   HLA INC                            Case Number:    09-22026

Reporting Period beginning   July 1, 2009            Period ending   July 31, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:   United Community Bank        BRANCH:   Dahlonega

ACCOUNT NAME:   HLA Operating          ACCOUNT NUMBER:  2004158578

PURPOSE OF ACCOUNT:        OPERATING

| | |
|---|---|
| Ending Balance per Bank Statement | $  23,157.34 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $   11,476.97          * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $   11,680.37          **(a) |

*Debit cards are used by  none; reloadable visa card used by affiliate HLA to purchase office supplies

**If Closing Balance is negative, provide explanation:_____
_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$    5000.00      Transferred to Payroll Account (used for payroll paid from operating)
$    1450.00      Transferred to Tax Account

** Former employee of Debtor opened operating account for affiliate HLA, Inc. and incorrectly put Debtor's name on the account. Thus, operating transactions appear in Debtor's account rather than in an HLA account. Until 5/29/09 one account was used for HLA operating and Debtor's payroll. This situation ahs been corrected and Hidden Lake has opened 3 DIP accounts one each for operating, payroll and tax.

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: __HLA INC_____    Case Number: __09-22026____

Reporting Period beginning ___July 1, 2009____    Period ending ___July 31, 2009___

NAME OF BANK: _Appalachian__Community__    BRANCH: _Dahlonega_____

ACCOUNT NAME: _Hidden Lake Academy_____

ACCOUNT NUMBER: __1400002703_____

PURPOSE OF ACCOUNT: _____OPERATING **_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
| TOTAL |             |       |         | $      |

** Former employee of Debtor opened operating account for affiliate HLA, Inc. and incorrectly put Debtor's name
on the account. Thus, operating transactions appear in Debtor's account rather than in an HLA account. Until
5/29/09 one account was used for HLA operating and Debtor's payroll. This situation ahs been corrected and
Hidden Lake has opened 3 DIP accounts one each for operating, payroll and tax.

## ATTACHMENT 4B

### MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:  HLA INC                      Case Number:  09-22026

Reporting Period beginning  July 1, 2009          Period ending  July 31, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:  United community Bank      BRANCH:  Dahlonega

ACCOUNT NAME:  HLA PAYROLL          ACCOUNT NUMBER:  2004158560
PURPOSE OF ACCOUNT:       PAYROLL

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 10,705.07 |
| Plus Total Amount of Outstanding Deposits | $ | 11115.00 |
| Minus Total Amount of Outstanding Checks and other debits | $ | -21,747.79 * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 72.28 **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| 07/08 | 99.12 | Payco | Payroll | |
| 07/10 | 73.74 | Payco | Payroll | |
| 07/24 | 140.78 | Payco. | Payroll | |
| 07/25 | 113.42 | Payco | Payroll | |
| I 07/01 | 177.87 | Magistrate Court Lumpkin County | | |
| 07/17 | 171.99 | Magistrate Court Lumpkin County | | |
| 07/14 | 402.03 | Magistrate Court Lumpkin County | | |
| 07/29 | 407.03 | Magistrate Court Lumpkin County | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor:  HLA INC                              Case Number:  09-22026

Reporting Period beginning  July 1, 2009              Period ending   July 31, 2009

NAME OF BANK:  United Community Bank  BRANCH:  Dahlonega

ACCOUNT NAME:  HLA Payroll

ACCOUNT NUMBER:   2004158560

PURPOSE OF ACCOUNT:  _____PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

**TOTAL**                                                                     $\underline{\hspace{3cm}}$

## ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor:  HLA INC                              Case Number:  09-22026
Reporting Period beginning  July 1, 2009              Period ending  July 31, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A
standard bank reconciliation form can be found on the United States Trustee website,
http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:  United Community Bank     BRANCH:  Dahlonega

ACCOUNT NAME:  HLA Payroll Tax          ACCOUNT NUMBER:    2004158511

PURPOSE OF ACCOUNT:       TAX

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 7359.57 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Oustanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 7359.57  **(a) |

*Debit cards must not be issued on this account.

**If Closing Balance is negative, provide explanation:_____
_____

The following disbursements were paid by Cash:  (☐  Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor:  HLA Inc.                                    Case Number:  09-22026

Reporting Period beginning  July 1, 2009                Period ending  July 31, 2009

NAME OF BANK:  United community Bank        BRANCH:  Dahlonega

ACCOUNT NAME:  HLA  Payroll Ta              ACCOUNT #  2004158511

PURPOSE OF ACCOUNT:        TAX

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer-generated check register can be attached to this report, provided all the
information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 07/24 | EFT | IRS | | 1586.50 |
| 07/24 | EFT | IRS | | 1605.38 |
| 07/24 | EFT | IRS | | 1806.81 |
| 07/24 | EFT | IRS | | 5401.23 |
| 07/24 | EFT | IRS | | 6020.51 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                        16,420.43
                                                                      (d)

### SUMMARY OF TAXES PAID

Payroll Taxes Paid                                                      16420.43
                                                                (a)

Sales & Use Taxes Paid                                          _____ (b)
Other Taxes Paid                                                _____ (c)
TOTAL                                                          _____ (d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
    (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

# INVESTMENT ACCOUNTS AND PETTY CASH REPORT

## INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable    n/a

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                                _____(a)

## PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | **(Column 2)** Maximum Amount of Cash in Drawer/Acct. | **(Column 3)** Amount of Petty Cash On Hand At End of Month | **(Column 4)** Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| __N/A__ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                                      $_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $_____
(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

### MONTHLY TAX REPORT

Name of Debtor:   HLA Inc.                          Case Number:   09-22026

Reporting Period beginning   July 1, 2009             Period ending   July 31, 2009

## TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| IRS | 5/21/09 | Fica & Wth Tax | $8,932.98 | | 2nd qt. |
| IRS | 5/29 | Fica & Wth Taxes | $1965.74 | | 2nd Qt. |
| IRS | 06/03 | Fica & Wth Taxes | $8,307.82 | | 2nd qt. |
| Dept. of Rev.GA | 5/15 | taxes | $6,213.85 | | 2nd qt |
| Dept of Rev Ga | 06/15 | taxes | $2797.11 | | 3rd |
| IRS | 07/02 | Fica & Wth tax | $1605.38 | | 3rd |
| IRS | 07/15 | Fica & Wth tax | $5259.37 | | 3rd |
| IRS | 07/17 | Fica & Wth tax | $1664.80 | | 3rd |
| IRS | 07/31 | Fica & Wth tax | $6493.19 | | 3rd |

TOTAL                                    $  43,240.24

## ATTACHMENT 7

### SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor:  HLA Inc.                          .            Case Number:   09-22026

Reporting Period beginning   July 1, 2009              Period ending    July 31,2009

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 25 | 2 |
| Number hired during the period | 0 | 1 |
| Number terminated or resigned during period | 6 | |
| Number of employees on payroll at end of period | 19 | 3 |

One full time employee went part time.

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| BBT | | | | | |
| | | | | | |
| | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐  Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before_____.

```
UNITED COMMUNITY BANK  [04]        000 00004 01                    PAGE:    1
P O BOX 1060                       ACCOUNT:          2004158578   07/31/2009
DAHLONEGA GA 30533                 DOCUMENTS:                31
```

TELEPHONE:706-864-8223





```
HLA INC
DEBTOR IN POSSESSION
CASE NUMBER 09-22026-REB
OPERATING ACCOUNT                                                    30
830 HIDDEN LAKE RD                                                    9
DAHLONEGA GA  30533                                                  22
```

Bank from home or anywhere you have Internet access at UCBI.com.
Online Banking and bill pay is free, convenient, secure and easy.
Bill pay and internal transfers made by 5:00 pm are now posted
the same business day.
Save Time, Save Trees, with SECURE Electronic Statements...ucbi.com

## UNITED BUSINESS VALU ACCOUNT ████████8578

```
                              LAST STATEMENT 06/30/09      16,201.98
MINIMUM BALANCE        376.39      14 CREDITS              87,770.94
AVG AVAILABLE BALANCE  11,909.93   47 DEBITS               80,815.58
AVERAGE BALANCE        13,475.13 THIS STATEMENT 07/31/09   23,157.34
```

- - - - - - - - - DEPOSITS - - - - - - - - - -

| REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT |
|---|---|---|
| 07/14    6,920.00 | 07/22       71.68 | 07/28    9,730.00 |
| 07/16   26,970.00 | 07/23   11,465.00 | 07/31      526.26 |
| 07/21      384.22 | 07/28    2,138.78 | |

- - - - - - - OTHER CREDITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| WIRE/IN-200918301181;ORG CROW HOLDINGS , L.L.C;OBI INVOICE | 07/02 | 6,200.00 |
| 39918 MARK MARTIN2587 | | |
| BUSINESS ONLINE XFER FROM 2004202871 ON 7/14/09 | 07/14 | 3,500.00 |
| BUSINESS ONLINE XFER FROM 2004202871 ON 7/14/09 | 07/14 | 6,000.00 |
| BUSINESS ONLINE XFER FROM 2004202871 ON 7/22/09 | 07/22 | 7,000.00 |
| DEPOSIT ADJUSTMENT | 07/28 | 45.00 |
| WIRE/IN-200921201799;ORG GARY S HOLMES TTE MARY HOLMES TTE | 07/31 | 6,820.00 |
| G;OBI AUGUST TUITION | | |

* * * C O N T I N U E D * * *

```
UNITED COMMUNITY BANK   [04]       000 00004 01            PAGE:     3
P O BOX 1060                       ACCOUNT:      2004158578 07/31/2009
DAHLONEGA GA 30533                 DOCUMENTS:           31
```

TELEPHONE:706-864-8223

```
HLA INC
DEBTOR IN POSSESSION
CASE NUMBER 09-22026-REB
OPERATING ACCOUNT
```

UNITED BUSINESS VALU ACCOUNT ▮▮▮▮8578

- - - - - - - - - OTHER DEBITS - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| WIRE/OUT-200920800539;BNF SOUTHERN FOODSERVICE MANAGEMENT INC | 07/27 | 4,133.00 |
| WIRE FEE-200921201799;INCOMING WIRE FEE - 004 | 07/31 | 10.00 |
| BUSINESS ONLINE XFER TO 2004158560 ON 7/31/09 | 07/31 | 2,000.00 |

