IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| HLA INC., ) | |
| ) | CASE NO. 09-22026-REB |
| Debtor. ) | |

**RESPONSE TO MOTION TO DISMISS FILED BY THE
OFFICE OF THE UNITED STATES TRUSTEE**

COMES NOW HLA, Inc. ("Debtor"), by and through the undersigned counsel, and hereby files this "Response to Motion to Dismiss Filed by the Office of the United States Trustee" ("Response"). In support of the Response, Debtor shows the Court as follows:

1. On September 10. 2009. The Office of the United States Trustee filed a motion requesting either to dismiss or convert this case for failure to file monthly operating reports and failing to provide the following documentation to the Trustee (i) lease agreements by and between Debtor and Ridge Creek, Inc and/or Creekside Wilderness Academy; (ii) most recent financial statements for Ridge Creek, Inc.,; (iii) management agreement by and between the Debtor and Hidden Lake Academy.

2. All monthly operating reports through and including August 2009 have been filed. Debtor provided copies of the lease agreement by and between Debtor and Hidden Lake Academy and the modification and extension executed in connection therewith, and a copy of the management agreement by and between Debtor and Hidden Lake Academy. With respect to the lease and management agreement, Debtor believes this documentation was previously provided to the Trustee by Hidden Lake Academy.

3. With respect to Ridge Creek, Inc., Debtor has filed monthly budgets for the Debtor, Hidden Lake Academy, Ridge Creek, Inc., and a combined budget for all entities. Debtor previously agreed to provide budgets and will provide financial reports; provided, however, Ridge Creek, Inc. needs to be advised as to what financial reports the Trustee would like to receive.

4. Debtor is finalizing a plan and disclosure statement and intends to file these documents on or before October 14, 2009, or no later than October 21, 2009. Moreover, Debtor will enter into an order establishing a date certain for filing said documents.

5. Debtor believes it has satisfied the grounds for the Trustee's motion to dismiss or convert the case and resolved the issues in connection therewith. Counsel for the Debtor and counsel for the Trustee conferred and Debtor has agreed to entry of an order that requires the filing of a plan and disclosure statement and submission of certain financial documents to the Trustee by October 31, 2009. In the event Debtor fails to comply with the order, the case would be either dismissed or converted.

WHEREFORE, Debtor requests that the Court enter an order denying the Trustee's request to either dismiss or convert the case and grant such other and further relief as is deemed just and proper.

Submitted this 13th day of October, 2009.

                M. DENISE DOTSON, LLC
                Counsel for the Debtor


                */s/ M. Denise Dotson*
                M. Denise Dotson
                Georgia Bar No. 227230
                170 Mitchell Street
                Atlanta, GA 30303
                (404) 526-8869 Telephone
                (404) 526-8855 Facsimile

                ddotsonlaw@me.com

## CERTIFICATE OF SERVICE

      I, M. Denise Dotson, certify that I caused a true and correct copy of the foregoing to be served upon the parties listed below via first class United States mail in a properly addressed envelope with sufficient postage affixed.

James Morawetz
Office of the United States Trustee
362 Russell Federal Building
75 Spring Street
Atlanta, GA 30303

Submitted this 13th day of October, 2009.

                              M. DENISE DOTSON, LLC
                              Counsel for the Debtor

                              */s/ M. Denise Dotson*
                              M. Denise Dotson
                              Georgia Bar No. 227230
                              170 Mitchell Street
                              Atlanta, GA 30303
                              (404) 526-8869 Telephone
                              (404) 526-8855 Facsimile

                              ddotsonlaw@me.com