IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CHAPTER 11 |
| HLA, INC., | * | |
| | * | CASE NO. 09-22026-REB |
| Debtor. | * | |
| | * | |

# GEORGIA DEPARTMENT OF REVENUE'S
## MOTION TO DISMISS

COMES NOW, the Georgia Department of Revenue, by and through counsel, Thurbert E. Baker, Attorney General for the State of Georgia, and submits this Motion to Dismiss the above-styled case by showing and stating the following:

1.

The Debtor filed a Chapter 11 petition on May 14, 2009.

2.

The Debtor has filed returns but not paid its withholding tax liability for June of 2009 resulting in a liability of $3,445.66 for taxes, interest, and penalties as of October 21, 2009. In addition, the Debtor has failed to file Georgia withholding tax returns or pay Georgia withholding taxes due for July, August, and September of 2009.

3.

By failing to file post-petition tax returns and pay over trust fund taxes the Debtor is not pursuing this bankruptcy in good faith. The Debtor should not be permitted to avail itself of the benefits accorded by the Bankruptcy Code while completely ignoring the responsibilities imposed by the Georgia Revenue Code.

4.

The Debtor's failure to file returns and make payment for Georgia trust fund taxes constitutes unreasonable delay and evidences an absence of a reasonable likelihood of rehabilitation, subjecting the Debtor's case to conversion or dismissal under 11 U.S.C. § 1112.

5.

The Debtor has ignored the responsibilities imposed by the Georgia Revenue Code, before and after the filing of its petition.  Pursuant to 28 U.S.C. §§ 959 & 960, a debtor-in-possession is required to operate the property of the estate according to the requirements of the laws of the State of Georgia in the same manner that the owner or possessor of such property would be bound to do so if in possession outside of bankruptcy.  State laws must be abided in bankruptcy even if the result would lead to the demise of the Debtor.  Georgia withholding taxes are collected and held in trust for the State of Georgia.  O.C.G.A. § 48-7-108.  The Georgia Department of Revenue submits that failing to pay over trust fund taxes as required by Georgia law constitutes "cause for dismissal" under 11 U.S.C. § 1112.

WHEREFORE, the Georgia Department of Revenue, for cause, requests an order dismissing the Debtor's case and for such other relief as the Court deems just and proper.

This 22nd day of October, 2009.

    Respectfully submitted,

THURBERT E. BAKER    033887
Attorney General

R.O. LERER    446962
Deputy Attorney General

W. WRIGHT BANKS, JR.    036156
Senior Assistant Attorney General

/s/ Oscar B. Fears, III_____
OSCAR B. FEARS, III    257020
Senior Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

OSCAR B. FEARS, III
Senior Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 656-3303

3

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing MOTION TO DISMISS was served, by United States first-class mail, postage prepaid, this 22nd day of October, 2009, on the following parties:

    M. Denise Dotson, Esq.
    170 Mitchell Street
    Atlanta, Georgia 30303

    HLA, Inc.
    1950 North Park Place, Suite 400
    Atlanta, Georgia 30339

    Office of the United States Trustee
    75 Spring Street, SW
    362 Richard Russell Building
    Atlanta, Georgia 30303

    /s/ Oscar B. Fears, III_____
    OSCAR B. FEARS, III
    Senior Assistant Attorney General