IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CHAPTER 11 |
| HLA, INC., | * | |
| | * | CASE NO. 09-22026-REB |
| Debtor. | * | |
| | * | |
| _____ | * | |
| | * | |
| GEORGIA DEPARTMENT OF REVENUE, | * | |
| | * | |
| Movant, | * | CONTESTED MATTER |
| | * | |
| v. | * | |
| | * | |
| HLA, INC., | * | |
| | * | |
| Respondent. | * | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the Georgia Department of Revenue has filed a Motion to Dismiss and related papers with the Court seeking an order dismissing the above case.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion to Dismiss in Courtroom 1202, United States Courthouse, 75 Spring Street, SW, Atlanta, Georgia 30303 at 1:30 P.M. on November 19, 2009.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including

addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 120, 121 Spring Street, SE, Gainesville, Georgia 30501.  You must also mail a copy of your response to the undersigned at the address stated below.

This 22nd day of October, 2009.

                                  Respectfully submitted,

                                  THURBERT E. BAKER      033887
                                  Attorney General

                                  R.O. LERER                       446962
                                  Deputy Attorney General

                                  W. WRIGHT BANKS, JR.      036156
                                  Senior Assistant Attorney General

                                  /s/ Oscar B. Fears, III_____
                                  OSCAR B. FEARS, III         257020
                                  Senior Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

OSCAR B. FEARS, III
Senior Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 656-3303

CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing NOTICE OF HEARING was served, by United States first-class mail, postage prepaid, this 22nd day of October, 2009, on the following parties:

> M. Denise Dotson, Esq.
> 170 Mitchell Street
> Atlanta, Georgia 30303
>
> HLA, Inc.
> 1950 North Park Place, Suite 400
> Atlanta, Georgia 30339
>
> Office of the United States Trustee
> 75 Spring Street, SW
> 362 Richard Russell Building
> Atlanta, Georgia 30303

and all of the parties listed on Attachment "A."

> /s/ Oscar B. Fears, III
> OSCAR B. FEARS, III
> Senior Assistant Attorney General