| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-2<br>Case 09-22026-reb<br>Northern District of Georgia<br>Gainesville<br>Wed Oct 21 15:02:55 EDT 2009 | Branch Banking & Trust Company<br>c/o John A. Thomson, Jr.<br>271 17th Street, N.W.<br>Suite 2400<br>Atlanta, GA 30363-6215 | Georgia Department of Revenue<br>c/o Oscar B. Fears III<br>State Law Department<br>40 Capitol Square SW<br>Atlanta, GA 30334-1300 |
| HLA, Inc.<br>1950 North Park Place<br>Suite 400<br>Atlanta, GA 30339-2044 | Morris Law Firm<br>c/o Jason C. Aufdermaur, Esq.<br>1950 North Park Place<br>Suite 400<br>Atlanta, GA 30339-2044 | Office of the US Trustee<br>Suite 362<br>75 Spring Street, SW<br>Atlanta, GA 30303-3330 |
| Prime Rate Premium Finance<br>P. O. Box 100507<br>Florence, SC 29502-0507 | Gainesville Division<br>Room 120 Federal Building<br>121 Spring Street, SE<br>Gainesville, GA 30501-3749 | Advanced Disposal<br>Charles C. Appleby, CEO<br>7915 Baymeadows Way, Ste 300<br>Jacksonville, FL 32256-7579 |
| American Express<br>PO Box 360002<br>Fort Lauderdale, FL 33336-0002 | Amicalola Electric<br>1234 Dawsonville Highway<br>Dahlonega, GA 30533-5302 | Atlonim Business System<br>Larry Cleek, CEO<br>1013 Airport Street<br>Gainesville, GA 30501-7229 |
| (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | BB&T<br>c/o John Thomson, Jr.<br>271 17th Street, Suite 2400<br>Atlanta, GA 30363-6215 | BB&T - Visa<br>PO Box 698<br>Wilson, NC 27894-0698 |
| Bank of America<br>PO Box 15710<br>Wilmington, DE 19886-5710 | Bank of America<br>PO Box 15726<br>Wilmington, DE 19886-5726 | Berger & Montague<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 |
| Branch Banking & Trust Company<br>c/o John A. Thomson, Jr.<br>Womble Carlyle Sandridge & Rice, PLLC<br>271 17th Street, N.W., Suite 2400<br>Atlanta, GA 30363-6215 | CIT Technology Fin Svcs<br>Ron Arrington, CEO<br>180 Cherokee St., NE<br>Marietta, GA 30060-2517 | Capitol One Visa<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Centerpoint Direct<br>Christopher Chao, Reg. Agent<br>1846 Briarwood Rd., NE<br>Atlanta, GA 30329-1606 | Chase Mastercard<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Christopher Bean<br>4791 Glen Arven Dr.<br>Clarkston, MI 48348-5019 |
| Citi Mastercard<br>PO Box 688920<br>Des Moines, IA 50368-8920 | Dell<br>CT Corporation Sys, Reg. Agent<br>1201 Peachtree St., NE<br>Atlanta, GA 30361-6301 | Discover<br>PO Box 71084<br>Charlotte, NC 28272-1084 |
| Doc Martin Construction Co.<br>c/o Chris Dockery<br>14 Carriage Court<br>Dahlonega, GA 30533-3425 | Doff Meyer<br>c/o Berger & Montague<br>1622 Locust Street<br>Philadelphia, PA 19103-6305 | Dr. & Ms. Edward Roberson<br>c/o Berger & Montague<br>1622 Locust Street<br>Philadelphia, PA 19103-6305 |

Exhibit A

Eagle Master Card
PO Box 569200
Dallas, TX 75356-9200

GMAC
PO Box 9001951
Louisville, KY 40290-1951

General Electric Capital Corp
1010 Thomas Edison Blvd SW
Cedar Rapids IA 52404-8247

Georgia Department of Labor
148 Andrew Young International Blvd.
Suite 826
Atlanta, GA 30303-1732

Georgia Department of Labor
40 Capitol Square
Atlanta, GA 30334-1300

Georgia Department of Revenue
40 Capitol Square SW
Atlanta, GA 30334-1300

Georgia Dept. of Labor
Suite 910
148 Andrew Young Inter. Blvd., NE
Atlanta GA 30303-1732

Georgia Dept. of Revenue
Bankruptcy Section
P. O. Box 161108
Atlanta GA 30321-1108

