IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 08-61879-crm |
| | : | |
| CHRISTOPHER ANDREW BALL, | : | CHAPTER 11 |
| | : | |
| Debtor. | : | |
| _____ | : | |

SUPPLEMENT TO DEBTOR'S MONTHLY OPERATING
REPORT FOR THE PERIOD FROM SEPTEMBER 1, 2008 TO SEPTEMBER 30    , 2009

COMES NOW the above-named Debtor and hereby supplements the monthly operating report for the period from September 1, 2008 through September 30, 2008 to add the bank statement attached hereto and incorporated herein by reference.

Submitted this 20th day of May, 2009.

M. DENISE DOTSON, LLC

/s/ M. Denise Dotson
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, GA 30303
(404) 526-8869 Telephone
(404) 526-8855 Facsimile

Counsel for Debtor



**REGIONS**  Regions Bank

Snellville
1800 Scenic Highway
Snellville, GA 30078



00059856 01 AT 0.346 001
CHRISTOPHER A BALL
DEBTOR IN POSSESSION
1802 JOSHUA DR
LAWRENCEVILLE GA 30045-2756

1

| | |
|---|---|
| ACCOUNT # | 9223 |
| | 060 |
| Cycle | 03 |
| Enclosures | 0 |
| Page | 1 of 2 |

## FREE CHECKING
September 10, 2008 through October 9, 2008

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $162.00 − | Minimum Balance | $195 − |
| Deposits & Credits | $10,750.00 + | Average Balance | $1,819 |
| Withdrawals | $0.00 − | | |
| Fees | $33.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $10,000.00 − | | |
| Ending Balance | $555.00 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 09/10 | Deposit - Thank You | 5,000.00 |
| 09/23 | Deposit - Thank You | 250.00 |
| 10/03 | Deposit - Thank You | 5,000.00 |
| 10/08 | Deposit - Thank You | 500.00 |
| | Total Deposits & Credits | $10,750.00 |

### FEES

| | | |
|---|---|---|
| 09/16 | Paid-Overdraft Item Fee | 33.00 |

### CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 09/16 | 110 | 5,000.00 | 10/08 | 111 | 5,000.00 |
| | | | | Total Checks | $10,000.00 |

* Break in Check Number Sequence.

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/10 | 4,838.00 | 09/23 | 55.00 | 10/08 | 555.00 |
| 09/16 | 195.00 − | 10/03 | 5,055.00 | | |

## CERTIFICATE OF SERVICE

I, hereby, certify that I have served a copy of the foregoing on all parties referenced below by depositing a copy of same in the United States Mail postage prepaid, to the following:

Office of the United States Trustee
Attn: Vivieon Kelley
Suite 362 Russell Federal Bldg.
75 Spring Street
Atlanta, GA 30303

This 20th day of May, 2009.

M. DENISE DOTSON, LLC

/s/ M. Denise Dotson
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, GA 30303
(404) 526-8869 Telephone
(404) 526-8855 Facsimile

Counsel for Debtor