UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| HLA Inc.                    , | } | 09-22026 |
| | } | |
| | } | Debtor. |
| | } | |
| | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM Sept 1, 2009  TO Sept  30, 2009

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.


_____/s/ M. Denise Dotson_____

Attorney for Debtor's Signature


Debtor's Address                          Attorney's Address
and Phone Number:                         and Phone Number:

_830 Hidden Lake Rd._____          _____170 Mitchell St., SW_____

_Dahlonega, GA 30533_____           _____Atlanta, GA 30303_____

___706-864-4730_____             _____

_____             _____


Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.

MOR-1

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
FOR THE PERIOD BEGINNING Sept 1, 2009 AND ENDING Sept 30,

Name of Debtor:   HLA INC.                          Case Number   09-22026

Date of Petition:   May 14, 2009

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | -12,247.91 ___(a) | 69,734.06 ___(b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | | |
| Minus: Cash Refunds | (-) | -6781.50 |
| Net Cash Sales | | |
| B. Accounts Receivable | 26,340.00 | 404,415.02 |
| C. Other Receipts *(See MOR-3)* | 124,162.72 | 103,077.38 |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | 150,502.72 | 500,710.90 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | 138,254.81 | 570,444.96 |
| 5. DISBURSEMENTS | | |
| A. Advertising | 3075.45 | 3075.45 |
| B. Bank Charges | 884.47 | 2,300.57 |
| C. Contract Labor | 20597.25 | 81,735.14 |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | 8901.33 | 55,326.11 |
| F. Inventory Payments *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | 2755.24 | 6349.22 |
| J. Payroll - Net *(See Attachment 4B)* | 12433.31 | 230,770.18 |
| K. Professional Fees (Accounting & Legal) | 10,000.00 | 10,974.50 |
| L. Rent | | 80.19 |
| M. Repairs & Maintenance | 6014.55 | 8,420.13 |
| N. Secured Creditor Payments *(See Attach. 2)* | | 10,000.00 |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | 3814.74 | 25,494.54 |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | 3562.90 | 7455.37 |
| S. Travel & Entertainment | | 83.37 |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | 17670.79 | 56,640.46 |
| | 1299.19 | 4,187.20 |
| W. Other Operating Expenses *(See MOR-3)* | 24,136.26 | 44,443.20 |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 115,145.48 | 547,335.63 |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 23,109.33 (c) | 23,109.33 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____ day of _____, 20___.

_____
(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| UPS –Cod refund | | 355.72 |
| Marcus law firm- | 400.00 | 800.00 |
| Ridge Creek | 42,465.47 | 29,879.152 |
| Garnishment  09-CV-291DB | 424.32 | 424.32 |
| ACE usa-refund of overpayment | 2915.63 | 2915.63 |
| Garnishment | 77,957.30 | 77957.30 |
| TOTAL OTHER RECEIPTS | 124,162.72 | 112,332.12 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Jill Saway-horses ride | $1600.00 | $5100.00 |
| Petty cash-Debit Visa Card | 2050.00 | 2871.68 |
| Blue Cross & Blus Shield | | 14,690.47 |
| Danny  automotive    march invoice | 0 | 1113.83 |
| Dish network        march & April | 0 | 180.96 |
| IRS | 19206.54 | 19206.54 |
| Dept of Revenue Ga | 149.39 | 149.39 |
| Bob Bakers-uniforms1 | 1130.33 | 1130.33 |
| TOTAL OTHER DISBURSEMENTS | 24,136.26 | 44,443.20 |

## NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor:   HLA INC.   .        Case Number:    09-22026    

Reporting Period beginning  Sept 1, 2009        Period ending    Sept 30, 2009    

ACCOUNTS RECEIVABLE AT PETITION DATE:    117,308.28    

### ACCOUNTS RECEIVABLE RECONCILIATION
(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 118,649.49 | (a) |
| PLUS: Current Month New Billings | 1200.00 | |
| MINUS: Collection During the Month | $ 26,340.00 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $ 93,509.49 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $  00 | $ 10495.00 | $ -2.00 | $ 83,016.49 | $ 93,509.49 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of  collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor:  __Hidden Lake Academy, Inc.__     Case Number: __09-22026__

Reporting Period beginning _Sept 1, 2009_     Period ending Sept 30, 2009 _____

In the space below list all invoices or bills incurred and not paid _since the filing of the petition_. __Do not__ include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | See list | 44,844.90 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.** _____

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ $91,780.59 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ $66,857.78 | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ 44,091.69 | |
| PLUS/MINUS: Adjustments | $ 10,211.33 | * |
| Ending Month Balance | $ 104,335.35 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable. __Correct vendor amount due to the monthly statements.__

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| BBT | 07/01 | 0 | 0 | 0 |
| | | | | |
| | | | | |
| TOTAL | | 0 (d) | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.c)The total of line (b) must equal line (c).(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

**ATTACHMENT 6**

## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor:  HLA INC.                                    Case Number:  09-22026

Reporting Period beginning  Sept 1, 2009                     Period ending    Sept 30, 2009

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:          $      n/a
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month       $ _____ (a)
     PLUS: Inventory Purchased During Month      $ _____
    MINUS: Inventory Used or Sold                 $ _____
     PLUS/MINUS: Adjustments or Write-downs      $ _____ *
    Inventory on Hand at End of Month        $ _____

METHOD OF COSTING INVENTORY:  _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% =   | _____100%* |

* Aging Percentages must equal 100%.

☐    Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:  unknown _____ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):  ____ 196 acres real property and certain building

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month      $   unknown _____ (a)(b)
    MINUS:  Depreciation Expense                  $ _____
    PLUS:  New Purchases                          $ _____
    PLUS/MINUS: Adjustments or Write-downs        $ _____ *
Ending Monthly Balance                            $ _____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD:  _____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
   balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
   Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A

### MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:  HLA INC                          Case Number:  09-22026

Reporting Period beginning  Sept 1, 2009          Period ending  Sept 30, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  United Community Bank          BRANCH:  Dahlonega

ACCOUNT NAME:  HLA Operating          ACCOUNT NUMBER:  2004158578

PURPOSE OF ACCOUNT:          OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 59,261.56 | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ 37,754.92 | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ 21,506.64 | **(a) |

*Debit cards are used by  none; reloadable visa card used by affiliate HLA to purchase office supplies

**If Closing Balance is negative, provide explanation:

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____ Transferred to Payroll Account (used for payroll paid from operating)
$___          _____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: __HLA INC__          Case Number: __09-22026__

Reporting Period beginning __Sept1, 2009__     Period ending __Sept 30, 2009__

NAME OF BANK: _Appalachian   Community_     BRANCH: _Dahlonega_

ACCOUNT NAME: _Hidden Lake Academy_

ACCOUNT NUMBER: __1400002703__

PURPOSE OF ACCOUNT: _____OPERATING **_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                      $_____

** Former employee of Debtor opened operating account for affiliate HLA, Inc. and incorrectly put Debtor's name on the account. Thus, operating transactions appear in Debtor's account rather than in an HLA account. Until 5/29/09 one account was used for HLA operating and Debtor's payroll. This situation ahs been corrected and Hidden Lake has opened 3 DIP accounts one each for operating, payroll and tax.

## ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:   HLA INC                          Case Number:   09-22026

Reporting Period beginning  Sept 1, 2009                 Period ending   Sept 30, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:   United community Bank      BRANCH:   Dahlonega

ACCOUNT NAME:  HLA PAYROLL          ACCOUNT NUMBER:  2004158560
PURPOSE OF ACCOUNT:        PAYROLL

| | |
|---|---|
| Ending Balance per Bank Statement | $   2,514.29 |
| Plus Total Amount of Outstanding Deposits | $   0 |
| Minus Total Amount of Outstanding Checks and other debits | $   1351.28        * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $   1,163.01             **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| 09/09 | 73.74 | Payco | Payroll | |
| 09/23 | 73.748 | Payco | Payroll | |
| | | . | l | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:  __HLA INC__                                Case Number:  __09-22026__

Reporting Period beginning  __Sept 1, 2009__                Period ending  __Sept 30, 2009__

NAME OF BANK:  __United Community Bank__    BRANCH:  __Dahlonega__

ACCOUNT NAME:  __HLA Payroll__

ACCOUNT NUMBER:  __2004158560__

PURPOSE OF ACCOUNT:  __PAYROLL__

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
| Total |             |       |         | $      |

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:  HLA INC                    .          Case Number:  09-22026
Reporting Period beginning  Sept 1, 2009                   Period ending  Sept 30, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:   United Community Bank       BRANCH:   Dahlonega

ACCOUNT NAME:  HLA Payroll Tax          ACCOUNT NUMBER:    2004158511

PURPOSE OF ACCOUNT:       TAX

|  |  |  |
|---|---|---|
| Ending Balance per Bank Statement | $ | 710.93 |
| Plus Total Amount of Outstanding Deposits | $ |  |
| Minus Total Amount of Oustanding Checks and other debits | $ | * |
| Minus Service Charges | $ |  |
| Ending Balance per Check Register | $ | 710.93    **(a) |

**Debit cards must not be issued on this account.

**If Closing Balance is negative, provide explanation:_____
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by
                                                   United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ___ | _____ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ___ | _____ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ | _____ |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## <u>ATTACHMENT 5C</u>

## <u>CHECK REGISTER - TAX ACCOUNT</u>

Name of Debtor:   __HLA Inc.__                         Case Number:   __09-22026__

Reporting Period beginning  __Sept 1, 2009__          Period ending   __Sept  30, 2009__

NAME OF BANK:   __United community Bank__       BRANCH:  __Dahlonega__

ACCOUNT NAME:   __HLA  Payroll Ta__              ACCOUNT #  __2004158511__

PURPOSE OF ACCOUNT:   _____TAX__

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer-generated check register can be attached to this report, provided all the
information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 09/23 | EFT | IRS | | 1965.74 |
| 09/30 | EFT | IRS | | 1849.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                3214.74

                                                           (d)
### SUMMARY OF TAXES PAID

Payroll Taxes Paid                                          3214.74
Sales & Use Taxes Paid                                      _____(b)
Other Taxes Paid                                           _____(c)
TOTAL                                                      _3214.74 (d)


(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
    (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

# INVESTMENT ACCOUNTS AND PETTY CASH REPORT

## INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable    n/a

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|------------|-----------|----------------|------------------|----------------------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL _____(a)

## PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|-------------------------|---------------------------------------------------|---------------------------------------------------------|---------------------------------------------------------|
| N/A |  |  |  |
|  |  |  |  |
|  |  |  |  |

TOTAL    $ _____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation_____**
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $ _____
(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

### MONTHLY TAX REPORT

Name of Debtor:  HLA Inc.                           Case Number:  09-22026

Reporting Period beginning  Sept 1, 2009            Period ending  Sept 30, 2009

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| IRS | 07/15 | Fica & Wth Tax | $1664.80 | | 3nd qt. |
| IRS | 07/17 | Fica & Wth Taxes | $1577.90 | | 3nd Qt. |
| IRS | 07/31 | Fica & Wth Taxes | $4915.29 | | 3nd qt. |
| Dept. of Rev.GA | 5/15 | taxes | $6,213.85 | | 2nd qt |
| Dept of Rev Ga | 06/15 | taxes | $4866.08 | | 3rd |
| IRS | 08/14 | Fica & Wth tax | $1,632.08 | | 3rd |
| IRS | 08/14 | Fica & Wth tax | $3978.25 | | 3rd |
| IRS | 08/25 | Fica & Wth tax | $1721.33 | | 3rd |
| IRS | 09/11 | Fica & Wth tax | $1757.26 | | 3rd |
| IRS | 09/26 | Fica & Wth Tax | $1849.00 | | |
| Total | | | $ 30,179.44 | | |

**ATTACHMENT 7**

### SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor:  __HLA Inc.__                    .        Case Number:  __09-22026__

Reporting Period beginning  __Sept 1, 2009__                Period ending  __September 30,,2009__

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

---

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 5 | 3 |
| Number hired during the period | 0 | 1 |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | 5 | 3 |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| BBT | | | | | |
| | | | | | |
| | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐  **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before_____.

```
UNITED COMMUNITY BANK   [04]     000 00004 01                 PAGE:     1
P O BOX 1060                     ACCOUNT:          ████████511  09/30/2009
DAHLONEGA GA 30533               DOCUMENTS:                2
```

TELEPHONE:706-864-8223





```
HLA INC
DEBTOR IN POSSESSION
CASE NUMBER 09-22026-REB
PAYROLL TAX FUNDS                                          30
830 HIDDEN LAKE RD                                          2
DAHLONEGA GA  30533                                         0
```

Bank from home or anywhere you have Internet access at UCBI.com.
Online Banking and bill pay is free, convenient, secure and easy.
Bill pay and internal transfers made by 5:00 pm are now posted
the same business day.
Save Time, Save Trees, with SECURE Electronic Statements...ucbi.com

### UNITED BUSINESS VALU ACCOUNT 2004158511

```
                                  LAST STATEMENT 08/31/09      2,100.20
MINIMUM BALANCE               134.46        2 CREDITS          2,425.47
AVG AVAILABLE BALANCE       1,891.46        2 DEBITS           3,814.74
AVERAGE BALANCE             1,891.46  THIS STATEMENT 09/30/09    710.93
```

