**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Gainesville Division

| | |
|---|---|
| In Re: **HLA, Inc.** | Case No.: **09–22026–reb** <br> Chapter: **11** <br> Judge: **Robert Brizendine** |
| Debtor(s) | |

## NOTICE OF DEFICIENCY

The following document filed on 11/19/2009 is being referred to you for review because of the following deficiency(ies):

TITLE OF DOCUMENT: Motion to Dismiss (Doc. 84) and Objection to Confirmation of Plan (Doc. 85)

☐ Missing verification or other signatures.

☐ Missing supplemental matrix.

☐ Missing supplemental matrix – added creditors have not been entered into the Court's database.

☐ Missing Statistical summary.

☐ Missing Summary of Schedules

☑ Missing certificate of service

☐ Required fee of $ not paid. Please remit via cashier's check or money order payable to Clerk, U. S. Bankruptcy Court, or via Pay.gov if a registered participant. Checks from a debtor cannot be accepted.

☐ Failure to sign check

☐ Incorrect check amount – amount required $ . Your check number is enclosed.

☐ Out–dated forms(s) or page format. (Only single–sided, 8½ x 11 inch paper is acceptable.)

☐ Document is illegible.

☐ Case was closed on .

☐ Unable to identify case.

No legal opinion has been expressed or implied. This notice is for information purposes only concerning the procedural requirements for filing documents in the United States Bankruptcy Court, Northern District of Georgia.

NOTICE OF DEFICIENCY MAILED TO: Oni A. Holley

Date: 11/20/09

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Form 431 – Notice of deficiency

# CERTIFICATE OF NOTICE

```
District/off: 113E-8           User: lhd                    Page 1 of 1                   Date Rcvd: Nov 20, 2009
Case: 09-22026                 Form ID: 431                 Total Noticed: 3

The following entities were noticed by first class mail on Nov 22, 2009.
db           +HLA, Inc.,    1950 North Park Place,    Suite 400,    Atlanta, GA 30339-2044
aty          +M. Denise Dotson,    M. Denise Dotson, LLC,    170 Mitchell St.,    Atlanta, GA 30303-3441
aty          +Oni A Holley,    Molden Holley & Thompson, LLC,    225 Peachtree Street, N.E.,    Suite 1900,
               Atlanta, GA 30303-1730

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 22, 2009**                          **Signature:**  _Joseph Speetjens_