# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: : | CASE NO. 2:09-bk-22026-reb |
| : | |
| HLA, INC., : | |
| : | CHAPTER 11 |
| DEBTOR. : | |

## WILLIE LOCUST'S AND LEE LOCUST'S AMENDED MOTION TO DISMISS

COMES NOW Willie Locust and Lee Locust (the "Creditors"), by and through the undersigned counsel, and pursuant to 11 USC §§ 1109 and 1112, submits this Amended Motion to Dismiss the above-styled case, by showing and stating as follows:

1.

On October 30, 2009, Debtor filed its Plan of Reorganization (the "Plan").

2.

The Plan constitutes a bad faith effort to avoid substantial repayment of obligations incurred pursuant to that certain Consent Judgment in favor of Creditors dated September 26, 2007 (the "Consent Judgment").  A true and correct copy of the Consent Judgment is attached hereto as Exhibit A.

3.

Pursuant to the Consent Judgment, Debtor was to pay Creditors the amount of $102,984.21, plus interest at the rate of 8.5% per annum, dating from November 1, 2006. As of November 1, 2009, the amount payable pursuant to the consent Judgment totaled $131,540.61 (the "Debt").

4.

Pursuant to the Consent Judgment, Creditors agreed not to enforce the Consent Judgment for a period of eighteen months (the "Grace Period"). Immediately following the expiration of the Grace Period, Debtor filed its Chapter 11 petition.

5.

The Debtor here should not be permitted to avail itself of the protections of the Bankruptcy Code when it is clear that the Debtor, with full knowledge of its financial condition, entered into the Consent Judgment, in bad faith, with the knowledge that it would utilize the Bankruptcy Code, after the expiration of the Grace Period, to effectively circumvent its obligations pursuant to the Consent Judgment. Accordingly, Debtor's filing of a petition for Chapter 11 Bankruptcy is in bad faith and should be dismissed.

WHEREFORE, Willie Locust and Lee Locust request, for good cause shown, an order dismissing the Debtor's case and for such other relief as the Court deems just and proper.

This 30th day of November, 2009.

    Molden Holley & Thompson, LLC

    /s/ Oni A. Holley_____
    Oni A Holley
    Georgia Bar No. 362227
    Regina S. Molden
    Georgia Bar No. 515454
    Peachtree Center – South Tower
    225 Peachtree Street, NE
    Suite 1900
    Atlanta, GA 30303
    Phone: (404)324-4500
    Facsimile: (404)324-4501
    Oholley@moldenholley.com
    Rmolden@moldenholley.com

    Attorneys for Creditors Willie Locust and Lee Locust

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 2:09-bk-22026-reb |
| | : | |
| HLA, INC., | : | |
| | : | **CHAPTER 11** |
| DEBTOR. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the forgoing WILLIE LOCUST'S AND LEE LOCUST'S AMENDED MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following Parties of record:

| | |
|---|---|
| M. Denise Dotson | James H. Morawetz |
| M. Denise Dotson, LLC | Office of U.S. Trustee |
| 170 Mitchell St. | Richard Russell Bldg, Suite 362 |
| Atlanta, Georgia 30303 | 75 Spring Street, SW |
| | Atlanta, GA 30303 |

This 30th day of November, 2009.

        Molden Holley & Thompson, LLC

        s/ Oni A. Holley_____
        Oni A Holley
        Georgia Bar No. 362227

4