## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 2:09-bk-22026-reb |
| | : | |
| HLA, INC., | : | |
| | : | CHAPTER 11 |
| DEBTOR. | : | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on November 30, 2009, Willie Locust and Lee Locust filed an Amended Motion to Dismiss with the Court, and that the Court will hold a hearing on the Amended Motion to Dismiss in Courtroom 1202, United States Courthouse, 75 Spring Street SW, Atlanta, Georgia at 1:30 p.m. on January 7, 2010.

This 30th day of November 2009.

                                                  Molden Holley & Thompson, LLC

                                                  s/ Oni A. Holley_____
Oni A Holley
Georgia Bar No. 362227
Regina S. Molden
Georgia Bar No. 515454
Peachtree Center – South Tower
225 Peachtree Street, NE
Suite 1900
Atlanta, GA 30303
Phone: (404)324-4500
Facsimile: (404)324-4501
Oholley@moldenholley.com

Attorneys for Creditors Willie Locust and Lee Locust

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 2:09-bk-22026-reb |
| | : | |
| HLA, INC., | : | |
| | : | **CHAPTER 11** |
| DEBTOR. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and forgoing NOTICE OF HEARING with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following Parties of record:

M. Denise Dotson
M. Denise Dotson, LLC
170 Mitchell St.
Atlanta, Georgia 30303

James H. Morawetz
Office of U.S. Trustee
Richard Russell Bldg, Suite 362
75 Spring Street, SW
Atlanta, GA 30303

This 30th day of November, 2009.

Molden Holley & Thompson, LLC

/s/ Oni A. Holley_____
Oni A Holley
Georgia Bar No. 362227

Attorneys for Creditors Willie Locust and Lee Locust