# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | : CASE NO. 2:09-bk-22026-reb |
| | : |
| HLA, INC., | : |
| | : CHAPTER 11 |
| DEBTOR. | : |

## WILLIE LOCUST AND LEE LOCUST'S AMENDED OBJECTION TO THE DEBTOR'S DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION AND AMENDED OBJECTION TO DEBTOR'S CLASSIFICATION OF THEIR CLAIM AS DISPUTED

COMES NOW Willie Locust and Lee Locust (the "Creditors"), by an through the undersigned counsel, and pursuant to 11 USC § 1109 and 11 USC §1128, submits this Amended Objection to Debtor's Disclosure Statement and Plan of Reorganization and Amended Objection to Debtor's Classification of their Claim as Disputed, by showing and stating as follows:

1.

On October 30, 2009, Debtor filed its Plan of Reorganization (the "Plan").

2.

Creditors contend that the Plan constitutes a bad faith effort to avoid substantial repayment of obligations incurred pursuant to that certain Consent Judgment in favor of Creditor dated September 26, 2007 (the "Consent Judgment").  A true and correct copy of the Consent Judgment is attached hereto as Exhibit A.

3.

Pursuant to the Consent Judgment, Debtor was to pay Creditors the amount of $102,984.21, plus interest at the rate of 8.5% per annum, dating from November 1, 2006. As of November 1, 2009, the amount payable pursuant to the Consent Judgment totaled $131,540.61 (the "Debt").

4.

Pursuant to the Consent Judgment, Creditors agreed not to enforce the Consent Judgment for a period of eighteen months (the "Grace Period"). Immediately following the expiration of the Grace Period, Debtor filed its Chapter 11 petition.

5.

The Debtor should not be permitted to avail itself to the benefits of the Bankruptcy Code when it is clear that the Debtor, with full knowledge of its financial condition, entered into the Consent Judgment, in bad faith, with the knowledge that it would utilize the Bankruptcy Code, after the expiration of the Grace Period, to effectively circumvent its obligations pursuant to the Consent Judgment. Therefore, neither the pursuit of the bankruptcy nor the submission of the Plan or the Disclosure Statement is in good faith.

6.

Additionally, knowing that it had willingly, and for sufficient consideration, entered into the Consent Judgment, the Debtor wrongfully classified the Debt owed to the Creditors as "Disputed"; however, it is abundantly clear that there is no legitimate dispute concerning the Debt or the Consent Judgment. Indeed, the Debtor took full advantage of the Consent Judgment in its avoidance of further litigation.

WHEREFORE, Willie Locust and Lee Locust object to the confirmation of the Debtor's Plan for Reorganization, Debtor's classification of Creditor's Debt as Disputed, and Debtor's Disclosure Statement, and further requests such other relief as the Court deems just and proper.

This 30th day of November, 2009.

                                      Molden Holley & Thompson, LLC

                                      /s/ Oni A. Holley_____
Oni A Holley
Georgia Bar No. 362227
Regina S. Molden
Georgia Bar No. 515454
Peachtree Center – South Tower
225 Peachtree Street, NE
Suite 1900
Atlanta, GA 30303
Phone: (404)324-4500
Facsimile: (404)324-4501
Oholley@moldenholley.com
rmolden@moldenholley.com

Attorneys for Creditors Willie Locust and Lee Locust

3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 2:09-bk-22026-reb |
| | : | |
| HLA, INC., | : | |
| | : | **CHAPTER 11** |
| DEBTOR. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and forgoing WILLIE LOCUST AND LEE LOCUST'S AMENDED OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION AND AMENDED OBJECTION TO DEBTOR'S CLASSIFICATION OF THEIR CLAIM AS DISPUTED with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following Parties of record:

M. Denise Dotson            James H. Morawetz
M. Denise Dotson, LLC       Office of U.S. Trustee
170 Mitchell St.            Richard Russell Bldg, Suite 362
Atlanta, Georgia 30303      75 Spring Street, SW
                            Atlanta, Georgia 30303

This 30th day of November, 2009.

Molden Holley & Thompson, LLC

/s/ Oni A. Holley
Oni A Holley
Georgia Bar No. 362227