# Exhibit

# A

IN THE SUPERIOR COURT OF COBB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| WILLIE LOCUST and LEE LOCUST, ) ) ) Plaintiffs, ) ) v. ) ) HLA, INC. dba ) HIDDEN LAKE ACADEMY, ) ) Defendant. ) ) | CIVIL ACTION FILE NO. 07-1-6053 |

COBB SUPERIOR COURT CLERK
07 SEP 26 PM 2:45
COBB COUNTY, GA
FILED IN OFFICE

## CONSENT JUDGMENT

WHEREAS Plaintiffs WILLIE LOCUST and LEE LOCUST and Defendant HLA, INC., by and through their counsel of record, have announced to this Court that they have reached an agreement to resolve this civil action by means of a consent judgment; and

WHEREAS as part of the resolution of this civil action, Plaintiffs have agreed for eighteen (18) months not to obtain a writ of fieri facias or otherwise seek to enforce this judgment against Defendant HLA, Inc. provided Defendant comply with certain conditions;

IT IS ORDERED THAT Plaintiffs Willie Locust and Lee Locust shall have judgment against Defendant HLA, Inc. in the amount of $102,984.21, plus interest at the rate of 8.5% per annum dating from November 1, 2006. Plaintiffs are also awarded judgment for their attorney's fees in the amount of $4,200.

IT IS FURTHER ORDERED THAT Plaintiffs Willie Locust and Lee Locust shall not, for eighteen (18) months from the date of this judgment, obtain a writ of fieri facias or otherwise seek to enforce this judgment against Defendant HLA, Inc., provided however that, during that time and upon written request by Plaintiffs, Defendant provides the most current, complete, and

accurate documentation then available disclosing Defendant's financial condition, including, but not limited to, profit and loss statements, balance sheets, status reports of other pending litigation, and any other reports or disclosures that the parties shall agree to include within such reporting.

The parties further represent their full intent to be bound by this Consent Judgment. Accordingly, no provision of law which would otherwise limit Plaintiffs' ability or time to obtain a writ of fieri facias or otherwise enforce this judgment shall apply to the parties hereto with respect to this judgment.

This 26th day of Sept, 2007.

_____
JUDGE, COBB SUPERIOR COURT

Consented to by:

_____
Kenneth Thompson, Jr.
Ga. Bar No. 708706
Attorney for Plaintiffs
Willie Locust and Lee Locust

Robert A. Barnaby by KTjr
_____   W.E.P.
Robert A. Barnaby II
Ga. Bar No. 038525
Attorney for Defendant HLA, Inc.