# M. Denise Dotson, LLC
*Attorney at Law*

170 Mitchell Street, S.W., Atlanta, Georgia 30303
P: (404) 526-8869 F: (404) 526-8855

December, 3, 2009

Courtroom Deputy, Judge Bonapfel
Room 1492 US Courthouse
75 Spring Street, SW
Atlanta, GA 30303

Courtroom Deputy, Judge Brizendine
Room 1234 US Courthouse
75 Spring Street, SW
Atlanta, GA 30303

Courtroom Deputy, Judge Massey
Room 1415 US Courthouse
75 Spring Street, SW
Atlanta, GA 30303

Courtroom Deputy
Room 1270 US Courthouse
US Courthouse
75 Spring Street, SW
Atlanta, GA 30303

   Re: In re Mills, Phyrell
      Case No. 09-96392-PWB

      In re High Falls Grading, Inc.
      Case No. 09-22171-REB

      In re HLA, Inc.
      Case No. 09-22026-REB

      In re ABC Investment Group, LLC
      Case No. 09-69736-JEM

      In re Ball, Christopher
      Case No. 08-61879-CRM

ddotsonlaw@me.com | www.ddotsonlaw.com

Dear Clerks:

Please be advised that M. Denise Dotson is requesting a leave of absence pursuant to Local Rule 9010-2(c).   Ms. Dotson is requesting that a case not be calendared during the following period:

December 23, 2009 through January 3, 2010.

The purpose of this leave is family vacation.

Ms. Dotson has examined the court docket and the above-styled cases do not presently appear on any published calendar for said period.

Your assistance in this matter is sincerely appreciated.  Should you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

*[signature]*

M. Denise Dotson

cc:    Office of the United States Trustee