IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HLA, INC., | ) | CASE NO. 09-22026-reb |
| | ) | |
| Debtor. | ) | |

**STATEMENT REGARDING DISMISSAL OF CASE**

COMES NOW HLA, Inc. ("Debtor") and hereby files this Statement Regarding Dismissal of Case ("Statement"). There are three (3) motions to dismiss that are scheduled for hearing on January 6, 2010. Specifically, continued hearing on the motions to dismiss filed by the Office of the United States Trustee and Georgia Department of Revenue and a hearing on the motion to dismiss filed on behalf of Willie Lee Locust. Debtor does not oppose dismissal of the bankruptcy case. Debtor filed a plan of reorganization and disclosure statement and will not seek confirmation of the plan of reorganization or approval of the disclosure statement.

Submitted this 5th day of January, 2010.

M. DENISE DOTSON, LLC

 s/ M. Denise Dotson
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, Georgia  30303
(404) 526-8869
(404) 526-8855 Facsimile
ddotsonlaw@me.com
Attorneys for Debtor and Debtor in Possession

## CERTIFICATE OF SERVICE

    I, M. Denise Dotson, certify that I caused a true and correct copy of the foregoing to be served upon the parties listed below via the methods indicated:

Oni Holley
oholley@moldenholley.com

Jim Morawetz
Jim.h.morawetz@usdoj.gov

Bo Fears
bfears@law.ga.gov

    This 5th day of January, 2010.

                                  M. DENISE DOTSON, LLC

                                  s/ M. Denise Dotson
                                  M. Denise Dotson
                                  Georgia Bar No. 227230
                                  170 Mitchell Street
                                  Atlanta, Georgia  30303
                                  (404) 526-8869
                                  (404) 526-8855 Facsimile
                                  ddotsonlaw@me.com
                                  Attorneys for Debtor and Debtor in Possession