

**WOMBLE
CARLYLE
SANDRIDGE
& RICE**
A PROFESSIONAL LIMITED

271 17th Street, NW
Suite 2400
Atlanta, GA 30363-1017

Telephone: (404) 872-7000
Fax: (404) 888-7490
www.wcsr.com

**JOHN A. THOMSON, JR.**
Direct Dial: (404) 888-7409
Direct Fax: (404) 870-4841
Email: JThomson@wcsr.com



RECEIVED
FEB 4 2010
Robert E. Brizendine
United States Bankruptcy Judge

February 2, 2010

Filed in U.S. Bankruptcy Court
Gainesville, Georgia

FEB 0 4 2010

M. Regina Thomas, Clerk
_____
Deputy Clerk

Ms. Chynitia Johnson, Courtroom Deputy Clerk to
   Honorable Robert E. Brizendine
United States Bankruptcy Court
Richard B. Russell Federal Building
75 Spring Street, SW, Room 1234
Atlanta, GA 30303-3367

Dear Ms. Johnson:

Pursuant to Rule 9010-5(c) of the Local Rules of the United States Bankruptcy Court for the Northern District of Georgia, I would like to make you aware that I plan to be out of the state and away from my law practice for the time periods of

- **March 8 through and including March 15, 2010; and**
- **March 25 through and including March 26, 2010**

By copy of this letter, I hereby give notice to counsel for the Debtor, the United States Trustee, and any other party who may take action in the cases listed on the following page during the requested leave of absence.

There are no hearings or other conferences currently scheduled in these cases during the time periods for which I am seeking a leave of absence, and I request that no hearing or other conference be scheduled for these time periods.

Thank you for your time and attention to this matter.

Sincerely,

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

John A. Thomson, Jr.

JAT:lmp

WOMBLE
CARLYLE
SANDRIDGE
& RICE
PLLC

February 2, 2010
Page 2

| Case | Counsel |
|---|---|
| In re HLA, Inc.<br>United States Bankruptcy Court for the Northern District of Georgia, Gainesville Division<br>Chapter 11; Case No. G09-22026-REB | M. Denise Dotson, Esq.<br>M. Denise Dotson, LLC<br>170 Mitchell Street, S.W.<br>Atlanta, GA 30303<br><br>Office of the United States Trustee<br>362 Richard B. Russell Building<br>75 Spring Street, S.W.<br>Atlanta, Georgia 30303 |
| In re Hidden Lake Academy, Inc.<br>United States Bankruptcy Court for the Northern District of Georgia, Gainesville Division<br>Chapter 11; Case No. G09-22028-REB | Barbara Ellis-Monro, Esq.<br>Ellenberg, Ogier, Rothschild & Rosenfeld, P.C.<br>170 Mitchell Street, S.W.<br>Atlanta, GA 30303<br><br>Office of the United States Trustee<br>362 Richard B. Russell Building<br>75 Spring Street, S.W.<br>Atlanta, Georgia 30303<br>Attn: James H. Morawetz, Esq. |
| In re Barry Grant, Inc., et al.<br>United States Bankruptcy Court for the Northern District of Georgia, Gainesville Division<br>Chapter 11; Case No. G09-24349-REB | David G. Bisbee, Esq.<br>Law Office of David G. Bisbee<br>2929 Tall Pines Way<br>Atlanta GA 30345<br><br>Office of the United States Trustee<br>362 Richard B. Russell Building<br>75 Spring Street, S.W.<br>Atlanta, Georgia 30303 |

WCSR 4304738v1