**IT IS ORDERED as set forth below:**

Date: February 10, 2010

_____
**Robert E. Brizendine**
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-22026-reb |
| | : | |
| HLA, INC., | : | |
| | : | CHAPTER 11 |
| DEBTOR. | : | |

**ORDER DISMISSING CASE**

This case came before the Court on January 7, 2010, for a continued hearing on the United States Trustee's Motion to Dismiss or Convert [Doc. No. 53]. Appearances were entered by M. Denise Dotson as counsel for the Debtor, John A. Thomson, Jr., as counsel for Branch Banking & Trust Company, Oni A. Holley as counsel for Lee Locust and Willie Locust, James H. Morawetz as counsel for the United States Trustee, and, appearing telephonically, Barbara Ellis-Monro as counsel for Hidden Lake Academy, Inc. No party opposed the United States Trustee's alternate request for dismissal of the case. Based on a review of the record and consideration of the comments of counsel,

the Court concludes that further administration of this case is not in the interest of creditors. Accordingly, the United States Trustee's alternate request for dismissal is GRANTED, and

    IT IS HEREBY ORDERED that this case is DISMISSED for cause pursuant to 11 U.S.C. §1112(b).

**END OF DOCUMENT**

Signature of Counsel on Next Page

| Prepared and presented by: | Without opposition by: |
|---|---|
| /s/ *James H. Morawetz* | /s/ *M. Denise Dotson* |
| James H. Morawetz | M. Denise Dotson |
| Georgia Bar No. 521900 | M. Denise Dotson, LLC |
| Trial Attorney | Georgia Bar. No. 227230 |
| Office of the United States Trustee | Attorney for Debtor |
| 362 Richard Russell Building | 170 Mitchell St. |
| 75 Spring Street, SW | Atlanta, GA 30303 |
| Atlanta, GA 30303 | Tel: (404) 526-8869 |
| Tel: (404) 331-4437 | Fax : (404) 526-8855 |
| Fax: (404) 221-4464 | Email: ddotsonlaw@me.com |
| Email: jim.h.morawetz@usdoj.gov | |

## DISTRIBUTION LIST

M. Denise Dotson, Esq.
M. Denise Dotson, LLC
170 Mitchell St.
Atlanta, GA 30303

John A. Thomson, Jr., Esq.
Womble Carlyle Sandridge & Rice, PLLC
271 17th Street, NW
Suite 2400
Atlanta, Georgia 30363-1017

Oni A. Holley, Esq.
Molden Holley & Thompson, LLC
Peachtree Center – South Tower
225 Peachtree Street, NE, Suite 1900
Atlanta, GA 30303

James H. Morawetz, Esq.
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303