**IT IS ORDERED as set forth below:**

Date: February 10, 2010

_____
**Robert E. Brizendine**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-22026-reb |
| | : | |
| HLA, INC., | : | |
| | : | CHAPTER 11 |
| DEBTOR. | : | |

**ORDER DISMISSING CASE**

This case came before the Court on January 7, 2010, for a continued hearing on the United States Trustee's Motion to Dismiss or Convert [Doc. No. 53]. Appearances were entered by M. Denise Dotson as counsel for the Debtor, John A. Thomson, Jr., as counsel for Branch Banking & Trust Company, Oni A. Holley as counsel for Lee Locust and Willie Locust, James H. Morawetz as counsel for the United States Trustee, and, appearing telephonically, Barbara Ellis-Monro as counsel for Hidden Lake Academy, Inc. No party opposed the United States Trustee's alternate request for dismissal of the case. Based on a review of the record and consideration of the comments of counsel,

the Court concludes that further administration of this case is not in the interest of creditors. Accordingly, the United States Trustee's alternate request for dismissal is GRANTED, and

IT IS HEREBY ORDERED that this case is DISMISSED for cause pursuant to 11 U.S.C. §1112(b).

**END OF DOCUMENT**

Signature of Counsel on Next Page

Prepared and presented by:

   /s/ *James H. Morawetz*
James H. Morawetz
Georgia Bar No. 521900
Trial Attorney
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303
Tel: (404) 331-4437
Fax: (404) 221-4464
Email: jim.h.morawetz@usdoj.gov

Without opposition by:

   /s/ *M. Denise Dotson*
M. Denise Dotson
M. Denise Dotson, LLC
Georgia Bar. No. 227230
Attorney for Debtor
170 Mitchell St.
Atlanta, GA 30303
Tel: (404) 526-8869
Fax : (404) 526-8855
Email: ddotsonlaw@me.com

**DISTRIBUTION LIST**

M. Denise Dotson, Esq.
M. Denise Dotson, LLC
170 Mitchell St.
Atlanta, GA 30303

John A. Thomson, Jr., Esq.
Womble Carlyle Sandridge & Rice, PLLC
271 17th Street, NW
Suite 2400
Atlanta, Georgia 30363-1017

Oni A. Holley, Esq.
Molden Holley & Thompson, LLC
Peachtree Center – South Tower
225 Peachtree Street, NE, Suite 1900
Atlanta, GA 30303

James H. Morawetz, Esq.
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

# CERTIFICATE OF NOTICE

```
District/off: 113E-8           User: lhd                   Page 1 of 1                   Date Rcvd: Feb 11, 2010
Case: 09-22026                 Form ID: pdf403             Total Noticed: 5

The following entities were noticed by first class mail on Feb 13, 2010.
db           +HLA, Inc.,   1950 North Park Place,   Suite 400,   Atlanta, GA 30339-2044
aty          +James H. Morawetz,   Office of U.S. Trustee,   362 Richard Russell Bldg.,   75 Spring Street, SW,
               Atlanta, GA 30303-3315
aty          +John A. Thomson, Jr.,   Womble Carlyle Sandridge & Rice, PLLC,   Suite 2400,
               271 17th Street, N.W.,   Atlanta, GA 30363-6215
aty          +M. Denise Dotson,   M. Denise Dotson, LLC,   170 Mitchell St.,   Atlanta, GA 30303-3441
aty          +Oni A Holley,   Molden Holley & Thompson, LLC,   225 Peachtree Street, N.E.,   Suite 1900,
               Atlanta, GA 30303-1730
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2010**                    **Signature:** _/s/ Joseph Speetjens_