- - - - - - - - DAILY BALANCE - - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 07/01 | 13,112.53 | 07/14 | 16,796.39 | 07/23 | 22,948.02 |
| 07/02 | 15,193.53 | 07/15 | 7,896.39 | 07/24 | 18,929.59 |
| 07/03 | 5,007.91 | 07/16 | 27,516.39 | 07/27 | 7,709.14 |
| 07/06 | 4,660.57 | 07/17 | 23,443.39 | 07/28 | 19,622.92 |
| 07/08 | 4,323.67 | 07/21 | 21,797.61 | 07/29 | 19,217.83 |
| 07/10 | 376.39 | 07/22 | 18,483.02 | 07/31 | 23,157.34 |





HLA INC 2004158578 Page 5



07/29/2009    CHECK# 0    $70.00



07/08/2009    CHECK# 1015    $28.89



07/08/2009    CHECK# 1001    $23.33



07/02/2009    CHECK# 1016    $500.00



07/03/2009    CHECK# 1010    $169.85



07/22/2009    CHECK# 1017    $38.51



07/08/2009    CHECK# 1011    $34.68



07/10/2009    CHECK# 1018    $22.28



07/01/2009    CHECK# 1012    $3,084.50



07/22/2009    CHECK# 1019    $6,751.08



07/03/2009    CHECK# 1014    $3,151.91



07/24/2009    CHECK# 1020    $320.00

3:29 PM

08/13/09

# HLA, Inc.
## Reconciliation Summary
### UCB DIP HLA INC, Period Ending 07/31/2009

|  | Jul 31, 09 |
|---|---|
| **Beginning Balance** | 16,201.98 |
| **Cleared Transactions** | |
| **Checks and Payments - 45 items** | -73,815.58 |
| **Deposits and Credits - 17 items** | 80,770.94 |
| **Total Cleared Transactions** | 6,955.36 |
| **Cleared Balance** | 23,157.34 |
| **Uncleared Transactions** | |
| **Checks and Payments - 9 items** | -11,476.97 |
| **Total Uncleared Transactions** | -11,476.97 |
| **Register Balance as of 07/31/2009** | 11,680.37 |
| **New Transactions** | |
| **Checks and Payments - 24 items** | -66,651.83 |
| **Deposits and Credits - 12 items** | 78,134.96 |
| **Total New Transactions** | 11,483.13 |
| **Ending Balance** | 23,163.50 |