Graybar
CT Corporation Sys., Reg. Agen
1201 Peachtree St., NE
Atlanta, GA 30361-6301

Hidden Lake Academy
830 Hidden Lake Rd
Dahlonega, GA 30533-1875

Hidden Lake Academy, Inc.
Leonard Buccellato
1950 North Park Place, Ste 400
Atlanta, GA 30339-2044

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

James H. North, Jr.
811 Crestmont Dr.
Concord, NC 28025-8793

Jarrard Water Svcs
c/o John Jarrard
12 Jarrard Drive
Dahlonega, GA 30533-2881

Jason Aufdermaur
Morris Law Firm
1950 North Park Place
Suite 400
Atlanta, Georgia 30339-2044

Jill & Ron Ryan
c/o Berger & Montague
1622 Locust Street
Philadelphia, PA 19103-6305

Jim Millman
c/o Jordan B. Forman, Esq.
Kaufman, Miller & Sivertsen, P.C.
8215 Roswell Road, Building 800
Atlanta, GA 30350-6445

Leonard A. Buccellato
1950 North Park Place
Suite 400
Atlanta, GA 30339-2044

Leonard Andrew Buccellato
2660 Peachtree Rd. 30F
Atlanta, GA 30305-3681

Leonard Buccellato
1950 North Park Place
Suite 400
Atlanta, GA 30339-2044

Marie L. Tillander
3615 S. Four Mile Run Drive
Arlington, VA 22206-2312

Morris Law Firm
c/o Thornton W. Morris
1950 North Park Place Ste. 400
Atlanta, GA 30339-2044

North Georgia Credit Svcs
c/o Lori Bennett
3482 Keith Bridge Rd. #321
Cumming, GA 30041-5546

North Georgia Propane
c/o WH Wofford
2490-D Hilton Drive
Gainesville, GA 30501-6280

North Georgia Propane, Inc.
P.O. Box 1518
Gainesville, GA 30503-1518

Purchase Power
D. Keith Calhoun, Reg. Agent
695 Pylant Street
Atlanta, GA 30306-3728

Quirk & Quirk
6000 Lake Forrest Drive
Suite 325
Atlanta, GA 30328-3877

Robin Brecker
c/o Berger & Montague
1622 Locust Street
Philadelphia, PA 19103-6305

Service Master Clead
Marion Gervin, CEO
2020 Westside Court, Ste. G
Snellville, GA 30078-2842

Sewell Printing Svcs., Inc
James A. Nygaard, Reg. Agent
2697 Apple Valley Rd.
Atlanta, GA 30319-3150

| | | |
|---|---|---|
| Theresa Pines<br>c/o Berger & Montague<br>1622 Locust Street<br>Philadelphia, PA 19103-6305 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 | US Security Associates, Inc.<br>Charles Schneider, CEO<br>200 Mansell Ct. E, Suite 500<br>Atlanta, GA 30326 |
| Verizon Wireless South<br>PO Box 3397<br>Bloomington, Il 61702-3397 | Wachovia Visa<br>PO Box 105204<br>Atlanta, GA 30348-5204 | Wachovia Visa<br>PO Box 851001<br>Dallas, TX 75285-1001 |
| Walter Coles<br>c/o berger & Montague<br>1622 Locust Street<br>Philadelphia, PA 19103-6305 | Willie Locust and Lee Locust<br>c/o Oni A. Holley<br>Molden Holley & Thompson, LLC<br>225 Peachtree St., N.E., Suite 1900<br>Atlanta, GA 30303-1730 | M. Denise Dotson<br>M. Denise Dotson, LLC<br>170 Mitchell St.<br>Atlanta, GA 30303-3441 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T<br>Attn: Bankruptcy Section<br>PO Box 1847<br>Wilson, NC 27894 | Internal Revenue Service<br>401 W. Peachtree St., NW<br>Atlanta, GA 30308 | (d)Internal Revenue Service<br>Centralized Insolvency Operati<br>PO Box 21126<br>Philadelphia, PA 19114 |
| (d)Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia PA 19114 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ADAM Inc. | (u)Avaya Financial Services | (u)BDU |
| (u)Benergy Outsourcing Strategies | (u)Blue Cross Blue Shield of Ga | (u)Bob Barker Company, Inc. |
| (u)CPP Inc. | (u)College Board | (u)Complete Testing Solutions, LL |