- - - - - - - - DEPOSITS - - - - - - - - - -

| REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT |
|---|---|---|
| 09/25   1,615.47 | 09/29    810.00 | |

- - - - - - - - - OTHER DEBITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| IRS USATAXPYMT 270966600447965 | 09/23 | 1,965.74 |
| IRS USATAXPYMT 270967300459954 | 09/30 | 1,849.00 |

- - - - - - - DAILY BALANCE - - - - - - -

| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
|---|---|---|
| 09/23      134.46 | 09/29    2,559.93 | |
| 09/25    1,749.93 | 09/30      710.93 | |

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

WITHDRAWALS OUTSTANDING —
NOT CHARGED TO ACCOUNT

| No. | $ | | |
|-----|---|---|---|
|     |   |   |   |
|     |   |   |   |
|     |   |   |   |
|     |   |   |   |
|     |   |   |   |
|     |   |   |   |
|     |   |   |   |
|     |   |   |   |
|     |   |   |   |
|     |   |   |   |
|     |   |   |   |
|     |   |   |   |
|     |   |   |   |
|     |   |   |   |
|     |   |   |   |
|     |   |   |   |
|     |   |   |   |
|     |   |   |   |
|     |   |   |   |
|     |   |   |   |
| TOTAL | $ | | |

**BEFORE YOU START -**
PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT.

**YOU SHOULD HAVE ADDED IF ANY OCCURRED:**
1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

**YOU SHOULD HAVE SUB-TRACTED IF ANY OCCURRED:**
1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions and payments.

BALANCE SHOWN
ON THIS STATEMENT      $ _____

**ADD +**

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)      $ _____

_____

_____

**TOTAL** $ _____

**SUBTRACT -**

WITHDRAWALS
OUTSTANDING      $ _____

**BALANCE** $ _____

SHOULD AGREE WITH YOUR REGISTER BAL-ANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

Please examine immediately and report if incorrect. If no reply is received within 30 days from the date we mailed the statement the account will be considered correct.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us at the telephone number or address located on the front of this statement as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days from the date we mailed you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and the account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation

### YOUR LINE OF CREDIT ACCOUNT SUMMARY OF RIGHTS IS OUTLINED BELOW

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon your request and in response to a billing error notice.

**In Case of Errors or Questions About Your Bill**

If you think your bill is wrong or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days from the date we mailed the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

1) Your name and account number.
2) The dollar amount of the suspected error.
3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

A daily FINANCE CHARGE will be imposed on all credit advances made under your Line of Credit Account from the date of each credit advance based on the "average daily balance" method. To get the average daily balance we take the beginning balance of your Line of Credit Account each day, add any new advances and subtract any payments or credits and any unpaid FINANCE CHARGES. This gives us a daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

Your periodic rate may vary if your Line of Credit is variable rate.

Your minimum periodic payment required is shown on the front of this bill. You may pay off your Line of Credit balance at any time, or make voluntary additional payments. Unless otherwise agreed to Payments shall be applied in the following order: to (a) any unpaid FINANCE CHARGES ; (b) unpaid principal; and (c)late charges and other charges.

Send payments and inquiries to address shown on front of bill.

NOTE: Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

2:22 PM

10/08/09

# HLA, Inc.
# Reconciliation Summary
### HLA DIP I TAX -8511, Period Ending 09/30/2009

|  | Sep 30, 09 |
|---|---|
| **Beginning Balance** | 2,100.20 |
| **Cleared Transactions** | |
| Checks and Payments - 2 items | -3,814.74 |
| Deposits and Credits - 2 items | 2,425.47 |
| **Total Cleared Transactions** | -1,389.27 |
| **Cleared Balance** | 710.93 |
| **Register Balance as of 09/30/2009** | 710.93 |
| **Ending Balance** | 710.93 |

2:22 PM

10/08/09

# HLA, Inc.
## Reconciliation Detail
### HLA DIP I TAX -8511, Period Ending 09/30/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 2,100.20 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 9/23/2009 | IRS | | X | -1,965.74 | -1,965.74 |
| Check | 9/29/2009 | IRS | | X | -1,849.00 | -3,814.74 |
| **Total Checks and Payments** | | | | | -3,814.74 | -3,814.74 |
| **Deposits and Credits - 2 items** | | | | | | |
| Transfer | 9/23/2009 | | | X | 1,615.47 | 1,615.47 |
| Transfer | 9/29/2009 | | | X | 810.00 | 2,425.47 |
| **Total Deposits and Credits** | | | | | 2,425.47 | 2,425.47 |
| **Total Cleared Transactions** | | | | | -1,389.27 | -1,389.27 |
| **Cleared Balance** | | | | | -1,389.27 | 710.93 |
| **Register Balance as of 09/30/2009** | | | | | -1,389.27 | 710.93 |
| **Ending Balance** | | | | | -1,389.27 | 710.93 |

```
UNITED COMMUNITY BANK  [04]    000 00004 01            PAGE:     1
P O BOX 1060                   ACCOUNT:        560    09/30/2009
DAHLONEGA GA 30533             DOCUMENTS:        20
```

TELEPHONE:706-864-8223

  United
Community Bank.



```
HLA INC
DEBTOR IN POSSESSION
CASE NUMBER 09-22026-REB
PAYROLL ACCOUNT                                      30
830 HIDDEN LAKE RD                                    0
DAHLONEGA GA  30533                                  20
```

================================================================
Bank from home or anywhere you have Internet access at UCBI.com.
Online Banking and bill pay is free, convenient, secure and easy.
Bill pay and internal transfers made by 5:00 pm are now posted
the same business day.
Save Time, Save Trees, with SECURE Electronic Statements...ucbi.com

================================================================
UNITED BUSINESS VALU ACCOUNT 2004158560
================================================================

```
                            LAST STATEMENT 08/31/09      2,790.73
MINIMUM BALANCE         3.55       2 CREDITS            15,000.00
AVG AVAILABLE BALANCE   6,043.58    22 DEBITS           15,276.44
AVERAGE BALANCE         6,043.58   THIS STATEMENT 09/30/09  2,514.29
```

- - - - - - - - OTHER CREDITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| BUSINESS ONLINE XFER FROM 2004158578 ON 9/04/09 | 09/04 | 8,000.00 |
| BUSINESS ONLINE XFER FROM 2004202871 ON 9/17/09 | 09/17 | 7,000.00 |