3:29 PM
08/13/09

# HLA, Inc.
## Reconciliation Detail
### UCB DIP HLA INC, Period Ending 07/31/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 16,201.98 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 45 Items** | | | | | | |
| Check | 6/19/2009 | | Peach State Fire, Inc. | X | -347.34 | -347.34 |
| Check | 6/25/2009 | 1010 | Magistrate Court Lu... | X | -169.85 | -517.19 |
| Check | 6/26/2009 | 1012 | Servicemaster Clean | X | -3,084.50 | -3,601.69 |
| Bill Pmt -Check | 6/30/2009 | 1014 | Windstream 4730 | X | -3,151.91 | -6,753.60 |
| Check | 7/1/2009 | | | X | -4.95 | -6,758.55 |
| Check | 7/2/2009 | wire | Southern Foodservi... | X | -3,589.00 | -10,347.55 |
| Check | 7/2/2009 | 1015 | Jill Saway | X | -500.00 | -10,847.55 |
| Check | 7/2/2009 | | Bank fee | X | -20.00 | -10,867.55 |
| Check | 7/2/2009 | | wire fee | X | -10.00 | -10,877.55 |
| Check | 7/3/2009 | charg.. | Aaronson, Alex | X | -6,781.50 | -17,659.05 |
| Check | 7/3/2009 | | Merchant Services | X | -82.36 | -17,741.41 |
| Check | 7/8/2009 | | HLA, Inc | X | -250.00 | -17,991.41 |
| Check | 7/8/2009 | 1017 | UPS Store | X | -38.51 | -18,029.92 |
| Check | 7/8/2009 | 1011 | UPS Store | X | -34.68 | -18,064.60 |
| Check | 7/8/2009 | | UPS | X | -28.89 | -18,093.49 |
| Check | 7/8/2009 | | UPS Store | X | -23.33 | -18,116.82 |
| Check | 7/10/2009 | wire | Southern Foodservi... | X | -3,885.00 | -22,001.82 |
| Check | 7/10/2009 | 1018 | UPS Store | X | -22.28 | -22,024.10 |
| Check | 7/10/2009 | | Bank fee | X | -20.00 | -22,044.10 |
| Check | 7/10/2009 | | Bank fee | X | -20.00 | -22,064.10 |
| Check | 7/15/2009 | wire | HLA, Inc | X | -4,000.00 | -26,064.10 |
| Check | 7/15/2009 | wire | HLA, Inc | X | -2,800.00 | -28,864.10 |
| Check | 7/15/2009 | wire | Hidden Lake Acade... | X | -2,100.00 | -30,964.10 |
| Check | 7/16/2009 | wire | HLA, Inc | X | -5,900.00 | -36,864.10 |
| Deposit | 7/16/2009 | Wire | HLA, Inc | X | -1,450.00 | -38,314.10 |
| Bill Pmt -Check | 7/17/2009 | 1019 | U. S. Security Asso... | X | -6,751.08 | -45,065.18 |
| Check | 7/17/2009 | | Southern Foodservi... | X | -4,053.00 | -49,118.18 |
| Bill Pmt -Check | 7/17/2009 | 1022 | Servicemaster Clean | X | -3,525.00 | -52,643.18 |
| Bill Pmt -Check | 7/17/2009 | 1021 | Verizon - Staff 5 lines | X | -430.90 | -53,074.08 |
| Bill Pmt -Check | 7/17/2009 | 1020 | Go Pmt at Five, L... | X | -320.00 | -53,394.08 |
| Check | 7/17/2009 | | Bank fee | X | -20.00 | -53,414.08 |
| Check | 7/20/2009 | 1025 | Aflac | X | -3,240.60 | -56,654.68 |
| Check | 7/21/2009 | wire | Centerpoint Direct, ... | X | -2,000.00 | -58,654.68 |
| Check | 7/21/2009 | 1026 | North Georgia Prop... | X | -335.09 | -58,989.77 |
| Check | 7/21/2009 | | Bank fee | X | -20.00 | -59,009.77 |
| Check | 7/21/2009 | | Merchant Lynx | X | -10.00 | -59,019.77 |
| Check | 7/22/2009 | | HLA, Inc | X | -71.68 | -59,091.45 |
| Check | 7/23/2009 | 1029 | ACE USA | X | -7,067.45 | -66,158.90 |
| Check | 7/24/2009 | 1027 | Walmart | X | -26.93 | -66,185.83 |
| Check | 7/27/2009 | wire | Southern Foodservi... | X | -4,133.00 | -70,318.83 |
| Check | 7/27/2009 | | wire fee | X | -20.00 | -70,338.83 |
| Check | 7/29/2009 | 1033 | Montgomery Insura... | X | -1,396.75 | -71,735.58 |
| Check | 7/29/2009 | | HLA, Inc | X | -70.00 | -71,805.58 |
| Check | 7/31/2009 | WIRE | HLA, Inc | X | -2,000.00 | -73,805.58 |
| Check | 7/31/2009 | | wire fee | X | -10.00 | -73,815.58 |
| **Total Checks and Payments** | | | | | -73,815.58 | -73,815.58 |
| **Deposits and Credits - 17 Items** | | | | | | |
| Check | 6/22/2009 | | Harland Business c... | X | 0.00 | 0.00 |
| Check | 6/29/2009 | | Cash | X | 0.00 | 0.00 |
| Transfer | 6/30/2009 | | | X | 0.00 | 0.00 |
| Deposit | 7/10/2009 | | | X | 6,200.00 | 6,200.00 |
| Deposit | 7/14/2009 | | | X | 3,500.00 | 9,700.00 |
| Deposit | 7/14/2009 | | | X | 6,000.00 | 15,700.00 |
| Check | 7/15/2009 | wire | HLA, Inc | X | 0.00 | 15,700.00 |
| Check | 7/16/2009 | Wire | HLA, Inc | X | 0.00 | 15,700.00 |
| Deposit | 7/16/2009 | | | X | 26,970.00 | 42,670.00 |
| Deposit | 7/21/2009 | | | X | 384.22 | 43,054.22 |
| Deposit | 7/22/2009 | | | X | 71.68 | 43,125.90 |
| Deposit | 7/24/2009 | | | X | 6,920.00 | 50,045.90 |
| Deposit | 7/24/2009 | | | X | 11,465.00 | 61,510.90 |
| Deposit | 7/28/2009 | | | X | 2,183.78 | 63,694.68 |
| Deposit | 7/30/2009 | | | X | 526.26 | 64,220.94 |
| Deposit | 7/30/2009 | | | X | 9,730.00 | 73,950.94 |
| Deposit | 7/31/2009 | | | X | 6,820.00 | 80,770.94 |