- - - - - - - - - CHECKS - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 50043 09/04    169.85 | 50054 09/14    698.84 | 50062 09/29    842.68 |
| 50044*09/01    808.43 | 50055 09/15    588.44 | 50063 09/29    700.79 |
| 50046*09/01    531.76 | 50056 09/14    853.92 | 50064 09/28    857.38 |
| 50048*09/02    519.65 | 50057 09/15    519.67 | 50065 09/29    737.26 |
| 50050*09/01    927.34 | 50058 09/15    920.37 | 50066 09/29  1,031.67 |
| 50052 09/18    177.25 | 50059*09/11  1,153.94 | 50067 09/25  1,131.50 |
| 50053 09/11  1,039.25 | 50061 09/25    918.97 | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - OTHER DEBITS - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| HLA, INC.H PAYROLL 5048 5048 | 09/09 | 73.74 |
| HLA, INC.H PAYROLL 5048 5048 | 09/23 | 73.74 |

* * * C O N T I N U E D * * *



09/04/2009    CHECK# 50043    $169.85

09/11/2009    CHECK# 50053    $1,039.25

09/01/2009    CHECK# 50044    $808.43

09/14/2009    CHECK# 50054    $698.84

09/01/2009    CHECK# 50046    $531.76

09/15/2009    CHECK# 50055    $588.44

09/02/2009    CHECK# 50048    $519.65

09/14/2009    CHECK# 50056    $853.92

09/01/2009    CHECK# 50050    $927.34

09/15/2009    CHECK# 50057    $519.67

09/18/2009    CHECK# 50052    $177.25

09/15/2009    CHECK# 50058    $920.37

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

| WITHDRAWALS OUTSTANDING — NOT CHARGED TO ACCOUNT | |
|---|---|
| No. | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

**BEFORE YOU START -**
PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT.

**YOU SHOULD HAVE ADDED IF ANY OCCURRED:**
1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

**YOU SHOULD HAVE SUB-TRACTED IF ANY OCCURRED:**
1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions and payments.

BALANCE SHOWN ON THIS STATEMENT    $ _____

**ADD +**

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)    $ _____

_____

_____

TOTAL    $ _____

**SUBTRACT -**

WITHDRAWALS OUTSTANDING    $ _____

BALANCE    $ _____

SHOULD AGREE WITH YOUR REGISTER BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

Please examine immediately and report if incorrect. If no reply is received within 10 days from the date we mailed the statement the account will be considered correct.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us at the telephone number or address located on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days from the date we mailed you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and the account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### YOUR LINE OF CREDIT ACCOUNT SUMMARY OF RIGHTS IS OUTLINED BELOW

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon your request and in response to a billing error notice.

**In Case of Errors or Questions About Your Bill**

If you think your bill is wrong or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days from the date we mailed the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

1) Your name and account number.
2) The dollar amount of the suspected error.
3) Describe the error and explain, if you can, why you believe there is an error. If you need information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

A daily FINANCE CHARGE will be imposed on all credit advances made under your Line of Credit Account from the date of each credit advance based on the "average daily balance" method. To get the average daily balance we take the beginning balance of your Line of Credit Account each day, add any new advances and subtract any payments or credits and any unpaid FINANCE CHARGES. This gives us a daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

Your periodic rate may vary if your Line of Credit is variable rate.

Your minimum periodic payment required is shown on the front of this bill. You may pay all your Line of Credit balance at any time, or make voluntary additional payments. Unless otherwise agreed to Payments shall be applied in the following order: to (a) any unpaid  FINANCE CHARGES  ; (b) unpaid principal; and (c)late charges and other charges.

Send payments and inquiries to address shown on front of bill.

NOTE: Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

9:49 AM

10/19/09

# HLA, Inc.
## Reconciliation Summary
### UCB HLA DIP INC PAYROLL, Period Ending 09/30/2009

|  | Sep 30, 09 |
|---|---|
| **Beginning Balance** | 2,790.73 |
| **Cleared Transactions** | |
| **Checks and Payments - 22 items** | -15,276.44 |
| **Deposits and Credits - 2 items** | 15,000.00 |
| **Total Cleared Transactions** | -276.44 |
| **Cleared Balance** | 2,514.29 |
| **Uncleared Transactions** | |
| **Checks and Payments - 4 items** | -1,351.28 |
| **Total Uncleared Transactions** | -1,351.28 |
| **Register Balance as of 09/30/2009** | 1,163.01 |
| **New Transactions** | |
| **Checks and Payments - 9 items** | -6,172.29 |
| **Deposits and Credits - 1 item** | 5,100.00 |
| **Total New Transactions** | -1,072.29 |
| **Ending Balance** | 90.72 |

9:49 AM

10/19/09

# HLA, Inc.
## Reconciliation Detail
### UCB HLA DIP INC PAYROLL, Period Ending 09/30/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 2,790.73 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 22 items** | | | | | | |
| Check | 8/14/2009 | 50043 | Magistrate Court Lu... | X | -169.85 | -169.85 |
| Check | 8/31/2009 | 50050 | | X | -927.34 | -1,097.19 |
| Check | 8/31/2009 | 50047 | | X | -808.43 | -1,905.62 |
| Check | 8/31/2009 | 50048 | | X | -531.76 | -2,437.38 |
| Check | 8/31/2009 | 50049 | | X | -519.65 | -2,957.03 |
| Check | 8/31/2009 | 50052 | Magistrate Court Lu... | X | -177.25 | -3,134.28 |
| Check | 9/14/2009 | 50059 | | X | -1,153.94 | -4,288.22 |
| Check | 9/14/2009 | 50053 | | X | -1,039.25 | -5,327.47 |
| Check | 9/14/2009 | 50058 | | X | -920.37 | -6,247.84 |
| Check | 9/14/2009 | 50056 | | X | -853.92 | -7,101.76 |
| Check | 9/14/2009 | 50054 | | X | -698.84 | -7,800.60 |
| Check | 9/14/2009 | 50055 | | X | -588.44 | -8,389.04 |
| Check | 9/14/2009 | 50057 | | X | -519.67 | -8,908.71 |
| Check | 9/23/2009 | | Payco, Inc. | X | -73.74 | -8,982.45 |
| Check | 9/24/2009 | 500673 | | X | -1,131.50 | -10,113.95 |
| Check | 9/24/2009 | 50060 | | X | -1,031.67 | -11,145.62 |
| Check | 9/24/2009 | 50061 | | X | -918.97 | -12,064.59 |
| Check | 9/24/2009 | 50064 | | X | -857.38 | -12,921.97 |
| Check | 9/24/2009 | 50062 | | X | -842.68 | -13,764.65 |
| Check | 9/24/2009 | 50063 | | X | -737.26 | -14,501.91 |
| Check | 9/24/2009 | 50065 | | X | -700.79 | -15,202.70 |
| Check | 9/24/2009 | | Payco, Inc. | X | -73.74 | -15,276.44 |
| **Total Checks and Payments** | | | | | -15,276.44 | -15,276.44 |
| **Deposits and Credits - 2 items** | | | | | | |
| Transfer | 9/4/2009 | | | X | 8,000.00 | 8,000.00 |
| Transfer | 9/17/2009 | | | X | 7,000.00 | 15,000.00 |
| **Total Deposits and Credits** | | | | | 15,000.00 | 15,000.00 |
| **Total Cleared Transactions** | | | | | -276.44 | -276.44 |
| **Cleared Balance** | | | | | -276.44 | 2,514.29 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 6/19/2009 | 50009 | Magistrate Court Lu... | | -169.85 | -169.85 |
| Check | 7/31/2009 | 40078 | | | -778.00 | -947.85 |
| Check | 8/17/2009 | 1006 | | | -312.49 | -1,260.34 |
| Check | 9/11/2009 | 50060 | | | -90.94 | -1,351.28 |
| **Total Checks and Payments** | | | | | -1,351.28 | -1,351.28 |
| **Total Uncleared Transactions** | | | | | -1,351.28 | -1,351.28 |
| **Register Balance as of 09/30/2009** | | | | | -1,627.72 | 1,163.01 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 9 items** | | | | | | |
| Check | 10/9/2009 | 50 | | | -1,194.31 | -1,194.31 |
| Check | 10/9/2009 | 50 | | | -906.46 | -2,100.77 |
| Check | 10/9/2009 | 5007 | | | -859.47 | -2,960.24 |
| Check | 10/9/2009 | 5007 | | | -836.68 | -3,796.92 |
| Check | 10/9/2009 | 500 | | | -811.68 | -4,608.60 |
| Check | 10/9/2009 | 500 | | | -782.15 | -5,390.75 |
| Check | 10/9/2009 | 5007 | | | -644.59 | -6,035.34 |
| Check | 10/9/2009 | | | | -79.24 | -6,114.58 |
| Check | 10/9/2009 | 5008 | | | -57.71 | -6,172.29 |
| **Total Checks and Payments** | | | | | -6,172.29 | -6,172.29 |