3:29 PM

08/13/09

# HLA, Inc.
## Reconciliation Detail
### UCB DIP HLA INC, Period Ending 07/31/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Total Deposits and Credits** | | | | | 80,770.94 | 80,770.94 |
| **Total Cleared Transactions** | | | | | 6,955.36 | 6,955.36 |
| **Cleared Balance** | | | | | 6,955.36 | 23,157.34 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 9 items** | | | | | | |
| Check | 6/29/2009 | | | | -500.00 | -500.00 |
| Check | 7/17/2009 | 1024 | UPS Store | | -46.63 | -546.63 |
| Check | 7/21/2009 | 1028 | UPS Store | | -21.06 | -567.69 |
| Check | 7/28/2009 | 1031 | UPS Store | | -110.58 | -678.27 |
| Check | 7/29/2009 | 1032 | BB&T | | -10,000.00 | -10,678.27 |
| Check | 7/30/2009 | 1035 | Harrison Oil Compa... | | -716.70 | -11,394.97 |
| Check | 7/30/2009 | 1036 | US Postmaster | | -22.00 | -11,416.97 |
| Check | 7/31/2009 | 1034 | Lumpkin County Pl... | | -50.00 | -11,466.97 |
| Check | 7/31/2009 | 1037 | Walmart | | -10.00 | -11,476.97 |
| **Total Checks and Payments** | | | | | -11,476.97 | -11,476.97 |
| **Total Uncleared Transactions** | | | | | -11,476.97 | -11,476.97 |
| **Register Balance as of 07/31/2009** | | | | | -4,521.61 | 11,680.37 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 24 items** | | | | | | |
| Bill Pmt -Check | 8/4/2009 | 1038 | Windstream 4730 | | -3,087.80 | -3,087.80 |
| Check | 8/4/2009 | 1040 | Jill Saway | | -500.00 | -3,587.80 |
| Bill Pmt -Check | 8/4/2009 | 1039 | Windstream 5907 | | -143.87 | -3,731.67 |
| Check | 8/5/2009 | 1046 | Prime Rate Premiu... | | -4,666.78 | -8,398.45 |
| Bill Pmt -Check | 8/5/2009 | 1043 | Jarrard Water Servi... | | -1,500.00 | -9,898.45 |
| Check | 8/5/2009 | 1045 | UPS Store | | -19.32 | -9,917.77 |
| Bill Pmt -Check | 8/6/2009 | 1048 | Amicalola Electric | | -5,260.67 | -15,178.44 |
| Bill Pmt -Check | 8/6/2009 | 1042 | Amicalola Electric | | -3,877.71 | -19,056.15 |
| Check | 8/7/2009 | 1054 | BB&T | | -10,000.00 | -29,056.15 |
| Check | 8/7/2009 | 1058 | BB&T Pruden Insur... | | -5,000.00 | -34,056.15 |
| Check | 8/7/2009 | 1059 | BB&T Pruden Insur... | | -5,000.00 | -39,056.15 |
| Check | 8/7/2009 | 1060 | BB&T Pruden Insur... | | -4,560.00 | -43,616.15 |
| Check | 8/7/2009 | 1061 | UPS Store | | -18.31 | -43,634.46 |
| Check | 8/10/2009 | | Southern Foodservi.. | | -1,400.00 | -45,034.46 |
| Check | 8/10/2009 | | Bank fee | | -20.00 | -45,054.46 |
| Check | 8/11/2009 | wire | Hidden Lake Acade... | | -10,000.00 | -55,054.46 |
| Check | 8/11/2009 | wire | Southern Foodservi.. | | -2,463.00 | -57,517.46 |
| Check | 8/11/2009 | 1030 | UPS Store | | -23.83 | -57,541.29 |
| Check | 8/11/2009 | | Bank fee | | -20.00 | -57,561.29 |
| Check | 8/12/2009 | 1064 | Amicalola Electric | | -1,821.31 | -59,382.60 |
| Check | 8/12/2009 | 1063 | Cash | | -50.00 | -59,432.60 |
| Check | 8/12/2009 | 1062 | Walmart | | -19.23 | -59,451.83 |
| Check | 8/13/2009 | 1065 | Ridge Creek, Inc. | | -3,600.00 | -63,051.83 |
| Check | 8/13/2009 | | Ridge Creek, Inc. | | -3,600.00 | -66,651.83 |
| **Total Checks and Payments** | | | | | -66,651.83 | -66,651.83 |
| **Deposits and Credits - 12 items** | | | | | | |
| Deposit | 8/4/2009 | | | | 6,820.00 | 6,820.00 |
| Deposit | 8/4/2009 | | | | 6,990.00 | 13,810.00 |
| Deposit | 8/4/2009 | | | | 11,620.00 | 25,430.00 |
| Deposit | 8/4/2009 | | | | 14,836.00 | 40,266.00 |
| Check | 8/7/2009 | 1055 | Prime Rate Premiu... | | 0.00 | 40,266.00 |
| Deposit | 8/10/2009 | | | | 6,835.12 | 47,101.12 |
| Deposit | 8/11/2009 | | | | 3,850.00 | 50,951.12 |
| Deposit | 8/11/2009 | | | | 18,383.84 | 69,334.96 |
| Transfer | 8/12/2009 | | | | 1,400.00 | 70,734.96 |
| Deposit | 8/13/2009 | | | | 200.00 | 70,934.96 |
| Deposit | 8/13/2009 | | | | 3,600.00 | 74,534.96 |
| Deposit | 8/13/2009 | | | | 3,600.00 | 78,134.96 |
| **Total Deposits and Credits** | | | | | 78,134.96 | 78,134.96 |
| **Total New Transactions** | | | | | 11,483.13 | 11,483.13 |