9:49 AM

10/19/09

# HLA, Inc.
## Reconciliation Detail
### UCB HLA DIP INC PAYROLL, Period Ending 09/30/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Deposits and Credits - 1 item** | | | | | | |
| Transfer | 10/7/2009 | | | | 5,100.00 | 5,100.00 |
| **Total Deposits and Credits** | | | | | 5,100.00 | 5,100.00 |
| **Total New Transactions** | | | | | -1,072.29 | -1,072.29 |
| **Ending Balance** | | | | | -2,700.01 | 90.72 |

```
UNITED COMMUNITY BANK  [04]        000 00004 01                    PAGE:    1
P O BOX 1060                       ACCOUNT:          ████78        09/30/2009
DAHLONEGA GA 30533                 DOCUMENTS:             67
```

TELEPHONE:706-864-8223




```
HLA INC
DEBTOR IN POSSESSION
CASE NUMBER 09-22026-REB
OPERATING ACCOUNT                                                  30
830 HIDDEN LAKE RD                                                  8
DAHLONEGA GA  30533                                               59
```

Bank from home or anywhere you have Internet access at UCBI.com.
Online Banking and bill pay is free, convenient, secure and easy.
Bill pay and internal transfers made by 5:00 pm are now posted
the same business day.
Save Time, Save Trees, with SECURE Electronic Statements...ucbi.com

## UNITED BUSINESS VALU ACCOUNT 2004158578

```
                              LAST STATEMENT 08/31/09       23,521.35
MINIMUM BALANCE       17,612.30      11 CREDITS            143,887.25
AVG AVAILABLE BALANCE 32,776.36      75 DEBITS             108,147.04
AVERAGE BALANCE       37,757.93 THIS STATEMENT 09/30/09     59,261.56
```

- - - - - - - DEPOSITS - - - - - - - -

| REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT |
|---|---|---|
| 09/01  56,999.90 | 09/14   3,850.00 | 09/29  13,640.00 |
| 09/04     200.00 | 09/28     380.00 | 09/30     624.32 |
| 09/04  12,320.00 | 09/28  23,873.03 | |

- - - - - - - OTHER CREDITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| BUSINESS ONLINE XFER FROM 2004202871 ON 9/09/09 | 09/09 | 20,000.00 |
| BUSINESS ONLINE XFER FROM 2004202871 ON 9/21/09 | 09/21 | 5,000.00 |
| BUSINESS ONLINE XFER FROM 2004202871 ON 9/23/09 | 09/23 | 7,000.00 |

- - - - - - - - - CHECKS - - - - - - - -

| CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT |
|---|---|---|
| *09/02  10,000.00 | 1088 09/03  10,000.00 | 1095 09/10   1,310.00 |
| *09/04     750.00 | 1089 09/01   1,600.00 | 1096 09/10     807.52 |
| *09/15     700.00 | 1090 09/04      17.01 | 1097 09/10     163.65 |
| *09/16     600.00 | 1091 09/09     470.25 | 1098 09/14      50.68 |
| *09/29     810.00 | 1092 09/08   4,356.50 | 1099 09/11     732.54 |
| 1085 09/01   2,278.69 | 1093 09/09     168.00 | 1100 09/18     149.39 |
| 1086*09/01   3,986.88 | 1094 09/10   1,000.00 | 1101 09/10     555.00 |

* * * C O N T I N U E D * * *

```
UNITED COMMUNITY BANK  [04]        000 00004 01              PAGE:      3
P O BOX 1060                       ACCOUNT:        2004158578 09/30/2009
DAHLONEGA GA 30533                 DOCUMENTS:             67


TELEPHONE:706-864-8223

           HLA INC
           DEBTOR IN POSSESSION
           CASE NUMBER 09-22026-REB
           OPERATING ACCOUNT
```

```
================================================================================
                    UNITED BUSINESS VALU ACCOUNT 2004158578
================================================================================
                 - - - - - - - - DAILY BALANCE - - - - - - - -
DATE..........BALANCE        DATE..........BALANCE        DATE..........BALANCE
09/04       40,998.71        09/15       40,830.43        09/23       23,803.21
09/08       36,632.21        09/16       23,812.92        09/24       23,407.07
09/09       55,993.96        09/17       22,245.17        09/25       23,326.88
09/10       49,887.79        09/18       18,563.10        09/28       46,399.22
09/11       44,624.43        09/21       23,133.78        09/29       59,161.22
09/14       42,462.13        09/22       17,612.30        09/30       59,261.56
```