**Page 2**

3:29 PM

08/13/09

# HLA, Inc.
## Reconciliation Detail
### UCB DIP HLA INC, Period Ending 07/31/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Ending Balance | | | | | 6,961.52 | 23,163.50 |

```
         UNITED COMMUNITY BANK  [04]        000 00004 01              PAGE:   1
         P O BOX 1060                       ACCOUNT:        2004158560  07/31/2009
         DAHLONEGA GA 30533                 DOCUMENTS:              64


         TELEPHONE:706-864-8223
```





```
              HLA INC
              DEBTOR IN POSSESSION
              CASE NUMBER 09-22026-REB
              PAYROLL ACCOUNT                                          30
              830 HIDDEN LAKE RD                                        4
              DAHLONEGA GA  30533                                      60
```

```
              Bank from home or anywhere you have Internet access at UCBI.com.
              Online Banking and bill pay is free, convenient, secure and easy.
              Bill pay and internal transfers made by 5:00 pm are now posted
              the same business day.
              Save Time, Save Trees, with SECURE Electronic Statements...ucbi.com
```

```
                    UNITED BUSINESS VALU ACCOUNT      8560
```

```
                                     LAST STATEMENT 06/30/09     24,406.12
    MINIMUM BALANCE              127.06        6 CREDITS         37,799.82
    AVG AVAILABLE BALANCE     13,215.99       65 DEBITS         51,500.87
    AVERAGE BALANCE           14,180.50  THIS STATEMENT 07/31/09  10,705.07
```

```
              - - - - - - - - - - DEPOSITS - - - - - - - - - -
    REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
           07/01   5,867.35          07/08   2,121.47
           07/02  13,161.00          07/31   8,750.00
```

```
         - - - - - - - - - OTHER CREDITS - - - - - - - - -
    DESCRIPTION                                        DATE        AMOUNT
    BUSINESS ONLINE XFER FROM 2004158578 ON 7/16/09    07/16      5,900.00
    BUSINESS ONLINE XFER FROM 2004158578 ON 7/31/09    07/31      2,000.00
```

```
              - - - - - - - - - - CHECKS - - - - - - - - - -
    CHECK #..DATE.....AMOUNT  CHECK #..DATE.....AMOUNT  CHECK #..DATE.....AMOUNT
           *07/14    402.03  40030 07/07    867.19  40039 07/01  1,103.36
           *07/29    407.03  40031 07/06    863.99  40040 07/01  1,012.24
        40*07/16    913.56  40032 07/01  1,233.06  40041 07/01    926.69
        40*07/16  1,076.33  40033 07/03    803.32  40042 07/01  1,115.50
        1001*07/22    340.20  40034 07/01  1,142.25  40043 07/06    395.82
    40026 07/01    627.31  40035 07/01    783.29  40044 07/03    986.11
    40027 07/07    365.28  40036 07/01    856.24  40045 07/06    853.36
    40028 07/02    864.88  40037 07/08  1,098.13  40046*07/06    234.00
    40029 07/01    913.57  40038 07/07    778.00  40048 07/08    340.20
                        * * *  C O N T I N U E D  * * *
```



| | |
|---|---|
| 07/01/2009  $5,867.35 | 07/16/2009  CHECK# 40  $913.56 |
| 07/02/2009  $13,161.00 | 07/16/2009  CHECK# 40  $1,076.33 |
| 07/08/2009  $2,121.47 | 07/16/2009  CHECK# 40  $1,193.76 |
| 07/31/2009  $8,750.00 | 07/22/2009  CHECK# 1001  $340.20 |
| 07/14/2009  CHECK# 0  $402.03 | 07/01/2009  CHECK# 40026  $627.31 |
| 07/29/2009  CHECK# 0  $407.03 | 07/07/2009  CHECK# 40027  $365.28 |

HLA INC 2004158560 Page 5



07/01/2009   CHECK# 40040   $1,012.24

07/06/2009   CHECK# 40046   $234.00

07/01/2009   CHECK# 40041   $926.69

07/08/2009   CHECK# 40048   $340.20

07/01/2009   CHECK# 40042   $1,115.50

07/17/2009   CHECK# 40049   $575.10

07/06/2009   CHECK# 40043   $395.82

07/29/2009   CHECK# 40050   $373.11

07/03/2009   CHECK# 40044   $986.11

07/17/2009   CHECK# 40051   $1,252.27

07/06/2009   CHECK# 40045   $853.36

07/21/2009   CHECK# 40053   $1,045.56

HLA INC 2004158560 Page 7



07/06/2009   CHECK# 50012   $669.94

07/02/2009   CHECK# 50018   $1,170.99

07/03/2009   CHECK# 50013   $681.26

07/24/2009   CHECK# 50019   $177.87

07/06/2009   CHECK# 50014   $533.62

07/21/2009   CHECK# 50020   $753.59

07/03/2009   CHECK# 50015   $811.56

07/20/2009   CHECK# 50021   $698.83

07/03/2009   CHECK# 50016   $574.40

07/21/2009   CHECK# 50022   $515.96

07/07/2009   CHECK# 50017   $913.42

07/20/2009   CHECK# 50023   $829.56

10:05 AM

08/14/09

# HLA, Inc.
## Reconciliation Summary
### UCB HLA DIP INC PAYROLL, Period Ending 07/31/2009

|  | Jul 31, 09 |
|---|---|
| **Beginning Balance** | 24,406.12 |
| **Cleared Transactions** |  |
| Checks and Payments - 65 items | -51,500.87 |
| Deposits and Credits - 12 items | 37,799.82 |
| **Total Cleared Transactions** | -13,701.05 |
| **Cleared Balance** | 10,705.07 |
| **Uncleared Transactions** |  |
| Checks and Payments - 27 items | -21,747.79 |
| Deposits and Credits - 2 items | 11,115.00 |
| **Total Uncleared Transactions** | -10,632.79 |
| **Register Balance as of 07/31/2009** | 72.28 |
| **New Transactions** |  |
| Checks and Payments - 1 item | -194.61 |
| **Total New Transactions** | -194.61 |
| **Ending Balance** | -122.33 |