**09/29/2009   CHECK# 0   $810.00**



**09/09/2009   CHECK# 1091   $470.25**



**09/01/2009   CHECK# 1085   $2,278.69**



**09/08/2009   CHECK# 1092   $4,356.50**



**09/01/2009   CHECK# 1086   $3,986.88**



**09/09/2009   CHECK# 1093   $168.00**



**09/03/2009   CHECK# 1088   $10,000.00**



**09/10/2009   CHECK# 1094   $1,000.00**



**09/01/2009   CHECK# 1089   $1,600.00**



**09/10/2009   CHECK# 1095   $1,310.00**



**09/04/2009   CHECK# 1090   $17.01**



**09/10/2009   CHECK# 1096   $807.52**



09/16/2009    CHECK# 1109    $30.00

09/15/2009    CHECK# 1116    $200.00

09/17/2009    CHECK# 1110    $25.50

09/18/2009    CHECK# 1117    $58.15

09/14/2009    CHECK# 1111    $172.50

09/18/2009    CHECK# 1118    $2,000.00

09/18/2009    CHECK# 1112    $29.20

09/17/2009    CHECK# 1119    $1,542.25

09/15/2009    CHECK# 1114    $731.70

09/22/2009    CHECK# 1120    $449.00

09/16/2009    CHECK# 1115    $6.21

09/21/2009    CHECK# 1121    $347.00



09/23/2009    CHECK# 1135    $61.38

09/30/2009    CHECK# 1141    $313.84

09/23/2009    CHECK# 1136    $656.15

09/24/2009    CHECK# 1137    $90.14

09/28/2009    CHECK# 1138    $346.22

09/24/2009    CHECK# 1139    $60.00

09/28/2009    CHECK# 1140    $834.47

# UNITED COMMUNITY BANK- PRIVACY COMMITMENT

**Our Privacy Commitment to You.** We recognize, respect and protect the personal privacy rights of all our customers. We realize that our customers entrust us with personal information and it is our policy to maintain our customer's information in a confidential manner. We are committed to providing the highest level of security and privacy regarding the collection and use of our customer's personal information, as well as personal information of all consumers who visit our institution and website.

**Confidentiality and Security of Nonpublic Personal Information.** We restrict access to nonpublic personal information about you to those employees who need to know that information to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with federal standards to guard your nonpublic personal information.

**Nonpublic Personal Information We Collect.** We collect nonpublic personal information about you from the following sources:

- Information we receive from you on applications or other forms;
- Information about your transactions with us, our affiliates, or others;
- Information we receive from a consumer reporting agency.

We have established internal procedures and controls to ensure personal and account information is accurate, current and complete in accordance with customary and reasonable business standards. We have also established procedures to correct any inaccurate information in a timely manner. If you discover any information we have about you which is incorrect, please notify us immediately.

**Nonpublic Personal Information We Disclose.** We do not disclose information about our customers or former customers to anyone, except as outlined in this policy or as permitted or required by law.

Under the Fair Credit Reporting Act we are allowed to share our information concerning your account history and transaction experience between our affiliates. We do not share information between our affiliates that was provided to us by third parties (such as credit report from a credit bureau or employment history from your employer) unless you have given us permission to share the information. We share information with our affiliates so that we can provide you with the best services our company has to offer. Our affiliates include our mortgage company, investment company, and our affiliate banks.

Sometimes we find it necessary to enter into an arrangement with an outside company to provide support services for our company (imprinted checks, printing and mailing loan coupon books, on-line banking, etc.). These companies are contractually required to adhere to the same standards of keeping your information confidential and secure as we are. They are not allowed to use your information for their own marketing purposes or for any other intended services.

In order to provide you with quality products and services, we will occasionally enter into joint marketing agreements with respectable companies to provide products on our behalf (such as credit cards or insurance). We may disclose to these companies information we receive from your application such as your name, address, assets or income. We may also share with our affiliates information about your transactions with us. Again, the partners must agree to strictly safeguard your information, and they are not allowed to disclose your information to anyone else without our permission.

In accordance with standard banking industry practices and the Fair Credit Reporting Act, we share customer information with reputable consumer reporting agencies.

We also disclose information as permitted or required by federal and state laws, such as in response to a subpoena or court order.

Except as described above, we do not share customer information with anyone unless you expressly authorize or request it in writing. Our policy for protecting customer information applies to both former and current customers, and regardless of whether your account is active or inactive.

**Notify Us of Inaccurate Information We Report To Consumer Reporting Agencies.** Please notify us if we report any inaccurate information about your account(s) to a consumer reporting agency. Your written notice describing the specific inaccuracy(ies) should be sent to us at the following address: United Community Bank, P. O. Box 398, Blairsville, GA 30512

9:13 AM

10/08/09

# HLA, Inc.
# Reconciliation Summary
### UCB DIP HLA INC, Period Ending 09/30/2009

|  | Sep 30, 09 |
|---|---|
| **Beginning Balance** | 23,521.35 |
| **Cleared Transactions** | |
| Checks and Payments - 75 items | -108,147.04 |
| Deposits and Credits - 14 items | 143,887.25 |
| **Total Cleared Transactions** | 35,740.21 |
| **Cleared Balance** | 59,261.56 |
| **Uncleared Transactions** | |
| Checks and Payments - 7 items | -37,754.92 |
| **Total Uncleared Transactions** | -37,754.92 |
| **Register Balance as of 09/30/2009** | 21,506.64 |
| **New Transactions** | |
| Checks and Payments - 14 items | -46,884.27 |
| Deposits and Credits - 2 items | 24,500.00 |
| **Total New Transactions** | -22,384.27 |
| **Ending Balance** | -877.63 |