10:05 AM
08/14/09

# HLA, Inc.
## Reconciliation Detail
### UCB HLA DIP INC PAYROLL, Period Ending 07/31/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| | Total Checks and Payments | | | | -51,500.87 | -51,500.87 |
| | **Deposits and Credits - 12 Items** | | | | | |
| Check | 6/30/2009 | 40047 | Child Support Enfor... | X | | 0.00 |
| Deposit | 7/1/2009 | | | X | 200.00 | 200.00 |
| Deposit | 7/1/2009 | | | X | 234.25 | 434.25 |
| Deposit | 7/7/2009 | | | X | 318.10 | 752.35 |
| Deposit | 7/7/2009 | | | X | 5,115.00 | 5,867.35 |
| Deposit | 7/7/2009 | | | X | 13,161.00 | 19,028.35 |
| Deposit | 7/8/2009 | | | X | 30.00 | 19,058.35 |
| Deposit | 7/8/2009 | | | X | 61.47 | 19,119.82 |
| Check | 7/16/2009 | wire | HLA, Inc | X | 5,900.00 | 25,019.82 |
| Deposit | 7/24/2009 | | | X | 2,030.00 | 27,049.82 |
| Check | 7/31/2009 | WIRE | HLA, Inc | X | 2,000.00 | 29,049.82 |
| Transfer | 7/31/2009 | | | X | 8,750.00 | 37,799.82 |
| | Total Deposits and Credits | | | | 37,799.82 | 37,799.82 |
| | Total Cleared Transactions | | | | -13,701.05 | -13,701.05 |
| Cleared Balance | | | | | -13,701.05 | 10,705.07 |
| | **Uncleared Transactions** | | | | | |
| | **Checks and Payments - 27 Items** | | | | | |
| Check | 6/30/2009 | 50035 | Magistrate Court Lu... | | -167.17 | -167.17 |
| Check | 7/29/2009 | 1003 | C... | | -90.00 | -257.17 |
| Check | 7/31/2009 | 40074 | | | -1,233.05 | -1,490.22 |
| Check | 7/31/2009 | 40082 | | | -1,193.75 | -2,683.97 |
| Check | 7/31/2009 | 40080 | | | -1,147.84 | -3,831.81 |
| Check | 7/31/2009 | 50034 | | | -1,139.59 | -4,971.40 |
| Check | 7/31/2009 | 40079 | | | -1,103.36 | -6,074.76 |
| Check | 7/31/2009 | 40077 | | | -1,098.13 | -7,172.89 |
| Check | 7/31/2009 | 40081 | | | -1,076.32 | -8,249.21 |
| Check | 7/31/2009 | 40084 | | | -986.11 | -9,235.32 |
| Check | 7/31/2009 | 50033 | | | -962.12 | -10,197.44 |
| Check | 7/31/2009 | 40072 | | | -956.38 | -11,153.82 |
| Check | 7/31/2009 | 40071 | | | -913.58 | -12,067.40 |
| Check | 7/31/2009 | 40070 | | | -912.07 | -12,979.47 |
| Check | 7/31/2009 | 40075 | | | -871.48 | -13,850.95 |
| Check | 7/31/2009 | 40073 | | | -863.99 | -14,714.94 |
| Check | 7/31/2009 | 40076 | | | -856.25 | -15,571.19 |
| Check | 7/31/2009 | 40085 | | | -853.36 | -16,424.55 |
| Check | 7/31/2009 | 50031 | | | -829.56 | -17,254.11 |
| Check | 7/31/2009 | 40078 | | | -778.00 | -18,032.11 |
| Check | 7/31/2009 | 50029 | | | -698.84 | -18,730.95 |
| Check | 7/31/2009 | 50082 | | | -623.56 | -19,354.51 |
| Check | 7/31/2009 | 40088 | | | -575.09 | -19,929.60 |
| Check | 7/31/2009 | 50032 | | | -547.74 | -20,477.34 |
| Check | 7/31/2009 | 50030 | | | -501.51 | -20,978.85 |
| Check | 7/31/2009 | 40083 | | | -395.83 | -21,374.68 |
| Check | 7/31/2009 | 40069 | James Baker | | -373.11 | -21,747.79 |
| | Total Checks and Payments | | | | -21,747.79 | -21,747.79 |
| | **Deposits and Credits - 2 Items** | | | | | |
| Deposit | 6/19/2009 | | | | 5,115.00 | 5,115.00 |
| Deposit | 6/19/2009 | | | | 6,000.00 | 11,115.00 |
| | Total Deposits and Credits | | | | 11,115.00 | 11,115.00 |
| | Total Uncleared Transactions | | | | -10,632.79 | -10,632.79 |
| Register Balance as of 07/31/2009 | | | | | -24,333.84 | 72.28 |
| | **New Transactions** | | | | | |
| | **Checks and Payments - 1 Item** | | | | | |
| Check | 8/14/2009 | 1005 | Foy Tootle | | -194.61 | -194.61 |
| | Total Checks and Payments | | | | -194.61 | -194.61 |
| | Total New Transactions | | | | -194.61 | -194.61 |



10:05 AM

08/14/09

# HLA, Inc.
## Reconciliation Detail
### UCB HLA DIP INC PAYROLL, Period Ending 07/31/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Ending Balance | | | | | -24,528.45 | -122.33 |

```
          UNITED COMMUNITY BANK  [04]      000 00004 01                  PAGE:     1
          P O BOX 1060                     ACCOUNT:       2004158511    07/31/2009
          DAHLONEGA GA 30533               DOCUMENTS:              1
```