9:13 AM

10/08/09

# HLA, Inc.
# Reconciliation Detail
## UCB DIP HLA INC, Period Ending 09/30/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 23,521.35 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 75 items** | | | | | | |
| Check | 8/25/2009 | 1086 | Prime Rate Premiu... | X | -3,986.88 | -3,986.88 |
| Check | 8/25/2009 | 1085 | Prime Rate Premiu... | X | -2,278.69 | -6,265.57 |
| Bill Pmt -Check | 9/1/2009 | 1088 | Morris Law Firm | X | -10,000.00 | -16,265.57 |
| Check | 9/1/2009 | 1092 | ACE USA | X | -4,356.50 | -20,622.07 |
| Check | 9/1/2009 | 1089 | Jill Saway | X | -1,600.00 | -22,222.07 |
| Bill Pmt -Check | 9/1/2009 | 1094 | Garrett Glass Comp... | X | -1,000.00 | -23,222.07 |
| Check | 9/1/2009 | 1091 | Montgomery Insura... | X | -470.25 | -23,692.32 |
| Check | 9/3/2009 | | | X | -334.51 | -24,026.83 |
| Transfer | 9/4/2009 | | | X | -12,000.00 | -36,026.83 |
| Transfer | 9/4/2009 | | | X | -8,000.00 | -44,026.83 |
| Check | 9/4/2009 | | Cash | X | -750.00 | -44,776.83 |
| Check | 9/4/2009 | 1093 | Wayne Reidy | X | -168.00 | -44,944.83 |
| Check | 9/4/2009 | 1090 | Walmart | X | -17.01 | -44,961.84 |
| Bill Pmt -Check | 9/8/2009 | 1095 | North Georgia Fire ... | X | -1,310.00 | -46,271.84 |
| Bill Pmt -Check | 9/8/2009 | 1096 | North Georgia Envir... | X | -807.52 | -47,079.36 |
| Bill Pmt -Check | 9/8/2009 | 1099 | Orkin | X | -732.54 | -47,811.90 |
| Bill Pmt -Check | 9/8/2009 | 1101 | Er Services, Inc. | X | -555.00 | -48,366.90 |
| Bill Pmt -Check | 9/8/2009 | 1102 | Centerpoint Direct, | X | -250.00 | -48,616.90 |
| Bill Pmt -Check | 9/8/2009 | 1097 | Danny's Automotive... | X | -163.65 | -48,780.55 |
| Check | 9/8/2009 | 1100 | Georgia Departmen... | X | -149.39 | -48,929.94 |
| Check | 9/8/2009 | 1104 | Walmart | X | -75.68 | -49,005.62 |
| Bill Pmt -Check | 9/8/2009 | 1098 | Fedex | X | -50.68 | -49,056.30 |
| Check | 9/8/2009 | 1103 | US Postmaster | X | -44.00 | -49,100.30 |
| Check | 9/8/2009 | | Merchant Lynx | X | -10.00 | -49,110.30 |
| Transfer | 9/9/2009 | | | X | -10,000.00 | -59,110.30 |
| Bill Pmt -Check | 9/9/2009 | 1107 | Windstream 4730 | X | -2,939.71 | -62,050.01 |
| Check | 9/9/2009 | 1106 | The College Board | X | -315.00 | -62,365.01 |
| Check | 9/9/2009 | 1105 | Walmart | X | -136.43 | -62,501.44 |
| Check | 9/10/2009 | wire | Centerpoint Direct, | X | -2,000.00 | -64,501.44 |
| Check | 9/10/2009 | on line | Dish Network -len | X | -623.19 | -65,124.63 |
| Check | 9/10/2009 | 1111 | Walmart | X | -172.50 | -65,297.13 |
| Check | 9/10/2009 | 1109 | Gold City Tires | X | -30.00 | -65,327.13 |
| Check | 9/10/2009 | 1110 | NCO Financial servi... | X | -25.50 | -65,352.63 |
| Check | 9/10/2009 | | Bank fee | X | -20.00 | -65,372.63 |
| Check | 9/10/2009 | 1108 | C & W Hardware | X | -9.93 | -65,382.56 |
| Check | 9/11/2009 | wire | Centerpoint Direct, | X | -1,315.00 | -66,697.56 |
| Check | 9/11/2009 | 1114 | Harrison Oil Compa... | X | -731.70 | -67,429.26 |
| Check | 9/11/2009 | 1116 | Pam Martin | X | -200.00 | -67,629.26 |
| Check | 9/11/2009 | 1112 | Artlite | X | -29.20 | -67,658.46 |
| Check | 9/11/2009 | | Bank fee | X | -20.00 | -67,678.46 |
| Bill Pmt -Check | 9/14/2009 | 1124 | Amicalola Electric | X | -16,381.30 | -84,059.76 |
| Check | 9/14/2009 | wire | Southern Foodservi... | X | -5,136.00 | -89,195.76 |
| Bill Pmt -Check | 9/14/2009 | 1118 | U. S. Security Asso... | X | -2,000.00 | -91,195.76 |
| Bill Pmt -Check | 9/14/2009 | 1119 | Servicemaster Clean | X | -1,542.25 | -92,738.01 |
| Bill Pmt -Check | 9/14/2009 | 1123 | Bob Barker Compa... | X | -1,130.33 | -93,868.34 |
| Bill Pmt -Check | 9/14/2009 | 1120 | Advanced Disposal | X | -449.69 | -94,318.03 |
| Bill Pmt -Check | 9/14/2009 | 1121 | Loss Prevention Sy... | X | -347.00 | -94,665.03 |
| Check | 9/14/2009 | | | X | -20.00 | -94,685.03 |
| Check | 9/14/2009 | 1115 | Walmart | X | -6.21 | -94,691.24 |
| Check | 9/15/2009 | | Cash | X | -700.00 | -95,391.24 |
| Check | 9/16/2009 | 1128 | The College Board | X | -68.00 | -95,459.24 |
| Check | 9/17/2009 | | Cash | X | -600.00 | -96,059.24 |
| Check | 9/17/2009 | 1127 | UPS Store | X | -111.06 | -96,170.30 |
| Check | 9/17/2009 | 1129 | UPS Store | X | -108.91 | -96,279.21 |
| Check | 9/17/2009 | 1125 | Walmart | X | -82.32 | -96,361.53 |
| Check | 9/17/2009 | 1139 | Ken's Wrecker Serv... | X | -60.00 | -96,421.53 |
| Check | 9/17/2009 | 1117 | UPS Store | X | -58.15 | -96,479.68 |
| Check | 9/17/2009 | 1126 | UPS Store | X | -26.48 | -96,506.16 |
| Check | 9/17/2009 | 1130 | US Postmaster | X | -9.05 | -96,515.21 |
| Bill Pmt -Check | 9/18/2009 | 1133 | Lint Security | X | -246.00 | -96,761.21 |
| Check | 9/18/2009 | 1132 | Walmart | X | -66.11 | -96,827.32 |
| Check | 9/21/2009 | 1134 | Southeastern Paper... | X | -210.14 | -97,037.46 |
| Check | 9/22/2009 | | Southern Foodservi... | X | -4,761.00 | -101,798.46 |
| Check | 9/22/2009 | 1136 | North Ga Propane, ... | X | -656.15 | -102,454.61 |
| Check | 9/22/2009 | | | X | -20.00 | -102,474.61 |