TELEPHONE:706-864-8223





```
          HLA INC
          DEBTOR IN POSSESSION
          CASE NUMBER 09-22026-REB
          PAYROLL TAX FUNDS                                    30
          830 HIDDEN LAKE RD                                    1
          DAHLONEGA GA  30533                                   0
```

Bank from home or anywhere you have Internet access at UCBI.com.
Online Banking and bill pay is free, convenient, secure and easy.
Bill pay and internal transfers made by 5:00 pm are now posted
the same business day.
Save Time, Save Trees, with SECURE Electronic Statements...ucbi.com

UNITED BUSINESS VALU ACCOUNT████8511

```
                                 LAST STATEMENT 06/30/09        5,000.00
MINIMUM BALANCE            5,000.00                             3 CREDITS        18,780.00
AVG AVAILABLE BALANCE     14,712.46                             5 DEBITS         16,420.43
AVERAGE BALANCE           15,174.72   THIS STATEMENT 07/31/09   7,359.57
```

- - - - - - - - - - DEPOSITS - - - - - - - - - -
```
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
        07/06   14,330.00
```

- - - - - - - - - OTHER CREDITS - - - - - - - - -
```
DESCRIPTION                                                    DATE          AMOUNT
BUSINESS ONLINE XFER FROM 2004158560 ON 7/15/09  HLA Payroll   07/15       3,000.00
BUSINESS ONLINE XFER FROM 2004158578 ON 7/16/09  -  HLA op     07/16       1,450.00
```

- - - - - - - - - OTHER DEBITS - - - - - - - - -
```
DESCRIPTION                                                    DATE          AMOUNT
IRS USATAXPYMT 270960500309170                                 07/24       1,586.50
IRS USATAXPYMT 270960500300271                                 07/24       1,605.38
IRS USATAXPYMT 270960400858032                                 07/24       1,806.81
IRS USATAXPYMT 270960500545581                                 07/24       5,401.23
IRS USATAXPYMT 270960500121604                                 07/24       6,020.51
```

- - - - - - - - DAILY BALANCE - - - - - - - -
```
DATE..........BALANCE      DATE..........BALANCE       DATE..........BALANCE
07/06      19,330.00       07/16      23,780.00
07/15      22,330.00       07/24       7,359.57
```

10:46 AM

08/12/09

# HLA, Inc.
## Reconciliation Summary
### HLA DIF i TAX, Period Ending 07/31/2009

|  | Jul 31, 09 |
|---|---|
| **Beginning Balance** | 5,000.00 |
| **Cleared Transactions** |  |
| Checks and Payments - 5 items | -16,420.43 |
| Deposits and Credits - 5 items | 18,780.00 |
| **Total Cleared Transactions** | 2,359.57 |
| **Cleared Balance** | 7,359.57 |
| **Register Balance as of 07/31/2009** | 7,359.57 |
| **Ending Balance** | 7,359.57 |

10:46 AM

08/12/09

# HLA, Inc.
## Reconciliation Detail
### HLA DIP I TAX, Period Ending 07/31/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 5,000.00 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 5 items | | | | | | |
| Check | 7/24/2009 | Wire | Internal Revenue S. | X | -6,020.51 | -6,020.51 |
| Check | 7/24/2009 | Wire | Internal Revenue S... | X | -5,401.23 | -11,421.74 |
| Check | 7/24/2009 | Wire | Internal Revenue S. | X | -1,806.81 | -13,228.55 |
| Check | 7/24/2009 | Wire | Internal Revenue S. | X | -1,605.38 | -14,833.93 |
| Check | 7/24/2009 | WIRE | Internal Revenue S. | X | -1,586.50 | -16,420.43 |
| Total Checks and Payments | | | | | -16,420.43 | -16,420.43 |
| Deposits and Credits - 5 items | | | | | | |
| Deposit | 7/6/2009 | | | X | 14,330.00 | 14,330.00 |
| Check | 7/15/2009 | Wire | HLA, Inc | X | | 14,330.00 |
| Check | 7/16/2009 | Wire | HLA, Inc | X | | 14,330.00 |
| Deposit | 7/16/2009 | Wire | HLA, Inc | X | 1,450.00 | 15,780.00 |
| Deposit | 7/16/2009 | Wire | HLA, Inc | X | 3,000.00 | 18,780.00 |
| Total Deposits and Credits | | | | | 18,780.00 | 18,780.00 |
| Total Cleared Transactions | | | | | 2,359.57 | 2,359.57 |
| Cleared Balance | | | | | 2,359.57 | 7,359.57 |
| Register Balance as of 07/31/2009 | | | | | 2,359.57 | 7,359.57 |
| Ending Balance | | | | | 2,359.57 | 7,359.57 |

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| HLA, INC., | ) | **CASE NO. 09-22026-reb** |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date indicated below I caused a true and correct copy of the foregoing to be served on the date specified below, b y placing same in a properly addressed envelope with adequate postage affixed thereon by placing same in the U.S. Mail upon the following:

Jim Morawetz
Office of the United States Trustee
362 Richard Russell Federal Building
75 Spring Street
Atlanta, GA 30303

This 12th day of October, 2009.

JONES & WALDEN, LLC

/s/ *M. Denise Dotson*
M. Denise Dotson
Georgia Bar No. 227230
Attorney for Debtor
Leon S. Jones
Georgia Bar No. 003980
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
(404) 564-9301 Facsimile