9:13 AM

10/08/09

# HLA, Inc.
# Reconciliation Detail
### UCB DIP HLA INC, Period Ending 09/30/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Bill Pmt -Check | 9/23/2009 | 1138 | C & W Hardware | X | -346.22 | -102,820.83 |
| Check | 9/23/2009 | 1137 | Walmart | X | -90.14 | -102,910.97 |
| Check | 9/23/2009 | 1131 | UPS Store | X | -35.29 | -102,946.26 |
| Check | 9/23/2009 | | Harland Business c... | X | -25.45 | -102,971.71 |
| Check | 9/24/2009 | 1140 | White Pump Sale | X | -834.47 | -103,806.18 |
| Check | 9/28/2009 | 1141 | Gold City Tires | X | -313.84 | -104,120.02 |
| Check | 9/28/2009 | 1135 | Walmart | X | -61.38 | -104,181.40 |
| Transfer | 9/29/2009 | | | X | -810.00 | -104,991.40 |
| Check | 9/30/2009 | | ADS Atlanta | X | -3,075.45 | -108,066.85 |
| Check | 9/30/2009 | | FDGL | X | -80.19 | -108,147.04 |
| | | | **Total Checks and Payments** | | **-108,147.04** | **-108,147.04** |
| | | | **Deposits and Credits - 14 Items** | | | |
| Check | 6/29/2009 | | | X | 0.00 | 0.00 |
| Check | 8/7/2009 | 1054 | BB&T | X | 0.00 | 0.00 |
| Bill Pmt -Check | 9/1/2009 | 1149 | Advanced Disposal | X | 0.00 | 0.00 |
| Deposit | 9/1/2009 | | | X | 56,999.90 | 56,999.90 |
| Deposit | 9/4/2009 | | | X | 200.00 | 57,199.90 |
| Deposit | 9/4/2009 | | | X | 12,320.00 | 69,519.90 |
| Transfer | 9/9/2009 | | | X | 20,000.00 | 89,519.90 |
| Transfer | 9/14/2009 | | | X | 3,850.00 | 93,369.90 |
| Transfer | 9/21/2009 | | | X | 5,000.00 | 98,369.90 |
| Transfer | 9/23/2009 | | | X | 7,000.00 | 105,369.90 |
| Deposit | 9/28/2009 | | | X | 380.00 | 105,749.90 |
| Deposit | 9/29/2009 | | | X | 13,640.00 | 119,389.90 |
| Deposit | 9/29/2009 | | | X | 23,873.03 | 143,262.93 |
| Deposit | 9/30/2009 | | | X | 624.32 | 143,887.25 |
| | | | **Total Deposits and Credits** | | **143,887.25** | **143,887.25** |
| | | | **Total Cleared Transactions** | | **35,740.21** | **35,740.21** |
| **Cleared Balance** | | | | | **35,740.21** | **59,261.56** |
| | | | **Uncleared Transactions** | | | |
| | | | **Checks and Payments - 7 items** | | | |
| Check | 7/29/2009 | 1032 | BB&T | | -10,000.00 | -10,000.00 |
| Bill Pmt -Check | 9/28/2009 | 1146 | Advanced Disposal | | -839.80 | -10,839.80 |
| Check | 9/28/2009 | 1142 | Wayne Reidy | | -84.00 | -10,923.80 |
| Check | 9/29/2009 | 1143 | Internal Revenue S... | | -19,206.54 | -30,130.34 |
| Check | 9/30/2009 | 1145 | Prime Rate Premiu... | | -4,074.58 | -34,204.92 |
| Bill Pmt -Check | 9/30/2009 | 1147 | U. S. Security Asso... | | -3,000.00 | -37,204.92 |
| Check | 9/30/2009 | 1144 | Lumpkin Health Dept | | -550.00 | -37,754.92 |
| | | | **Total Checks and Payments** | | **-37,754.92** | **-37,754.92** |
| | | | **Total Uncleared Transactions** | | **-37,754.92** | **-37,754.92** |
| **Register Balance as of 09/30/2009** | | | | | **-2,014.71** | **21,506.64** |
| | | | **New Transactions** | | | |
| | | | **Checks and Payments - 14 items** | | | |
| Check | 10/2/2009 | 1148 | Internal Revenue S... | | -17,144.83 | -17,144.83 |
| Bill Pmt -Check | 10/2/2009 | 1153 | Servicemaster Clean | | -3,525.00 | -20,669.83 |
| Bill Pmt -Check | 10/2/2009 | 1152 | Garrett Glass Comp... | | -600.00 | -21,269.83 |
| Bill Pmt -Check | 10/2/2009 | 1151 | Er Services, Inc. | | -450.00 | -21,719.83 |
| Check | 10/2/2009 | 1158 | UPS Store | | -101.49 | -21,821.32 |
| Check | 10/2/2009 | 1154 | Home Depot | | -95.09 | -21,916.41 |
| Check | 10/2/2009 | 1160 | The College Board | | -68.00 | -21,984.41 |
| Bill Pmt -Check | 10/2/2009 | 1150 | C & W Hardware | | -30.43 | -22,014.84 |
| Check | 10/2/2009 | 1159 | WEst Cleaners | | -22.50 | -22,037.34 |
| Bill Pmt -Check | 10/5/2009 | 1157 | Amicalola Electric | | -8,224.83 | -30,262.17 |
| Check | 10/5/2009 | | Southern Foodservi... | | -7,500.00 | -37,762.17 |
| Check | 10/5/2009 | | Southern Foodservi.. | | -7,500.00 | -45,262.17 |
| Check | 10/5/2009 | 1155 | Jill Saway | | -1,600.00 | -46,862.17 |
| Check | 10/5/2009 | 1161 | Mike Smith | | -22.10 | -46,884.27 |
| | | | **Total Checks and Payments** | | **-46,884.27** | **-46,884.27** |

Page 2

9:13 AM

10/08/09

# HLA, Inc.
## Reconciliation Detail
### UCB DIP HLA INC, Period Ending 09/30/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Deposits and Credits - 2 items** | | | | | | |
| Transfer | 10/2/2009 | | | | 24,500.00 | 24,500.00 |
| Bill Pmt -Check | 10/5/2009 | 1155 | Amicalola Electric | | 0.00 | 24,500.00 |
| **Total Deposits and Credits** | | | | | 24,500.00 | 24,500.00 |
| **Total New Transactions** | | | | | -22,384.27 | -22,384.27 |
| **Ending Balance** | | | | | -24,398.98 | -877.63 |

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| **HLA, INC.,** | ) | **CASE NO. 09-22026-reb** |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I served a true and correct copy of the foregoing via first class United States mail in a properly addressed envelope with sufficient postage affixed thereon upon the party listed below:

Jim Morawetz
Office of the United States Trustee
362 Richard Russell Federal Building
75 Spring Street
Atlanta, GA 30303

This 2nd day of November, 2009.

                                    **M. DENISE DOTSON, LLC**

                                    _s/ M. Denise Dotson_
                                    M. Denise Dotson
                                    Georgia Bar No. 227230
                                    170 Mitchell Street
                                    Atlanta, Georgia  30309
                                    (404) 526-8869
                                    (404) 526-8855 Facsimile
                                    ddotsonlaw@me.com